**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF DISTRICT OF COLUMBIA

Case number *(if known)* _____  Chapter  **7**

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy  06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Broughton Construction Co., LLC** |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **11-3768300** |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **1220 12th Street, SE Suite 150 Washington, DC 20003**<br>Number, Street, City, State & ZIP Code | **PO Box 30040 Bethesda, MD 20824**<br>P.O. Box, Number, Street, City, State & ZIP Code |
| | | **District of Columb**<br>County | **Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other. Specify: _____ |

| Debtor | **Broughton Construction Co., LLC** | | Case number (*if known*) | |
|---|---|---|---|---|
| | Name | | | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check **all** that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |

| Debtor | **Broughton Construction Co., LLC** | Case number (*if known*) |
|---|---|---|
| | Name | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
■ Yes.

| List all cases. If more than 1, attach a separate list | Debtor | **Casey B. Stringer** | Relationship | **Member and Manager** |
|---|---|---|---|---|
| | District | **Distict of Columbia** | When **8/28/23** | Case number, if known **23-00239** |

**11. Why is the case filed in *this district?***

Check all that apply:

■  Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐  A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
    Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency _____
        Contact name _____
        Phone _____

---

**■ Statistical and administrative information**

**13. Debtor's estimation of available funds**    .

Check one:

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
☐ 50-99
■ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

■ $1,000,001 - $10 million
☐ $10,000,001 - $50  million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

Debtor  **Broughton Construction Co., LLC**
Name

Case number (*if known*)

| 16. | Estimated liabilities | |
|-----|-----------------------|---|

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor    **Broughton Construction Co., LLC**                                                    Case number (*if known*)
Name

| Request for Relief, Declaration, and Signatures |
|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on      **December 14, 2023**
                  MM / DD / YYYY

X **/s/ Casey Stringer**                                              **Casey Stringer**
Signature of authorized representative of debtor                      Printed name

Title    **Manager**

**18. Signature of attorney**

X **/s/ Christopher L. Rogan, Esq.**                    Date   **December 14, 2023**
Signature of attorney for debtor                               MM / DD / YYYY

**Christopher L. Rogan, Esq. 431849**
Printed name

**RoganMillerZimmerman, PLLC**
Firm name

**50 Catoctin Cir., NE, Suite 300**
**Leesburg, VA 20176**
Number, Street, City, State & ZIP Code

Contact phone   **(703 777-8850**          Email address   **crogan@RMZLawFirm.com**

**431849 DC**
Bar number and State

**Fill in this information to identify the case:**

Debtor name      **Broughton Construction Co., LLC**

United States Bankruptcy Court for the:      DISTRICT OF DISTRICT OF COLUMBIA

Case number (if known) _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ■ Other document that requires a declaration      **Statement of Financial Affairs**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on      **December 14, 2023**         *X* **/s/ Casey Stringer**
                                                                    Signature of individual signing on behalf of debtor

                                                                    **Casey Stringer**
                                                                    Printed name

                                                                    **Manager**
                                                                    Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name   **Broughton Construction Co., LLC**

United States Bankruptcy Court for the:   DISTRICT OF DISTRICT OF COLUMBIA

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals
12/15

| Part 1: | Summary of Assets |
|---|---|

1.   ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

   **1a. Real property:**
   Copy line 88 from *Schedule A/B*.................................................................................  $    **0.00**

   **1b. Total personal property:**
   Copy line 91A from *Schedule A/B*..............................................................................  $    **2,237,213.00**

   **1c. Total of all property:**
   Copy line 92 from *Schedule A/B*................................................................................  $    **2,237,213.00**

| Part 2: | Summary of Liabilities |
|---|---|

2.   ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................  $    **8,923,987.00**

3.   ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*..........................................  $    **23,661.00**

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..............................  +$    **5,465,896.29**

4.   **Total liabilities** ..........................................................................................................
   Lines 2 + 3a + 3b   $    **14,413,544.29**

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name    **Broughton Construction Co., LLC**

United States Bankruptcy Court for the:    DISTRICT OF DISTRICT OF COLUMBIA

Case number (if known) _____

☐ Check if this is an
    amended filing

## Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**    **Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **United Bank** | **Business** | **4445** | $0.00 |
| 3.2. | **M&T Bank** | **Business checking** | **4250** | $0.00 |
| 3.3. | **Industrial Bank** | **Business checking** | **9611** | $0.00 |
| 3.4. | **Industrial Bank** | **CD** | | $100,000.00 |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**                                  **$100,000.00**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**Part 2:**    **Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

Debtor    **Broughton Construction Co., LLC**                    Case number *(If known)* _____
                    Name

---

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.    **Accounts receivable**

11b. Over 90 days old:   **2,108,863.00**   -   **0.00**   =....   **$2,108,863.00**
                    face amount        doubtful or uncollectible accounts

12.    **Total of Part 3.**
       Current value on lines 11a + 11b = line 12.  Copy the total to line 82.     | **$2,108,863.00** |

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39.    **Office furniture** | | | |
| 40.    **Office fixtures** | | | |
| 41.    **Office equipment, including all computer equipment and communication systems equipment and software** One computer | Unknown | Managment est | $100.00 |
| 1 copier (leased) | $0.00 | N/A | Unknown |

42.    **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork;
       books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card

| Debtor | **Broughton Construction Co., LLC** | | Case number *(If known)* | |
|---|---|---|---|---|
| | Name | | | |

collections; other collections, memorabilia, or collectibles

**43.** **Total of Part 7.**

Add lines 39 through 42.  Copy the total to line 86.

| | |
|---|---|
| | **$100.00** |

**44.** **Is a depreciation schedule available for any of the property listed in Part 7?**

■ No

☐ Yes

**45.** **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

■ No

☐ Yes

---

**Part 8:**   **Machinery, equipment, and vehicles**

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.

■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **47.**   **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.   **2020 Toyota 4Runner** | **Unknown** | **Mangement Est** | **$28,000.00** |

**48.**   **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

**49.**   **Aircraft and accessories**

| **50.**   **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**<br>**Misc hand tools and construction materials (in storage at UHaul, R Street, Washington DC)** | **Unknown** | **Managment est** | **$250.00** |
|---|---|---|---|

**51.** **Total of Part 8.**

Add lines 47 through 50.  Copy the total to line 87.

| | |
|---|---|
| | **$28,250.00** |

**52.** **Is a depreciation schedule available for any of the property listed in Part 8?**

■ No

☐ Yes

**53.** **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

■ No

☐ Yes

---

**Part 9:**   **Real property**

**54. Does the debtor own or lease any real property?**

■ No.  Go to Part 10.

☐ Yes Fill in the information below.

---

**Part 10:**   **Intangibles and intellectual property**

**59. Does the debtor have any interests in intangibles or intellectual property?**

Official Form 206A/B                       Schedule A/B Assets - Real and Personal Property                       page 3

Debtor    **Broughton Construction Co., LLC**                          Case number *(If known)* _____
         Name

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** Company copyright and logo | Unknown | | Unknown |
| 61. **Internet domain names and websites** www.broughton.com | Unknown | | Unknown |

62.    **Licenses, franchises, and royalties**

63.    **Customer lists, mailing lists, or other compilations**

64.    **Other intangibles, or intellectual property**

65.    **Goodwill**

66.    **Total of Part 10.**                                                                    | $0.00 |
        Add lines 60 through 65. Copy the total to line 89.

