The order below is hereby signed.

Signed: December 10 2025



Elizabeth L. Gunn
U.S. Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| IN RE: | ) | 23-00378-ELG |
| | ) | |
| BROUGHTON CONSTRUCTION CO., LLC | ) | CHAPTER 7 |
| | ) | |
| Debtor. | ) | |

ORDER GRANTING APPLICATION FOR APPROVAL
OF EMPLOYMENT OF MAURICE VERSTANDIG AND
THE VERSTANDIG LAW FIRM, LLC AS SPECIAL COUNSEL FOR
THE TRUSTEE AND FOR APPROVAL OF COMPENSATION STRUCTURE

Upon consideration of the *Application for Approval of Employment Maurice Verstandig and The Verstandig Law Firm, LLC as Special Counsel for the Trustee and for Approval of Compensation Structure*, the Court being satisfied that the Special Counsel represent no interest adverse to the estate, that Special Counsel is/are disinterested persons, and that such employment is necessary and is in the best interests of the estates, it is hereby

**ORDERED,** that the Application be, and the same hereby is GRANTED IN ITS ENTIRETY, and it is

**FURTHER ORDERED,** pursuant to 11 U.S.C. § 327(e), that the Trustee be and hereby is, authorized to employ the Special Counsel for the reasons stated in the Application; and it is

**FURTHER ORDERED,** pursuant to 11 U.S.C. § 328, Special Counsel's compensation structure (33% of gross recoveries plus reimbursement of expenses) is approved.

### END OF ORDER

<u>I ASK FOR THIS</u>

/s/ Justin P. Fasano
Justin P. Fasano (DC Bar MD21201)
Janet M. Nesse (D.C. Bar 358514)
McNamee Hosea, P.A.
6404 Ivy Lane, Suite 820
Greenbelt, MD 20770
(301) 441-2420
jfasano@mhlawyers.com
jnesse@mhlawyers.com
*Counsel to Chapter 7 Trustee*

/s/ Michael T. Freeman
Michael T. Freeman
Assistant U.S. Trustee
Mobile: (202) 934-4174
Michael.T.Freeman@usdoj.gov

Copies to: All parties receiving notice via CM/ECF.