**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| IN RE: ) | 23-00378-ELG |
| ) | |
| BROUGHTON CONSTRUCTION CO., LLC ) | CHAPTER 7 |
| ) | |
| Debtor. ) | |

**NOTICE OF OPPORTUNITY TO OBJECT TO**
**MOTION FOR APPROVAL OF COMPROMISE AND**
**SETTLEMENT BETWEEN THE TRUSTEE**
**AND TAMLA KIRKLAND**

Wendell W. Webster, Chapter 7 Trustee ("Trustee") of the bankruptcy estate of Broughton Construction Co., LLC ("Debtor"), by and through his counsel, McNamee Hosea, P.A., has filed a Motion ("Motion") for Approval of Compromise and Settlement between the Tamla Kirkland ("Ms. Kirkland"). The Motion seeks authority for the Trustee to settle claims against the Ms. Kirkland for $12,000.00.

**Your rights may be affected.** **You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the Court to grant the Application, or if you want the Court to consider your views on the Application, then:

☒ **On or before February 25, 2026,** file with the Court, at the address shown below, a written response with supporting memorandum as required by the local bankruptcy rules. **Unless a written response and supporting memorandum are filed and served by the date specified, the Court may deem any opposition waived, treat the motion as conceded, and issue an order granting the requested relief without further notice or hearing.** If you mail your response to the Court for filing, you must mail it early enough so the Court will receive it on or before the date stated above. You must also mail a copy to the persons listed below. The address for the Court is as follows:

        Clerk of the Bankruptcy Court
        E. Barrett Prettyman U.S. Courthouse
        333 Constitution Avenue, N.W.
        Washington, D.C. 20001

Any objection filed must be sent to:

>Justin P. Fasano
>McNamee Hosea, P.A.
>6404 Ivy Lane, Suite 820
>Greenbelt, MD 20770

☒ **PLEASE TAKE NOTICE that a hearing will be held on March 4, 2026, at 10:00 a.m. regarding the Motion.** Pursuant to General Order 2023-3 the hearing will be held in a hybrid in-person or Zoom for Government format. All participants may choose to appear either (a) in-person in Courtroom 1, United States Bankruptcy Court for the District of Columbia, E. Barrett Prettyman, 333 Constitution Ave. NW, Washington, DC 20001 or (b) by video using Zoom for Government. All parties participating by Zoom for Government before Judge Gunn should review and be familiar with the "Virtual Hearing Expectations." Parties in interest with questions or wish to appear virtually shall contact the Bankruptcy Court's Courtroom Deputy at aimee_mathewes@dcb.uscourts.gov for Zoom login instructions.

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

Dated:  February 9, 2026                        Respectfully submitted

                                                /s/ Justin P. Fasano
                                                Janet M. Nesse (D.C. Bar 358514)
                                                Justin P. Fasano (DC Bar MD21201)
                                                McNamee Hosea
                                                6404 Ivy Lane, Suite 820
                                                Greenbelt, MD 20770
                                                (301) 441-2420
                                                jnesse@mhlawyers.com
                                                jfasano@mhlawyers.com
                                                *Counsel to the Trustee*

2

## **CERTIFICATE OF SERVICE**

      I hereby certify that on February 9, 2026, I served a copy of the foregoing was served via first class mail, postage prepaid, upon the following:

Office of the U.S. Trustee
1725 Duke Street, Suite 650
Alexandria, VA 22314

And the attached creditors matrix.

                                          /s/ Justin P. Fasano
                                          Justin P. Fasano