**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| **IN RE:** | ) ) ) | **23-00378-ELG** |
| **BROUGHTON CONSTRUCTION CO., LLC** | ) ) ) | **CHAPTER 7** |
| **Debtor.** | ) ) | |

**ORDER GRANTING MOTION TO APPROVE COMPROMISE
OF CONTROVERSY PURSUANT TO FED. R. BANKR. P. 9019**

Before the Court is the *Motion for Order Approving Compromise of Controversy Pursuant to Fed. R. Bankr. P. 9019* (the "Motion") filed by Wendell W. Webster, Chapter 7 Trustee (the "Trustee") for the above captioned debtor (the "Debtor"), seeking approval of a settlement (the "Settlement") between the Trustee and Tamla Kirkland ("Ms. Kirkland"). It appears to the Court that the Motion and Notice of the Motion was served on all necessary parties and, accordingly, for good cause shown, it is hereby

ORDERED, that the Motion is GRANTED; and it is further

ORDERED, that capitalized terms in this order not otherwise defined shall have the meanings ascribed to them in the Motion; and it is further

ORDERED, that the Settlement is APPROVED; and it is further

ORDERED, that the Trustee and Ms. Kirkland are hereby authorized and directed to take any and all necessary actions to implement the Settlement, as described in the Motion and the Settlement; and it is further

ORDERED, that any agreements in the Settlement that were conditional on approval of the Settlement are deemed ratified.

**END OF ORDER**

I ASK FOR THIS

/s/ Justin P. Fasano
Janet M. Nesse (D.C. Bar 358514)
Justin P. Fasano (DC Bar MD21201)
McNamee Hosea
6404 Ivy Lane, Suite 820
Greenbelt, MD 20770
(301) 441-2420
jnesse@mhlawyers.com
jfasano@mhlawyers.com
*Counsel to the Trustee*

Copies to:  All parties receiving notice via CM/ECF

cc:    Office of the U.S. Trustee
       1725 Duke Street, Suite 650
       Alexandria, VA 22314