67.    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?
       ■ No
       ☐ Yes

68.    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
       ■ No
       ☐ Yes

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

**Part 11:    All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ☐ No.  Go to Part 12.
    ■ Yes Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

71.    **Notes receivable**
       Description (include name of obligor)

72.    **Tax refunds and unused net operating losses (NOLs)**
       Description (for example, federal, state, local)

73.    **Interests in insurance policies or annuities**

74.    **Causes of action against third parties (whether or not a lawsuit has been filed)**

75.    **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to**

Debtor    **Broughton Construction Co., LLC**
Name

Case number *(If known)* _____

**set off claims**

76.    **Trusts, equitable or future interests in property**

77.    **Other property of any kind not already listed** *Examples:* Season tickets,
country club membership

**401(k) Plan - Employee retirement plan**                                      **$0.00**

---

78.    **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.    | **$0.00** |

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

■ No
☐ Yes

Debtor    **Broughton Construction Co., LLC**                       Case number *(If known)* _____
_____
Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $100,000.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $2,108,863.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $100.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $28,250.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*.......................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $2,237,213.00 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $2,237,213.00 |

**Fill in this information to identify the case:**

Debtor name   **Broughton Construction Co., LLC**

United States Bankruptcy Court for the:   DISTRICT OF DISTRICT OF COLUMBIA

Case number (if known)   _____

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|---|
| **2.1** | **CFG Merchant Solutions**<br>Creditor's Name<br><br>**180 Maiden Lane**<br>**15th Floor**<br>**New York, NY 10038**<br>Creditor's mailing address | Describe debtor's property that is subject to a lien<br>**Business loans**<br><br><br><br>Describe the lien<br>**Lien on receivables (believed to be subordinate to Industrial Bank)**<br>Is the creditor an insider or related party?<br>■ No<br>☐ Yes | | **$900,000.00** | **Unknown** |
| | Creditor's email address, if known<br><br>**Date debt was incurred**<br>**2022-present**<br>Last 4 digits of account number | Is anyone else liable on this claim?<br>☐ No<br>■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | | |
| | **Do multiple creditors have an interest in the same property?**<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | As of the petition filing date, the claim is:<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | | |
| **2.2** | **Cloudfund, LLC**<br>Creditor's Name<br><br>**400 Rella Blvd., Suite 165-101**<br>**Suffern, NY 10901**<br>Creditor's mailing address | Describe debtor's property that is subject to a lien<br>**Business loan**<br><br><br><br>Describe the lien<br>**Lien on receivables (believed to be subordinate to Industrial Bank)**<br>Is the creditor an insider or related party?<br>■ No<br>☐ Yes | | **$886,125.00** | **Unknown** |
| | Creditor's email address, if known<br><br>**Date debt was incurred**<br>**2022 - present**<br>Last 4 digits of account number | Is anyone else liable on this claim?<br>☐ No<br>■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | | |

| Debtor | **Broughton Construction Co., LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.3 | **Industrial Bank** | Describe debtor's property that is subject to a lien | $6,588,349.00 | Unknown |
|---|---|---|---|---|

Creditor's Name

**c/o Scott W. Foley, Esq.**
**Shapiro Sher et al**
**250 W. Pratt St., Suite 2000**
**Baltimore, MD 21201**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**2014-2022**

**Last 4 digits of account number**

**Project Accounts Receivable**

**Describe the lien**

**UCC and Judgement Liens**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.4 | **Square Funding LLC dba Square Advance** | Describe debtor's property that is subject to a lien | $532,513.00 | Unknown |
|---|---|---|---|---|

Creditor's Name

**c/o David Fogel, Esq.**
**1225 Franklin Avenue**
**Suite 201**
**Garden City, NY 11530**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**2022-present**

**Last 4 digits of account number**

**Business debt**

**Describe the lien**

**Lien on receivables (believed to be subordinate to Industrial Bank)**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.5 | **Toyota Financial Services** | Describe debtor's property that is subject to a lien | $17,000.00 | $28,000.00 |
|---|---|---|---|---|

---

Debtor    **Broughton Construction Co., LLC**                                    Case number (if known) _____
     Name

| | |
|---|---|
| Creditor's Name | **2020 Toyota 4Runner** |
| **PO Box 5855**<br>**Carol Stream, IL 60197** | |
| Creditor's mailing address | **Describe the lien**<br>**Auto Lien** |
| | **Is the creditor an insider or related party?** |
| | ■ No |
| Creditor's email address, if known | ☐ Yes |
| | **Is anyone else liable on this claim?** |
| **Date debt was incurred** | ■ No |
| **2020** | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:**<br>Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated<br>☐ Disputed |

3.  **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    | **$8,923,987.00** |

---

**Part 2:**    **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Vadim Serebro, Esq.**<br>**55 Broadway, 3rd Floor**<br>**New York, NY 10006** | Line  **2.2** | |

**Fill in this information to identify the case:**

Debtor name **Broughton Construction Co., LLC**

United States Bankruptcy Court for the: **DISTRICT OF DISTRICT OF COLUMBIA**

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address<br>**DC Office of Tax and Rev**<br>**1101 4th St #270**<br>**Washington, DC 20024** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,000.00 | $1,000.00 |
| Date or dates debt was incurred<br>**2022** | Basis for the claim:<br>**Taxes (estimated; tax returns not yet filed)** | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |
| **2.2** Priority creditor's name and mailing address<br>**United States Treasury**<br>**INTERNAL REVENUE SERVICE CENTER**<br>**P.O. BOX 931000**<br>**Louisville, KY 40293** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $22,661.00 | $0.00 |
| Date or dates debt was incurred | Basis for the claim:<br>**Taxes** | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

### Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

| Debtor | **Broughton Construction Co., LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.1** | Nonpriority creditor's name and mailing address
**Absolute Builders, Inc.**
**811 Whittier Place, NW**
**Washington, DC 20012**

Date(s) debt was incurred  **2021 - 2023**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Subcontractor**

Is the claim subject to offset? ■ No ☐ Yes

**$12,124.00**

---

**3.2** | Nonpriority creditor's name and mailing address
**Access Demolition Contracting**
**3437 9th Street**
**Brooklyn, MD 21225**

Date(s) debt was incurred  **2021-23**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Subcontractor**

Is the claim subject to offset? ■ No ☐ Yes

**$5,086.00**

---

**3.3** | Nonpriority creditor's name and mailing address
**Adom Realty Investments**
**807 East Blatimore St, Unit 1-R**
**Baltimore, MD 21202**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Commercial Real Property Lease (from 2019; signed new lease with new owner in 2023)**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.4** | Nonpriority creditor's name and mailing address
**Age Construction Inc.**
**2905 Lancer Drive**
**Damascus, MD 20872**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Subcontractor**

Is the claim subject to offset? ■ No ☐ Yes

**$18,941.00**

---

**3.5** | Nonpriority creditor's name and mailing address
**AllStar Tech Solutions**
**8335 16th Street**
**Silver Spring, MD 20910**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Subcontractor**

Is the claim subject to offset? ■ No ☐ Yes

**$1,725.00**

---

**3.6** | Nonpriority creditor's name and mailing address
**Allstate Floors of DC, LLC**
**6031 Kansas Ave., NW**
**Suite 200**
**Washington, DC 20011**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Subcontractor**

Is the claim subject to offset? ■ No ☐ Yes

**$97,391.00**

---

**3.7** | Nonpriority creditor's name and mailing address
**Alto Hartley, Inc.**
**4601A Eisenhower Ave**
**Alexandria, VA 22304**

Date(s) debt was incurred  **2021-23**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Subcontractor**

Is the claim subject to offset? ■ No ☐ Yes

**$17,003.00**

---

| Debtor | **Broughton Construction Co., LLC** | Case number (*if known*) | |
| | Name | | |

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,520.00 |

**AM Electric Enterprise**
**6217 Christian Kemp Drive**
**Frederick, MD 21703**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021-23**

Basis for the claim:  **Subcontractor**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $13,692.00 |

**American Builders & More LLC**
**7808 Rebel Drive**
**Annandale, VA 22003**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021-23**

Basis for the claim:  **Subcontractor**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $253,821.00 |

**American Construction**
**3421 14th Street, NW**
**Washington, DC 20010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021-23**

Basis for the claim:  **Subcontractor**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $50,000.00 |

**American Express**
**PO Box 1270**
**Newark, NJ 07101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020 - 23**

Basis for the claim:  **Business debt - credit card**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $150,000.00 |

**American Express**
**PO Box 1270**
**Newark, NJ 07101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Basis for the claim:  **Business debt - line of credit**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $17,006.00 |

**AMT LLC**
**700 King Farm Blvd**
**Suite 300**
**Rockville, MD 20850**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Subcontractor**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,514.00 |

**Aquia LLC**
**1300 I St NW**
**Suite 400E**
**Washington, DC 20005**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021-23**

Basis for the claim:  **Subcontractor**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Broughton Construction Co., LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.15** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$23,321.00**

**Ardono Construction Inc.**
**7304 Riggs Rd**
**102**
**Hyattsville, MD 20783**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2021-23**

Basis for the claim: **Subcontractor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.16** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$9,425.00**

**Arena Maint Solutions, LLC**
**1015 Clifton Brook Lane**
**Silver Spring, MD 20905**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2021-23**

Basis for the claim: **Subcontractor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.17** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,481.00**

**Baltimore Door and Frame Co**
**2201 Halethorpe Farms Road**
**Halethorpe, MD 21227**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2021-23**

Basis for the claim: **Subcontractor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.18** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$38,791.00**

**Beitzell Fence Company**
**16351 Lee Highway**
**Gainesville, VA 20155**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2021-23**

Basis for the claim: **Subcontractor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.19** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$11,350.00**

**Berkel & Co Contractors, Inc.**
**2413 Linden Lane**
**Silver Spring, MD 20910**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2021-23**

Basis for the claim: **Subcontractor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.20** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$35,000.00**

**BMW Financial Services**
**PO Box 9001065**
**Louisville, KY 40290**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **10/2022**

Basis for the claim: **Lease of 2023 Mini Cooper Automobile**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.21** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$74,090.00**

**Brandes & Cassagnol Engineers, PC**
**5520 Connecticut Ave. NW**
**Suitge LL4**
**Washington, DC 20015**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2021-23**

Basis for the claim: **Subcontractor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Broughton Construction Co., LLC | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.22**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,993.00** |
|---|---|---|

**C&W Caulking, LLC**
**4504 Hazelton Dr.**
**Woodbridge, VA 22193**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021-23**

Basis for the claim:  **Subontractor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.23**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|

**Capitol Document Solutions**
**12115-L Parklawn Dr**
**Rockville, MD 20852**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021-23**

Basis for the claim:  **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.24**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$18,162.00** |
|---|---|---|

**Capitol Paving of DC, Inc.**
**2211 Channing Street, NE**
**Washington, DC 20018**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021-23**

Basis for the claim:  **Subontractor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.25**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$8,227.00** |
|---|---|---|

**Casey General LLC**
**205 Stokes Rd**
**Vincentown, NJ 08088**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021-23**

Basis for the claim:  **Subontractor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.26**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$45,190.00** |
|---|---|---|

**Century Engineering**
**10710 Gilroy Road**
**Hunt Valley, MD 21031**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021-23**

Basis for the claim:  **Subcontractor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.27**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,773.00** |
|---|---|---|

**Comdor LLC**
**2741 Prosperity Ave.**
**Suite 100**
**Fairfax, VA 22031**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021-23**

Basis for the claim:  **Subocontractor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.28**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|

**Coporate Office Properties, LP**
**Maritime Holdings LLC**
**6711 Columbia Gateway Dr,**
**Suite 300**
**Columbia, MD 21046**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Lease (terminated)**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Broughton Construction Co., LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.29**

Nonpriority creditor's name and mailing address

**Crum & Foster**
**305 Madison Ave**
**Morristown, NJ 07960**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Surety**

Is the claim subject to offset? ■ No ☐ Yes

**$80,000.00**

---

**3.30**

Nonpriority creditor's name and mailing address

**CT Corportation Systems**
**PO Box 4349**
**Carol Stream, IL 60197**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$710.00**

---

**3.31**

Nonpriority creditor's name and mailing address

**Da Rocha Concrete, LLC**
**610 Olney Sandy Spring Rd**
**Sandy Spring, MD 20860**

Date(s) debt was incurred  **2021-23**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Subcontractor**

Is the claim subject to offset? ■ No ☐ Yes

**$33,630.00**

---

**3.32**

Nonpriority creditor's name and mailing address

**Datawatch Systems**
**PO Box 79845**
**Baltimore, MD 21279**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$56.23**

---

**3.33**

Nonpriority creditor's name and mailing address

**DC Fire Protection, LLC**
**1919 5th St, NE**
**Washington, DC 20010**

Date(s) debt was incurred  **2021-23**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Subcontractor**

Is the claim subject to offset? ■ No ☐ Yes

**$6,120.00**

---

**3.34**

Nonpriority creditor's name and mailing address

**DC Health Link**
**PO Box 97022**
**Washington, DC 20090**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt (health insurance)**

Is the claim subject to offset? ■ No ☐ Yes

**$17,059.00**

---

**3.35**

Nonpriority creditor's name and mailing address

**DC Life Saftey, LLC**
**3421 14th St, NW**
**301**
**Washington, DC 20019**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$13,442.00**

---

| Debtor | Broughton Construction Co., LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.36** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$100.00**

**DC Treasurer**
**899 N. Capitol St, NE**
**1st Floor**
**Washington, DC 20002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Taxes and fees**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.37** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,478.00**

**Design Glazing Concepts, LLC**
**44819 Acacia Ln**
**Unit 140**
**Sterling, VA 20166**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021-23**

Basis for the claim:  **Subcontractor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.38** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$105,309.00**

**Eastcoast Siding, Inc**
**6600 Washinbton Blvd**
**Elkridge, MD 21075**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021-23**

Basis for the claim:  **Subcontractor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.39** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$18,046.00**

**Edifika LLC**
**4301 Mass Ave, NW**
**Unit A302**
**Washington, DC 20016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021-23**

Basis for the claim:  **Subcontractor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.40** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$54,000.00**

**Elan Credit (M&T)**
**1255 Corporate Drive #6**
**Irving, TX 75038**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020 -23**

Basis for the claim:  **Credit Card**

Last 4 digits of account number  **4204**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.41** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,645.00**

**Electrical Minority Group, LLC**
**6601 Long Shadow Court**
**Clinton, MD 20735**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021-23**

Basis for the claim:  **Subcontractor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.42** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$6,940.00**

**Ellington Mechanical Services, Inc.**
**6260 Fallard Drive**
**Upper Marlboro, MD 20772**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021-23**

Basis for the claim:  **Subcontractor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Broughton Construction Co., LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.43**

**Nonpriority creditor's name and mailing address**

**Environmental Alternatives, Inc**
**24024 Frederick Rd**
**Clarksburg, MD 20871**

Date(s) debt was incurred **2021-23**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Subcontractor**

Is the claim subject to offset? ☑ No ☐ Yes

**$1,268.00**

---

**3.44**

**Nonpriority creditor's name and mailing address**

**EPIC Home Solutions, LLC**
**4070 Finsbury Lane**
**Frederick, MD 21704**

Date(s) debt was incurred **2021-23**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Subcontractor**

Is the claim subject to offset? ☑ No ☐ Yes

**$2,000.00**

---

**3.45**

**Nonpriority creditor's name and mailing address**

**Ferguson Enterprises Inc.**
**PO Box 417592**
**Boston, MA 02241**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☑ No ☐ Yes

**$492.00**

---

**3.46**

**Nonpriority creditor's name and mailing address**

**First Citizens Bank**
**100 E Tryon Road**
**Raleigh, NC 27603**

Date(s) debt was incurred **2020-23**

Last 4 digits of account number **1977**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Credit Card**

Is the claim subject to offset? ☑ No ☐ Yes

**$47,000.00**

---

**3.47**

**Nonpriority creditor's name and mailing address**

**First Insurance Funding**
**PO Box 7000**
**Carol Stream, IL 60197**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt (insurance)**

Is the claim subject to offset? ☑ No ☐ Yes

**$1,195.00**

---

**3.48**

**Nonpriority creditor's name and mailing address**

**FM Financial Services, LLC**
**1250 Connecticut Ave**
**Washington, DC 20003**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt (accounting services)**

Is the claim subject to offset? ☑ No ☐ Yes

**$5,000.00**

---

**3.49**

**Nonpriority creditor's name and mailing address**

**FMC & Associates, LLC**
**3927 Georgia Ave, NW**
**Unit C1**
**Washington, DC 20011**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☑ No ☐ Yes

**$4,200.00**

---

Debtor   **Broughton Construction Co., LLC**
_____
Name

Case number (if known) _____

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20,166.00 |
|---|---|---|---|

**Gelberg Signs**
**6511 Chillum Place, NW**
**Washington, DC 20012**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2021-23**

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,482.00 |
|---|---|---|---|

**Grainger**
**Dept 875441750**
**Palatine, IL 60038**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2021-23**

Basis for the claim:  **Subcontractor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,370.00 |
|---|---|---|---|

**Green Const Services Group, LLC**
**6403 98th Ave**
**Lanham, MD 20706**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2021-23**

Basis for the claim:  **Subcontractor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $144,490.00 |
|---|---|---|---|

**Guzman's Lawn Care and Landscaping, LLC**
**t/a Oakridge Landscaping and Const LLC**
**840 Quince Orchard Blvd. T2**
**Gaithersburg, MD 20878**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2021-23**

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $243.00 |
|---|---|---|---|

**Hardware Plus, Inc.**
**2211 Pennsylvania Ave**
**Baltimore, MD 21217**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2022-23**

Basis for the claim:  **Subcontractor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $78,631.00 |
|---|---|---|---|

**Havteck, Inc.**
**PO Box 37031**
**Baltimore, MD 21297**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2021-23**

Basis for the claim:  **Subcontractor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $29,530.00 |
|---|---|---|---|

**Hitite Steel, Inc.**
**44171 Paget Terrace**
**Ashburn, VA 20147**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2021-23**

Basis for the claim:  **Subcontractor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor     **Broughton Construction Co., LLC**                                    Case number *(if known)*
     Name

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$28,127.00** |
|---|---|---|---|

**Ideal Electrical Supply Corp**
**3515 V Street, NE**
**Washington, DC 20018**

Date(s) debt was incurred  **2021-23**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$54,482.00** |
|---|---|---|---|

**Istudio Architects**
**1400 16th St NW Suite 130**
**Washington, DC 20036**

Date(s) debt was incurred  **2021-23**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Subcontractor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$183,977.00** |
|---|---|---|---|

**J-Dos International, Inc.**
**4506 14th St, NW**
**Washington, DC 20017**

Date(s) debt was incurred  **2021-23**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Subcontractor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$130,000.00** |
|---|---|---|---|

**Janice M. Adams**
**700 7th St, SW**
**Apt 506**
**Washington, DC 20024**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Loan to company**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,000,000.00** |
|---|---|---|---|

**Jaycee Development**
**1100 Peachtree St., NE  950**
**Atlanta, GA 30309**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Loan to company**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$200,000.00** |
|---|---|---|---|

**JF General Painting Inc.**
**12326 Old Gupowder Spur Rd**
**Beltsville, MD 20705**

Date(s) debt was incurred  **2021-23**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Subcontractor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$11,800.00** |
|---|---|---|---|

**JLC Management LLC**
**6520 Allentown Road**
**Temple Hills, MD 20748**

Date(s) debt was incurred  **2021-23**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Subcontractor**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Broughton Construction Co., LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.64** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$68,220.00**

**JPG Plumbing and Mech Services, Inc.**
**8260 Stayton Drive**
**Suite M**
**Jessup, MD 20794**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021-23**

Basis for the claim:  **Subcontractor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.65** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$18,360.00**

**Kalkreuth Roofing & Sheet Metal, Inc.**
**P.O. Drawer 6399**
**Wheeling, WV 26003**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021-23**

Basis for the claim:  **Subcontractor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.66** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$220,000.00**

**Keller Colors**
**6345 Northgate Road**
**Laurel, MD 20723**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021-23**

Basis for the claim:  **Subcontractor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.67** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$65,593.00**

**Key Woodworking, Inc.**
**6714-A Industrial Road**
**Springfield, VA 22151**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021-23**

Basis for the claim:  **Subcontractor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.68** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$119.00**

**Lab Corp of America Holding**
**PO Box 12140**
**Burlington, NC 27216**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Medical testing**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.69** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$18,127.00**

**LG Electric and Design, Inc.**
**6325 Damascus Rd**
**Gaithersburg, MD 20882**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021-23**

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.70** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$70,000.00**

**Liberty Mutual Insur Corp**
**100 Shochhoe Slip**
**Floor 2**
**Richmond, VA 23219**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022-23**

Basis for the claim:  **Insurnace**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   **Broughton Construction Co., LLC**                                    Case number (if known) _____
_____
Name

---

| 3.71 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$49,000.00** |
|------|---|---|---|

**M&T Bank**
**P.O. Box 790408**
**Saint Louis, MO 63179**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2020 - 23**

Basis for the claim:  **Business debt - credit card (Visa)**

**Last 4 digits of account number  _**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.72 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$6,696.00** |
|------|---|---|---|

**Mid Atlantic Interiors**
**7620 PENN BELT DRIVE**
**Forrstville, MD**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2021-23**

Basis for the claim:  **Subcontractor**

**Last 4 digits of account number  _**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.73 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$55,285.00** |
|------|---|---|---|

**Mobile Modular Mngmnt Corp**
**5700 Las Positas Road**
**Livermore, CA 94551**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2020 and 2021**

Basis for the claim:  **Subcontract and Services Agreements**

**Last 4 digits of account number  _**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.74 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,750.00** |
|------|---|---|---|

**MRG Services LLC**
**37 R Street NE**
**Washington, DC 20002**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2021-23**

Basis for the claim:  **Subcontractor**

**Last 4 digits of account number  _**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.75 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|------|---|---|---|

**Nationwide Surety**
**PO Box 10479**
**Des Moines, IA 50306**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  _**

Basis for the claim:  **Construction bond indemnification obligaitons**

**Last 4 digits of account number  _**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.76 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$7,270.00** |
|------|---|---|---|

**New Era Custom Design & Cabinet Works**
**270 Insterstate Circle Suite 100**
**Frederick, MD 21704**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2021-23**

Basis for the claim:  **Subcontractor**

**Last 4 digits of account number  _**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.77 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$50,910.00** |
|------|---|---|---|

**Nielson Hoover & Company, Inc.**
**15050 NW 79th Court Suite 200**
**Miami Lakes, FL 33016**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  _**

Basis for the claim:  **Surety**

**Last 4 digits of account number  _**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Broughton Construction Co., LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.78** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$5,247.00**

**Order Green Supply**
5130 N Franklintown Rd Suite G
Gwynn Oak, MD 21207

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Basis for the claim:  __Trade debt__

Last 4 digits of account number _____

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.79** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$10,764.00**

**Partition Plus, Inc.**
 PO Box 8
Fallston, MD 21047

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __2021-23__

Basis for the claim:  __Subcontractor__

Last 4 digits of account number _____

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.80** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,182.00**

**Penhall Company**
PO Box 842911
Los Angeles, CA 90084

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __2021-23__

Basis for the claim:  __Subcontractor__

Last 4 digits of account number _____

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.81** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,232.00**

**Playground Specialists, Inc.**
29 Apples Church Road
Thurmont, MD 21788

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __2021-23__

Basis for the claim:  __Subcontractor__

Last 4 digits of account number _____

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.82** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$32,035.00**

**POEX Construction, Inc.**
14020 Thunderbolt PL. Suite 300
Chantilly, VA 20151

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __2021-23__

Basis for the claim:  __Subcontractor__

Last 4 digits of account number _____

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.83** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$91,816.00**

**Porsche Financial Services**
One Porsche Drive
Atlanta, GA 30354

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __1/2023__

Basis for the claim:  __Auto Lease__

Last 4 digits of account number  __3688__

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.84** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$18,669.00**

**Precision Doors and Hardware, Inc.**
6295-80 Edsall Road
Alexandria, VA 22312

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __2021-23__

Basis for the claim:  __Subcontractor__

Last 4 digits of account number _____

Is the claim subject to offset? ☑ No  ☐ Yes

---

Debtor   **Broughton Construction Co., LLC**                                    Case number (if known) _____
_____
Name

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $200,000.00 |

**Quinn Evans Architects Inc.**
**2121 WARD PLACE, NW SUITE 440**
**Washington, DC 20036**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2021-23**

**Basis for the claim:  Subcontractor**

**Last 4 digits of account number  _**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $174,669.00 |

**R&R Mechanical, Inc.**
**2902 Bladensburg Road, NE**
**Washington, DC 20018**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2021-23**

**Basis for the claim:  Subcontractor**

**Last 4 digits of account number  _**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $62,906.06 |

**Ranger Glass East Coast, Inc.**
**196 North 21st Street**
**Purcellville, VA 20132**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2021-23**

**Basis for the claim:  Subcontractor**

**Last 4 digits of account number  _**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $56,898.00 |

**RDI Construction, Inc.**
**11407 Monterrey Drive**
**Silver Spring, MD 20902**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2021-23**

**Basis for the claim:  Subcontractor**

**Last 4 digits of account number  _**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $33,883.00 |

**Reconstruct , Inc.**
**1412 Holbrook Street Northeast**
**Washington, DC 20002**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2021-23**

**Basis for the claim:  Subcontractor**

**Last 4 digits of account number  _**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $24,070.00 |

**Remy Contractors LLC**
**3203 Apex Circle**
**Falls Church, VA 22044**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2021-23**

**Basis for the claim:  Subcontractor**

**Last 4 digits of account number  _**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.91 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $230.00 |

**Sandtwayla Ratliff**
**11301 Golden Eagle Pl Unit B**
**Waldorf, MD 20603**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2021-23**

**Basis for the claim:  Subcontractor**

**Last 4 digits of account number  _**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor  **Broughton Construction Co., LLC**
_____
Name

Case number (if known) _____

---

| 3.92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,350.00 |

**SC&H Group, Inc.**
 PO Box 64271
**Baltimore, MD 21264**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021-23**

Basis for the claim:  **Subcontractor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,695.00 |

**Sherwin Williams Company**
**4325-27 Easton Ave**
**Bethlehem, PA 18020**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.94 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,072.00 |

**Singer Ashland**
**1324 Brass Mill Road**
**Belcamp, MD 21017**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.95 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,075.00 |

**Soil and Land Use Tech, Inc.**
**1818 New York Ave. NE Suite 107**
**Washington, DC 20002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021-23**

Basis for the claim:  **Subcontractor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.96 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $55,582.00 |

**Sparks at Play, LLC**
**3705 Crondal Lane**
**Owings Mills, MD 21117**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021-23**

Basis for the claim:  **Subcontractor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.97 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,000.00 |

**Spotts Fain, PC**
**PO Box 1555**
**Richmond, VA 23218**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Legal fees**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.98 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $835.00 |

**Staples Credit Plan**
**DEPT. 11 - 0006111033**
**PO Box  9001036**
**Louisville, KY 40290**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Broughton Construction Co., LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.99 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,464.00** |
|---|---|---|---|

**Structural Preservation Systems, LLC**

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date(s) debt was incurred** 2021-23

**Last 4 digits of account number** _

**Basis for the claim:** Subcontractor

Is the claim subject to offset? ■ No ☐ Yes

| 3.100 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$206,343.00** |
|---|---|---|---|

**Studio Laan, PLLC**
**1117 C Street, SE**
**Washington, DC 20003**

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date(s) debt was incurred** 2021-23

**Last 4 digits of account number** _

**Basis for the claim:** Subcontractor

Is the claim subject to offset? ■ No ☐ Yes

| 3.101 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$12,388.00** |
|---|---|---|---|

**Sunbelt Rentals**
**PO Box 409211**
**Atlanta, GA 30384**

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date(s) debt was incurred** 2022-23

**Last 4 digits of account number** _

**Basis for the claim:** Trade debt

Is the claim subject to offset? ■ No ☐ Yes

| 3.102 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$84,167.00** |
|---|---|---|---|

**The Bartley Corporation**
**PO Box 1299 Ashton**
**Ashton, MD 20861**

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date(s) debt was incurred** 2021-23

**Last 4 digits of account number** _

**Basis for the claim:** Subcontractor

Is the claim subject to offset? ■ No ☐ Yes

| 3.103 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$19,824.00** |
|---|---|---|---|

**Total Electric, Inc.**
**16000 Trade Zone Avenue Suite #303**
**Upper Marlboro, MD 20774**

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Trade debt

Is the claim subject to offset? ■ No ☐ Yes

| 3.104 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$30,000.00** |
|---|---|---|---|

**Toyota Finance**
**PO Box 8026**
**Cedar Rapids, IA 52409**

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date(s) debt was incurred** NEED

**Last 4 digits of account number** NEED

**Basis for the claim:** Auto Lease

Is the claim subject to offset? ■ No ☐ Yes

| 3.105 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$46,322.00** |
|---|---|---|---|

**TPM Group**
**1220 12th street SE Suite G80**
**Washington, DC 20003**

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date(s) debt was incurred** 2021-23

**Last 4 digits of account number** _

**Basis for the claim:** Subcontractor

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Broughton Construction Co., LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.106** | **Nonpriority creditor's name and mailing address**

**Travelers**
**PO Box 660317**
**Dallas, TX 75266**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Insurance**

Is the claim subject to offset? ■ No ☐ Yes

**$12,224.00**

---

**3.107** | **Nonpriority creditor's name and mailing address**

**Tricore Systems, LLC**
**1325 G Street NW Suite 500**
**Washington, DC 20005**

Date(s) debt was incurred  **2021-23**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Subcontractor**

Is the claim subject to offset? ■ No ☐ Yes

**$30,851.00**

---

**3.108** | **Nonpriority creditor's name and mailing address**

**Trulite Electrical Services, LLC**
**3422 Highwood Drive, SE**
**Washington, DC 20020**

Date(s) debt was incurred  **2021-23**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Subcontractor**

Is the claim subject to offset? ■ No ☐ Yes

**$35,000.00**

---

**3.109** | **Nonpriority creditor's name and mailing address**

**United Rentals**
**6711 Industrial Drive**
**Beltsville, MD 20705**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$3,167.00**

---

**3.110** | **Nonpriority creditor's name and mailing address**

**Valiant Products, Inc.**
**939 Quincy Street**
**Lakeland, FL 33815**

Date(s) debt was incurred  **2021-23**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Subcontractor**

Is the claim subject to offset? ■ No ☐ Yes

**$16,486.00**

---

**3.111** | **Nonpriority creditor's name and mailing address**

**Vision Security Solutions**
**2901 V ST NE**
**Washington, DC 20018**

Date(s) debt was incurred  **2021-23**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Subcontractor**

Is the claim subject to offset? ■ No ☐ Yes

**$296,381.00**

---

**3.112** | **Nonpriority creditor's name and mailing address**

**Washington Door & Hardware**
**5764 2nd Street, NE**
**Washington, DC 20011**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$7,125.00**

---

| Debtor | **Broughton Construction Co., LLC** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 3.113 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**WKM**
**900 17th Street, NW**
**Suite 650**
**Washington, DC 20006**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2022-23**

Last 4 digits of account number __

Basis for the claim:  **Attempted assignment/novation of contracts;**
**services rendered**

Is the claim subject to offset? ■ No ☐ Yes

---

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **David Gillis, Esq.**<br>**White and Williams,. Esq.**<br>**600 Washington Ave., Suite 303**<br>**Towson, MD 21204** | Line **3.75**<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | **David Murphy, Esq.**<br>**McCandlish Lillard, PC**<br>**11350 Random Hills Road**<br>**Suite 500**<br>**Fairfax, VA 22030** | Line **3.103**<br><br>☐ Not listed. Explain ____ | _ |
| 4.3 | **Kevin M. Tracy, Esq.**<br>**McNamee Hosea**<br>**888 Bestgate Road, Suite 402**<br>**Annapolis, MD 21401** | Line **3.64**<br><br>☐ Not listed. Explain ____ | _ |
| 4.4 | **Mini of Mont County**<br>**820 Russell Ave**<br>**Gaithersburg, MD 20879** | Line **3.20**<br><br>☐ Not listed. Explain ____ | _ |
| 4.5 | **Morgan Pvinelli, Esq.**<br>**Snell & Wimer**<br>**2001 K Street, NW**<br>**Suite 425 North**<br>**Washington, DC 20006** | Line **3.73**<br><br>☐ Not listed. Explain ____ | _ |
| 4.6 | **S. Sadiq Gill, Esq.**<br>**Durrette, Arkema et al**<br>**1111 East Main Street, 16th Floor**<br>**Richmond, VA 23219** | Line **3.112**<br><br>☐ Not listed. Explain ____ | _ |

---

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5. Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 23,661.00 |
| 5b. Total claims from Part 2 | 5b. + | $ | 5,465,896.29 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 5,489,557.29 |

**Fill in this information to identify the case:**

Debtor name   **Broughton Construction Co., LLC**

United States Bankruptcy Court for the:   DISTRICT OF DISTRICT OF COLUMBIA

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases          12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
   ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal      Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial real property lease** | |
| | State the term remaining | **2024** | **Adom Realty Investments**<br>**807 East Blatimore St, Unit 1-R**<br>**Baltimore, MD 21202** |
| | List the contract number of any government contract | | |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Copier lease (remains in office space) and maintance** | |
| | State the term remaining | **Unknown** | **Capital Documents Solutions**<br>**12115 Parklawn Drive, Suite L**<br>**Rockville, MD 20852** |
| | List the contract number of any government contract | | |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **Blanket Construction Servides Contract (all task under Contract have been terminated)** | |
| | State the term remaining | **Annual renewals (4 years)** | **DC Dept of General Services**<br>**1250 U Street, NW**<br>**2nd Floor**<br>**Washington, DC 20009** |
| | List the contract number of any government contract | | |
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **Auto lease** | |
| | State the term remaining | **25 months** | **Mini of Montgomery County**<br>**820 Russell Ave**<br>**Gaithersburg, MD 20879** |
| | List the contract number of any government contract | | |

Debtor 1    **Broughton Construction Co., LLC**

First Name            Middle Name            Last Name

Case number (*if known*)

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **On call Construction Servcies Contact, dated 06/29/2021 (IDIQ Contract)** | |
|---|---|---|---|
| | State the term remaining | | **University of DC**<br>**4200 Connecticut Ave., NW, 200C**<br>**Suit 200C**<br>**Washington, DC 20003** |
| | List the contract number of any government contract | **GF 2019-C-0076-002** | |

| Fill in this information to identify the case: |
|---|

Debtor name **Broughton Construction Co., LLC**

United States Bankruptcy Court for the: **DISTRICT OF DISTRICT OF COLUMBIA**

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                        12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

Column 1: **Codebtor**                                    Column 2: **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | **Casey B. Stringer** | | **Square Funding LLC dba Square Advance** | ■ D __2.4__<br>☐ E/F _____<br>☐ G _____ |
| 2.2 | **Casey B. Stringer** | | **CFG Merchant Solutions** | ■ D __2.1__<br>☐ E/F _____<br>☐ G _____ |
| 2.3 | **Casey B. Stringer** | | **Cloudfund, LLC** | ■ D __2.2__<br>☐ E/F _____<br>☐ G _____ |
| 2.4 | **Casey B. Stringer** | | **Industrial Bank** | ■ D __2.3__<br>☐ E/F _____<br>☐ G _____ |

**Fill in this information to identify the case:**

Debtor name    **Broughton Construction Co., LLC**

United States Bankruptcy Court for the:    DISTRICT OF DISTRICT OF COLUMBIA

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    **04/22**

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:**    **Income**

1.  **Gross revenue from business**

    ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From  **1/01/2023** to **Filing Date** | ■ Operating a business ■ Other  **Operating a business (estimated)** | **$5,000,000.00** |
| **For prior year:** From  **1/01/2022** to **12/31/2022** | ☐ Operating a business ■ Other  **Operating a business (estimated)** | **$12,000,000.00** |
| **For year before that:** From  **1/01/2021** to **12/31/2021** | ■ Operating a business ☐ Other | **$22,886,650.00** |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ■ None.

| | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|

**Part 2:**    **List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

    ■ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer Check all that apply |
|---|---|---|---|

4.  **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
    List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed

Debtor    **Broughton Construction Co., LLC**                                    Case number *(if known)* _____

or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☐ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| **Porsche Financial Services One Porsch Drive Atlanta, GA 30354** | **2022 Porsche (leased) returned to lessor** | **Novmeber 2023** | **$90,000.00** |

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☐ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| **Industrial Bank c/o Scott W. Foley, Esq. Shapiro Sher et al 250 W. Pratt St., Suite 2000 Baltimore, MD 21201** | **Various garnishments and attachments of accounts receivable and other property; amounts collected unknown** <br> Last 4 digits of account number: _____ | **08 - 11/2023** | **Unknown** |

### Part 3:    Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Williams Door and Glass, Inc. vs. Broughton Constrcution Co, LLC et al 760CL19006369-00** | **Subcontractor breach of contract claim** | **Richmond City Circuit Court Richmond, VA 23219** | ☐ Pending ☐ On appeal ■ Concluded |
| 7.2. | **Total Electric, Inc. vs. Broughton Construction Company, LLC 2023-CAB-003224** | **Breach of contract** | **D.C. Superior Court 500 Indana Ave, NW Suite 5000 Washington, DC 20001** | ■ Pending ☐ On appeal ☐ Concluded |
| 7.3. | **CFG Merchant Solutions, LLC vs. Broughton Construction Company, LLC, et al 155093/2023** | **Breach of contract** | **Supreme Court of the State of New York NY** | ■ Pending ☐ On appeal ☐ Concluded |

Debtor    **Broughton Construction Co., LLC**                                    Case number *(if known)* _____

| | Case title / Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.4. | **Guzman's Lawn Care and Landscaping, LLC vs. Broughton Constuction Company, LLC 203-CAB-004792** | **Breach of contract** | **D.C Superior Court 500 Indiana Ave, NW Suite 5000 Washington, DC 20001** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.5. | **Cloudfund, LLC vs. Broughton Constrcution Company, LLC, et al 609177/2023** | **Breach of contract** | **Supreme Court of the State of NY County of Nassau** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.6. | **Square Funding LLC dba Square Advance vs. Broughton Construction Company, LLC et al 517404/2023** | **Breach of contract** | **Supreme Court of NY, County of Kings** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.7. | **Ranger Glass East Coast, Inc. vs. Broughton Construction Co. 2023 CAB 005354** | **Breach of Contract** | **D.C. Superior Court 500 Indiana Ave, NW Room 5000 Washington, DC 20001** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.8. | **Mobile Modular Managment Corp vs. Broughton Construction Co. 2023-CAB-002863** | **Breach of Contract** | **D.C. Superior Court 500 Indiana Ave. NW Room 5000 Washington, DC 20001** | ☐ Pending<br>☐ On appeal<br>■ Concluded |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:    Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☐ None

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.1. | **City Dance Ensemble 4000 Alvermarle St, NW 304 Washington, DC 20016** | **Donation** | **2021** | **$1,000.00** |
| | Recipients relationship to debtor **None** | | | |
| 9.2. | **College Track 483 9th St, Suite 200 Oakland, CA 94607** | **Donation** | **2021** | **$25,000.00** |
| | Recipients relationship to debtor **None** | | | |

Debtor  **Broughton Construction Co., LLC**  _____  Case number *(if known)* _____

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| 9.3. **Fauneroy Community Enrichment Ctr 4800 Nannie Helen Burroughts Ave. Washington, DC 20019** | **Donation** | **2021** | **$2,500.00** |
| **Recipients relationship to debtor None** | | | |
| 9.4. **Ellington Fund Duke Ellington School 3500 R Street NW Washington, DC 20007** | **Donation** | **2021** | **$262.00** |
| **Recipients relationship to debtor None** | | | |
| 9.5. **Muriel Bowser Re-election campaign** | **Donation** | **2021** | **$200.00** |
| **Recipients relationship to debtor None** | | | |
| 9.6. **Kamin Reed Election Fund (Atlanta Mayor)** | **Donation** | **2021** | **$2,800.00** |
| **Recipients relationship to debtor None** | | | |
| 9.7. **Gold My Future My Game 5335 Wisconsin Ave, NE 400 Washington, DC 20015** | **Donation** | **2022** | **$5,000.00** |
| **Recipients relationship to debtor None** | | | |
| 9.8. **House of Ruth 5 Thomas Circle, NW #4 Washington, DC 20005** | **Donation** | **2022** | **$1,000.00** |
| **Recipients relationship to debtor None** | | | |

**Part 5:   Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

Debtor    **Broughton Construction Co., LLC** _____    Case number _(if known)_ _____

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B _(Schedule A/B: Assets – Real and Personal Property)._ | Dates of loss | Value of property lost |
|---|---|---|---|
| | | | |

**Part 6:**    **Certain Payments or Transfers**

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **RoganMillerZimmerman, PLLC**<br>**50 Catoctin Cir., NE, Suite 300**<br>**Leesburg, VA 20176** | **Attorney Fees** | **November 27, 2023** | **$5,000.00** |
| | Email or website address<br>**crogan@RMZLawFirm.com** | | | |
| | Who made the payment, if not debtor?<br>**Caseey B. Stringer** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| | | | |

**13. Transfers not already listed on this statement**

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:**    **Previous Locations**

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| Address | Dates of occupancy From-To |
|---|---|
| | |

**Part 8:**    **Health Care Bankruptcies**

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

Debtor    **Broughton Construction Co., LLC**                                    Case number *(if known)*

- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

- ■ No. Go to Part 9.
- ☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| | | |

## Part 9:    Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

- ■ No.
- ☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

- ■ No. Go to Part 10.
- ☐ Yes. Does the debtor serve as plan administrator?

## Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| | | | | |

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| | | | |

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| U-Haul Storage<br>5th Street<br>Washington, DC 20002 | Casey Stringer | Hand tools | ☐ No<br>■ Yes |

## Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own

Debtor    **Broughton Construction Co., LLC**                                    Case number *(if known)*

---

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

    ■ None

---

**Part 12:    Details About Environment Information**

---

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

    ■ No.
    ☐ Yes. Provide details below.

| Case title
Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

    ■ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

    ■ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

---

25. **Other businesses in which the debtor has or has had an interest**
    List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

    ■ None

| Business name address | Describe the nature of the business | Employer Identification number
Do not include Social Security number or ITIN.

Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
    26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
    ☐ None

| Name and address | Date of service
From-To |
|---|---|

---

Debtor    **Broughton Construction Co., LLC**                    Case number *(if known)* _____

| Name and address | Date of service From-To |
|---|---|
| 26a.1.    **Chawla & Chawla** **438 North Frederick Ave** **Gaithersburg, MD 20877** | **2015 - 2023** |
| 26a.2.    **Paul Roberts, CPA (deceased)** **Richond, VA** | **2021-22** |
| 26a.3.    **FM Financial Services, LLC** **1250 Conn Ave, NW** **Washington, DC 20036** | **2023** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1.    **Industrial Bank** | **1/2023** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.    **Casey B. Stringer** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.    **Industrial Bank** **c/o Scott W. Foley, Esq.** **Shapiro Sher et al** **250 W. Pratt St., Suite 2000** **Baltimore, MD 21201** |
| 26d.2.    **Nationwide Surety** **PO Box 10479** **Des Moines, IA 50306** |

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

Debtor    **Broughton Construction Co., LLC**                                           Case number *(if known)*

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Casey Stringer** | **8001 Woodmont Ave. Unit 203 Bethesda, MD 20814** | **Sole Member and Manager** | **100** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

&#9632; No
&#9633; Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
    Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

&#9633; No
&#9632; Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **Casey B. Stringer** | **2022 - - $301,349 2023 - $77,749** | **2022 1/2023 - 4/2023** | **Compensation/owner draws** |
| | Relationship to debtor **Member/Officer** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

&#9632; No
&#9633; Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

&#9632; No
&#9633; Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

Debtor  **Broughton Construction Co., LLC**                                Case number *(if known)*

---

| Part 14: | Signature and Declaration |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **December 14, 2023**

**/s/ Casey Stringer**                                **Casey Stringer**
Signature of individual signing on behalf of the debtor      Printed name

Position or relationship to debtor  **Manager**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

■ No
☐ Yes

LOCAL OFFICIAL FORM 102

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DISTRICT OF COLUMBIA

In re                                                          )
**Broughton Construction Co., LLC**                             )          Case No.
                                                               )
_____                 )
                                                               )          Chapter **7**
                          Debtor(s).                           )

### DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.   Pursuant to 11 U.S.C. § 329(a) and Federal Rule of Bankruptcy Procedure 2016(b), I certify that I am the attorney for the above named
     debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for
     services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | |
|---|---|
| For legal services, I have agreed to accept a flat fee of | $          **5,000.00** |
| Filing Fee | $          **0.00** |
| Prior to the filing of this statement I have received | $          **5,000.00** |
| Balance Due | $          **0.00** |

**OR**

I have agreed to provide services on the following terms and conditions (i.e., hourly or without compensation on a pro bono basis). If pro bono,
questions 2, 3, and 4 may be omitted

2.        The source of the compensation paid to me was:

          ☐     Debtor    ■     Other (specify):    **Casey B. Stringer**

3.        The source of compensation to be paid to me is:

          ■     Debtor    ☐     Other (specify):

4         ■       I have not agreed to share the above-disclosed compensation with any other person unless they are members or associates of my
          law firm

          ☐       I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of
          my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.        In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

     a.   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
     b.   Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
     c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
     d.   2016-2(b) if taking the no-look fee
     d.   [Other provisions as needed]
          **Filing of chapter 7 case; preparation of Debtor representative for 341 meeting; review and production of pre-341
          documents to trustee; representation of Debtor at 341 meeting; follow up discussions and answering questions
          of trustee**
6.        By agreement with the debtor(s), the above-disclosed fee does not include the following service:
          **Representation of the Debtor in any continued 341 meeting (to be billed separately), lien avoidance actions, relief
          from stay actions, or any other adversary proceedings, and/or 2004 examinations (subject to seperate
          engagement).**

## CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Date:  **December 14, 2023**                                              **/s/ Christopher L. Rogan, Esq.**

Signature of attorney

**Christopher L. Rogan, Esq. 431849**

Name, Bar Number

**RoganMillerZimmerman, PLLC**

Firm

**50 Catoctin Cir., NE, Suite 300**
**Leesburg, VA 20176**

Address

**(703 777-8850**

Telephone

**crogan@RMZLawFirm.com**

Email Address

Absolute Builders, Inc.
811 Whittier Place, NW
Washington, DC 20012


Access Demolition Contracting
3437 9th Street
Brooklyn, MD 21225


Adom Realty Investments
807 East Blatimore St, Unit 1-R
Baltimore, MD 21202


Age Construction Inc.
2905 Lancer Drive
Damascus, MD 20872


AllStar Tech Solutions
8335 16th Street
Silver Spring, MD 20910


Allstate Floors of DC, LLC
6031 Kansas Ave., NW
Suite 200
Washington, DC 20011


Alto Hartley, Inc.
4601A Eisenhower Ave
Alexandria, VA 22304


AM Electric Enterprise
6217 Christian Kemp Drive
Frederick, MD 21703


American Builders & More LLC
7808 Rebel Drive
Annandale, VA 22003

American Construction
3421 14th Street, NW
Washington, DC 20010


American Express
PO Box 1270
Newark, NJ 07101


AMT LLC
700 King Farm Blvd
Suite 300
Rockville, MD 20850


Aquia LLC
1300 I St NW
Suite 400E
Washington, DC 20005


Ardono Construction Inc.
7304 Riggs Rd
102
Hyattsville, MD 20783


Arena Maint Solutions, LLC
1015 Clifton Brook Lane
Silver Spring, MD 20905


Baltimore Door and Frame Co
2201 Halethorpe Farms Road
Halethorpe, MD 21227


Beitzell Fence Company
16351 Lee Highway
Gainesville, VA 20155


Berkel & Co Contractors, Inc.
2413 Linden Lane
Silver Spring, MD 20910

BMW Financial Services
PO Box 9001065
Louisville, KY 40290


Brandes & Cassagnol Engineers, PC
5520 Connecticut Ave. NW
Suitge LL4
Washington, DC 20015


C&W Caulking, LLC
4504 Hazelton Dr.
Woodbridge, VA 22193


Capital Documents Solutions
12115 Parklawn Drive, Suite L
Rockville, MD 20852


Capitol Document Solutions
12115-L Parklawn Dr
Rockville, MD 20852


Capitol Paving of DC, Inc.
2211 Channing Street, NE
Washington, DC 20018


Casey B. Stringer


Casey General LLC
205 Stokes Rd
Vincentown, NJ 08088


Century Engineering
10710 Gilroy Road
Hunt Valley, MD 21031

CFG Merchant Solutions
180 Maiden Lane
15th Floor
New York, NY 10038


Cloudfund, LLC
400 Rella Blvd., Suite 165-101
Suffern, NY 10901


Comdor LLC
2741 Prosperity Ave.
Suite 100
Fairfax, VA 22031


Coporate Office Properties, LP
Maritime Holdings LLC
6711 Columbia Gateway Dr,
Suite 300
Columbia, MD 21046


Crum & Foster
305 Madison Ave
Morristown, NJ 07960


CT Corportation Systems
PO Box 4349
Carol Stream, IL 60197


Da Rocha Concrete, LLC
610 Olney Sandy Spring Rd
Sandy Spring, MD 20860


Datawatch Systems
PO Box 79845
Baltimore, MD 21279

David Gillis, Esq.
White and Williams,. Esq.
600 Washington Ave., Suite 303
Towson, MD 21204


David Murphy, Esq.
McCandlish Lillard, PC
11350 Random Hills Road
Suite 500
Fairfax, VA 22030


DC Dept of General Services
1250 U Street, NW
2nd Floor
Washington, DC 20009


DC Fire Protection, LLC
1919 5th St, NE
Washington, DC 20010


DC Health Link
PO Box 97022
Washington, DC 20090


DC Life Saftey, LLC
3421 14th St, NW
301
Washington, DC 20019


DC Office of Tax and Rev
1101 4th St #270
Washington, DC 20024


DC Treasurer
899 N. Capitol St, NE
1st Floor
Washington, DC 20002

Design Glazing Concepts, LLC
44819 Acacia Ln
Unit 140
Sterling, VA 20166


Eastcoast Siding, Inc
6600 Washinbton Blvd
Elkridge, MD 21075


Edifika LLC
4301 Mass Ave, NW
Unit A302
Washington, DC 20016


Elan Credit (M&T)
1255 Corporate Drive #6
Irving, TX 75038


Electrical Minority Group, LLC
6601 Long Shadow Court
Clinton, MD 20735


Ellington Mechanical Services, Inc.
6260 Fallard Drive
Upper Marlboro, MD 20772


Environmental Alternatives, Inc
24024 Frederick Rd
Clarksburg, MD 20871


EPIC Home Solutions, LLC
4070 Finsbury Lane
Frederick, MD 21704


Ferguson Enterprises Inc.
PO Box 417592
Boston, MA 02241

First Citizens Bank
100 E Tryon Road
Raleigh, NC 27603


First Insurance Funding
PO Box 7000
Carol Stream, IL 60197


FM Financial Services, LLC
1250 Connecticut Ave
Washington, DC 20003


FMC & Associates, LLC
3927 Georgia Ave, NW
Unit C1
Washington, DC 20011


Gelberg Signs
6511 Chillum Place, NW
Washington, DC 20012


Grainger
Dept 875441750
Palatine, IL 60038


Green Const Services Group, LLC
6403 98th Ave
Lanham, MD 20706


Guzman's Lawn Care and Landscaping, LLC
t/a Oakridge Landscaping and Const LLC
840 Quince Orchard Blvd. T2
Gaithersburg, MD 20878


Hardware Plus, Inc.
2211 Pennsylvania Ave
Baltimore, MD 21217

Havteck, Inc.
PO Box 37031
Baltimore, MD 21297


Hitite Steel, Inc.
44171 Paget Terrace
Ashburn, VA 20147


Ideal Electrical Supply Corp
3515 V Street, NE
Washington, DC 20018


Industrial Bank
c/o Scott W. Foley, Esq.
Shapiro Sher et al
250 W. Pratt St., Suite 2000
Baltimore, MD 21201


Istudio Architects
1400 16th St NW Suite 130
Washington, DC 20036


J-Dos International, Inc.
4506 14th St, NW
Washington, DC 20017


Janice M. Adams
700 7th St, SW
Apt 506
Washington, DC 20024


Jaycee Development
1100 Peachtree St., NE  950
Atlanta, GA 30309


JF General Painting Inc.
12326 Old Gupowder Spur Rd
Beltsville, MD 20705

JLC Management LLC
6520 Allentown Road
Temple Hills, MD 20748


JPG Plumbing and Mech Services, Inc.
8260 Stayton Drive
Suite M
Jessup, MD 20794


Kalkreuth Roofing & Sheet Metal, Inc.
P.O. Drawer 6399
Wheeling, WV 26003


Keller Colors
6345 Northgate Road
Laurel, MD 20723


Kevin M. Tracy, Esq.
McNamee Hosea
888 Bestgate Road, Suite 402
Annapolis, MD 21401


Key Woodworking, Inc.
6714-A Industrial Road
Springfield, VA 22151


Lab Corp of America Holding
PO Box 12140
Burlington, NC 27216


LG Electric and Design, Inc.
6325 Damascus Rd
Gaithersburg, MD 20882


Liberty Mutual Insur Corp
100 Shochhoe Slip
Floor 2
Richmond, VA 23219

```
M&T Bank
P.O. Box 790408
Saint Louis, MO 63179



Mid Atlantic Interiors
7620 PENN BELT DRIVE
Forrstville, MD



Mini of Mont County
820 Russell Ave
Gaithersburg, MD 20879



Mini of Montgomery County
820 Russell Ave
Gaithersburg, MD 20879



Mobile Modular Mngmnt Corp
5700 Las Positas Road
Livermore, CA 94551



Morgan Pvinelli, Esq.
Snell & Wimer
2001 K Street, NW
Suite 425 North
Washington, DC 20006



MRG Services LLC
37 R Street NE
Washington, DC 20002



Nationwide Surety
PO Box 10479
Des Moines, IA 50306



New Era Custom Design & Cabinet Works
270 Insterstate Circle Suite 100
Frederick, MD 21704
```

Nielson Hoover & Company, Inc.
15050 NW 79th Court Suite 200
Miami Lakes, FL 33016


Order Green Supply
5130 N Franklintown Rd Suite G
Gwynn Oak, MD 21207


Partition Plus, Inc.
 PO Box 8
Fallston, MD 21047


Penhall Company
PO Box 842911
Los Angeles, CA 90084


Playgound Specialists, Inc.
29 Apples Church Road
Thurmont, MD 21788


POEX Construction, Inc.
14020 Thunderbolt PL. Suite 300
Chantilly, VA 20151


Porsche Financial Services
One Porsche Drive
Atlanta, GA 30354


Precision Doors and Hardware, Inc.
6295-80 Edsall Road
Alexandria, VA 22312


Quinn Evans Architects Inc.
2121 WARD PLACE, NW SUITE 440
Washington, DC 20036

R&R Mechanical, Inc.
 2902 Bladensburg Road, NE
Washington, DC 20018


Ranger Glass East Coast, Inc.
196 North 21st Street
Purcellville, VA 20132


RDI Construction, Inc.
 11407 Monterrey Drive
Silver Spring, MD 20902


Reconstruct , Inc.
1412 Holbrook Street Northeast
Washington, DC 20002


Remy Contractors LLC
3203 Apex Circle
Falls Church, VA 22044


S. Sadiq Gill, Esq.
Durrette, Arkema et al
1111 East Main Street, 16th Floor
Richmond, VA 23219


Sandtwayla Ratliff
11301 Golden Eagle Pl Unit B
Waldorf, MD 20603


SC&H Group, Inc.
 PO Box 64271
Baltimore, MD 21264


Sherwin Williams Company
4325-27 Easton Ave
Bethlehem, PA 18020

Singer Ashland
1324 Brass Mill Road
Belcamp, MD 21017


Soil and Land Use Tech, Inc.
1818 New York Ave. NE Suite 107
Washington, DC 20002


Sparks at Play, LLC
3705 Crondal Lane
Owings Mills, MD 21117


Spotts Fain, PC
PO Box 1555
Richmond, VA 23218


Square Funding LLC dba Square Advance
c/o David Fogel, Esq.
1225 Franklin Avenue
Suite 201
Garden City, NY 11530


Staples Credit Plan
DEPT. 11 - 0006111033
PO Box  9001036
Louisville, KY 40290


Structural Preservation Systems, LLC


Studio Laan, PLLC
1117 C Street, SE
Washington, DC 20003


Sunbelt Rentals
PO Box 409211
Atlanta, GA 30384

The Bartley Corporation
PO Box 1299 Ashton
Ashton, MD 20861


Total Electric, Inc.
16000 Trade Zone Avenue Suite #303
Upper Marlboro, MD 20774


Toyota Finance
PO Box 8026
Cedar Rapids, IA 52409


Toyota Financial Services
PO Box 5855
Carol Stream, IL 60197


TPM Group
1220 12th street SE Suite G80
Washington, DC 20003


Travelers
PO Box 660317
Dallas, TX 75266


Tricore Systems, LLC
1325 G Street NW Suite 500
Washington, DC 20005


Trulite Electrical Services, LLC
3422 Highwood Drive, SE
Washington, DC 20020


United Rentals
6711 Industrial Drive
Beltsville, MD 20705

United States Treasury
INTERNAL REVENUE SERVICE CENTER
P.O. BOX 931000
Louisville, KY 40293


University of DC
4200 Connecticut Ave., NW, 200C
Suit 200C
Washington, DC 20003


Vadim Serebro, Esq.
55 Broadway, 3rd Floor
New York, NY 10006


Valiant Products, Inc.
939 Quincy Street
Lakeland, FL 33815


Vision Security Solutions
2901 V ST NE
Washington, DC 20018


Washington Door & Hardware
5764 2nd Street, NE
Washington, DC 20011


WKM
900 17th Street, NW
Suite 650
Washington, DC 20006

# United States Bankruptcy Court
### District of District of Columbia

In re   **Broughton Construction Co., LLC** _____   Case No. _____

_____ Debtor(s)   Chapter   **7** _____

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Broughton Construction Co., LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

 **Casey B. Stringer**

_____

☐ None [*Check if applicable*]

**December 14, 2023** _____        **/s/ Christopher L. Rogan, Esq.** _____
Date                                             **Christopher L. Rogan, Esq. 431849**

                                                 Signature of Attorney or Litigant
                                                 Counsel for   **Broughton Construction Co., LLC**
                                                 **RoganMillerZimmerman, PLLC**
                                                 **50 Catoctin Cir., NE, Suite 300**
                                                 **Leesburg, VA 20176**
                                                 **(703 777-8850 Fax:(703) 777-8854**
                                                 **crogan@RMZLawFirm.com**