```
Label Matrix for local noticing          American Express National Bank c/o Zwicker &    BMW Financial Services NA LLC
0090-1                                   80 Minuteman Road                                c/o Michael J. Klima, Jr.
Case 23-00378-ELG                        P.O. Box 9043                                    8028 Ritchie Highway
United States Bankruptcy Court for the Distri   Andover, MA 01810-0943                    Suite 300
Washington, D.C.                                                                          Pasadena, MD 21122-1360
Sun Feb  8 19:13:16 EST 2026

BMW Financial Services NA, LLC, c/o AIS Port    Broughton Construction Co., LLC           Industrial Bank
4515 N Santa Fe Ave. Dept. APS                  PO Box 30040                              c/o Scott W. Foley
Oklahoma City, OK 73118-7901                    Bethesda, MD 20824-0040                   Shapiro Sher Guinot & Sandler
                                                                                          250 W. Pratt Street
                                                                                          Suite 2000
                                                                                          Baltimore, MD 21201-6814

Jaycee Development LLC                          Washington, D.C.                          AM Electric Enterprise
4530 Wisconsin Avenue                           E. Barrett Prettyman U. S. Courthouse     6217 Christian Kemp Drive
Suite 300                                       333 Constitution Ave, NW #1225            Frederick, MD 21703-2712
Washington, DC 20016-4606                       Washington, DC 20001-2802


AMEX TRS Co., Inc.                              AMT LLC                                   Absolute Builders, Inc.
c/o Becket and Lee LLP                          700 King Farm Blvd                        811 Whittier Place, NW
PO Box 3001                                     Suite 300                                 Washington, DC 20012-2523
Malvern  PA 19355-0701                          Rockville, MD 20850-5737


Access Demolition Contracting                   Adom Realty Investments                   Age Construction Inc.
3437 9th Street                                 807 East Blatimore St, Unit 1-R           2905 Lancer Drive
Brooklyn, MD 21225-1907                         Baltimore, MD 21202-4706                  Damascus, MD 20872


AllStar Tech Solutions                          Allstate Floors of DC, LLC                Alto Hartley, Inc.
8335 16th Street                                6031 Kansas Ave., NW                      4601A Eisenhower Ave
Silver Spring, MD 20910-2915                    Suite 200                                 Alexandria, VA 22304-4803
                                                Washington, DC 20011-1566


American Builders & More LLC                    American Construction                     American Express
7808 Rebel Drive                                3421 14th Street, NW                      PO Box 1270
Annandale, VA 22003-1428                        Washington, DC 20010-3517                 Newark, NJ 07101-1270


American Express National Bank, AENB            Aquia LLC                                 Ardono Construction Inc.
c/o Zwicker and Associates, P.C.                1300 I St NW                              7304 Riggs Rd
Attorneys/Agents for Creditor                   Suite 400E                                102
P.O. Box 9043                                   Washington, DC 20005-3318                 Hyattsville, MD 20783-4208
Andover, MA 01810-0943


Arena Maint Solutions, LLC                      BMW Financial Services                    (p)BMW FINANCIAL SERVICES
1015 Clifton Brook Lane                         Attn: Customer Accounting                 CUSTOMER SERVICE CENTER
Silver Spring, MD 20905-3704                    1400 City View Drive                      PO BOX 3608
                                                Columbus, OH 43215-1495                   DUBLIN OH 43016-0306


BMW Financial Services NA, LLC                  BMW Financial Services NA, LLC c/o AIS Portf   Baltimore Door and Frame Co
AIS Portfolio Services, LLC                     4515 N. Santa Fe Ave. Dept. APS           2201 Halethorpe Farms Road
4515 N Santa Fe Ave. Dept. APS                  Oklahoma City, OK 73118-7901              Halethorpe, MD 21227-4598
Oklahoma City, OK 73118-7901
```

| | | |
|---|---|---|
| Bartley Corp.<br>P.O. Box 1299<br>Ashton, MD 20861-1299 | Beitzell Fence Company<br>16351 Lee Highway<br>Gainesville, VA 20155-2005 | Berkel & Co Contractors, Inc.<br>2413 Linden Lane<br>Silver Spring, MD 20910-1230 |
| Brandes & Cassagnol Engineers, P.C.<br>Jan I. Beriage<br>201 N. Charles Street, Suite 2101<br>Baltimore, MD 21201-4182 | Brandes & Cassagnol Engineers, PC<br>5520 Connecticut Ave. NW<br>Suitge LL4<br>Washington, DC 20015-2617 | C&W Caulking, LLC<br>4504 Hazelton Dr.<br>Woodbridge, VA 22193-5111 |
| CFG Merchant Solutions<br>180 Maiden Lane<br>15th Floor<br>New York, NY 10038-5150 | CT Corportation Systems<br>PO Box 4349<br>Carol Stream, IL 60197-4349 | Capital Documents Solutions<br>12115 Parklawn Drive, Suite L<br>Rockville, MD 20852-1730 |
| Capitol Document Solutions<br>12115-L Parklawn Dr<br>Rockville, MD 20852-1730 | (p)CAPITOL PAVING OF D C   INC<br>2211 CHANNING STREET NE<br>WASHINGTON DC 20018-2127 | Casey General LLC<br>205 Stokes Rd<br>Vincentown, NJ 08088-8955 |
| Century Engineering<br>10710 Gilroy Road<br>Hunt Valley, MD 21031-1310 | Clerk, U.S. Bankruptcy Clerk<br>333 Constitution Ave. NW<br>Washington, DC 20001-2863 | (p)CLOUDFUND LLC<br>400 RELLA BOULEVARD SUITE 165-101<br>SUFFERN NY 10901-4241 |
| Comdor LLC<br>2741 Prosperity Ave.<br>Suite 100<br>Fairfax, VA 22031-4362 | Coporate Office Properties, LP<br>Maritime Holdings LLC<br>6711 Columbia Gateway Dr,<br>Suite 300<br>Columbia, MD 21046-2383 | Crum & Foster<br>305 Madison Ave<br>Morristown, NJ 07960-6100 |
| DC Department of Insurance Securities and Ba<br>Nancy L. Alper<br>400 6th Street, NW<br>Washington, DC 20001-0189 | DC Dept of General Services<br>1250 U Street, NW<br>2nd Floor<br>Washington, DC 20009-7878 | DC Fire Protection, LLC<br>1919 5th St, NE<br>Washington, DC 20002-1221 |
| DC GOV'T OFFICE OF TAX AND REVENUE<br>P.O. BOX. 37559<br>WASHINGTON DC 20013-7559 | DC Health Link<br>PO Box 97022<br>Washington, DC 20090-7022 | DC Life Saftey, LLC<br>3421 14th St, NW<br>301<br>Washington, DC 20010-3517 |
| DC Office of Tax and Rev<br>1101 4th St #270<br>Washington, DC 20024-4457 | DC Treasurer<br>899 N. Capitol St, NE<br>1st Floor<br>Washington, DC 20002-5686 | Da Rocha Concrete, LLC<br>610 Olney Sandy Spring Rd<br>Sandy Spring, MD 20860 |
| Datawatch Systems<br>PO Box 79845<br>Baltimore, MD 21279-0845 | David Gillis, Esq.<br>White and Williams,. Esq.<br>600 Washington Ave., Suite 303<br>Towson, MD 21204-3924 | David Murphy, Esq.<br>McCandlish Lillard, PC<br>11350 Random Hills Road<br>Suite 500<br>Fairfax, VA 22030-7421 |

| | | |
|---|---|---|
| Design Glazing Concepts, LLC<br>44819 Acacia Ln<br>Unit 140<br>Sterling, VA 20166-9312 | EPIC Home Solutions, LLC<br>4070 Finsbury Lane<br>Frederick, MD 21704-7402 | Eastcoast Siding, Inc<br>6600 Washinbton Blvd<br>Elkridge, MD 21075-6002 |
| Edifika LLC<br>4301 Mass Ave, NW<br>Unit A302<br>Washington, DC 20016-5560 | Elan Credit (M&T)<br>1255 Corporate Drive #6<br>Irving, TX 75038-2562 | Electrical Minority Group, LLC<br>6601 Long Shadow Court<br>Clinton, MD 20735-3403 |
| Ellington Mechanical Services, Inc.<br>6260 Fallard Drive<br>Upper Marlboro, MD 20772-3883 | Environmental Alternatives, Inc<br>24024 Frederick Rd<br>Clarksburg, MD 20871-9718 | FM Financial Services, LLC<br>1250 Connecticut Ave<br>Washington, DC 20036-2603 |
| FMC & Associates, LLC<br>3927 Georgia Ave, NW<br>Unit C1<br>Washington, DC 20011-5982 | Ferguson Enterprises Inc.<br>PO Box 417592<br>Boston, MA 02241-7592 | First Citizens Bank<br>100 E Tryon Road<br>Raleigh, NC 27603-3581 |
| First Insurance Funding<br>PO Box 7000<br>Carol Stream, IL 60197-7000 | (p)FIRST CITIZENS BANK TRUST COMPANY<br>P O BOX 25187<br>RALEIGH NC 27611-5187 | Gelberg Signs<br>6511 Chillum Place, NW<br>Washington, DC 20012-2192 |
| Grainger<br>Dept 875441750<br>Palatine, IL 60038-0001 | Green Const Services Group, LLC<br>6403 98th Ave<br>Lanham, MD 20706-2621 | Guzman's Lawn Care and Landscaping, LLC<br>Attn: Kathy Kemp<br>1242 Long Corner Road<br>Mr. Airy, MD 21771-3825 |
| Guzman's Lawn Care and Landscaping, LLC<br>t/a Oakridge Landscaping and Const LLC<br>840 Quince Orchard Blvd. T2<br>Gaithersburg, MD 20878-1730 | Hardware Plus, Inc.<br>2211 Pennsylvania Ave<br>Baltimore, MD 21217-2823 | Havteck, Inc.<br>PO Box 37031<br>Baltimore, MD 21297-3031 |
| Hitite Steel, Inc.<br>44171 Paget Terrace<br>Ashburn, VA 20147-3851 | Ideal Electrical Supply Corp<br>3515 V Street, NE<br>Washington, DC 20018-1530 | Industrial Bank<br>c/o Scott W. Foley, Esq.<br>Shapiro Sher et al<br>250 W. Pratt St., Suite 2000<br>Baltimore, MD 21201-6814 |
| Istudio Architects<br>1400 16th St NW Suite 130<br>Washington, DC 20036-2240 | J-Dos International, Inc.<br>4506 14th St, NW<br>Washington, DC 20011-4311 | JF General Painting Inc.<br>12326 Old Gupowder Spur Rd<br>Beltsville, MD 20705-1072 |
| JLC Management LLC<br>6520 Allentown Road<br>Temple Hills, MD 20748-2722 | JPG Plumbing & Mechanical Services, Inc.<br>8280 Stayton Drive, Suite M<br>Jessup, MD 20794-9609 | JPG Plumbing and Mech Services, Inc.<br>8260 Stayton Drive<br>Suite M<br>Jessup, MD 20794 |

Janice M. Adams
700 7th St, SW
Apt 506
Washington, DC 20024-2403

Jaycee Development
1100 Peachtree St., NE 950
Atlanta, GA 30309-1026

Kalkreuth Roofing & Sheet Metal, Inc.
P.O. Drawer 6399
Wheeling, WV 26003-0616


Keller Colors
6345 Northgate Road
Laurel, MD 20723

Kevin M. Tracy, Esq.
McNamee Hosea
888 Bestgate Road, Suite 402
Annapolis, MD 21401-2957

Key Woodworking, Inc.
6714-A Industrial Road
Springfield, VA 22151-4215


LG Electric and Design, Inc.
6325 Damascus Rd
Gaithersburg, MD 20882-2627

(p)LABORATORY CORPORATION OF AMERICA
ATTN GOVERNMENT AUDITS
PO BOX 2270
BURLINGTON NC 27216-2270

Liberty Mutual Insur Corp
100 Shochhoe Slip
Floor 2
Richmond, VA 23219-4100


Long Fence
Daniel S. Willard, Esq. Daniel S. Willar
7100 Corporate Court
Rockville, MD 20855

M&T Bank
P.O. Box 790408
Saint Louis, MO 63179-0408

MRG Services LLC
37 R Street NE
Washington, DC 20002-2117


Maurice VerStandig, Esq.
The VerStandig Law Firm, LLC
9812 Falls Road, #114-160
Potomac, Maryland 20854-3976

Mid Atlantic Interiors
7620 PENN BELT DRIVE
Forrstville, MD 20747-4728

Mini of Mont County
820 Russell Ave
Gaithersburg, MD 20879-3506


Mini of Montgomery County
820 Russell Ave
Gaithersburg, MD 20879-3506

Mobile Modular Mngmnt Corp
5700 Las Positas Road
Livermore, CA 94551-7806

Morgan Pvinelli, Esq.
Snell & Wimer
2001 K Street, NW
Suite 425 North
Washington, DC 20006-1073


Nationwide Mutual Insurance Company
Robert H. Kline, White and Williams, LLP
600 Washington Ave., Suite 303
Towson, MD 21204-3924

Nationwide Surety
PO Box 10479
Des Moines, IA 50306-0479

New Era Custom Design & Cabinet Works
270 Insterstate Circle Suite 100
Frederick, MD 21704-6711


Nielson Hoover & Company, Inc.
15050 NW 79th Court Suite 200
Miami Lakes, FL 33016-5810

Order Green Supply
5130 N Franklintown Rd Suite G
Gwynn Oak, MD 21207-6578

POEX Construction, Inc.
14020 Thunderbolt PL. Suite 300
Chantilly, VA 20151-3294


Partition Plus, Inc.
PO Box 8
Fallston, MD 21047-0008

Penhall Company
PO Box 842911
Los Angeles, CA 90084-2911

Playgound Specialists, Inc.
29 Apples Church Road
Thurmont, MD 21788-1711


Porsche Financial Services
One Porsche Drive
Atlanta, GA 30354-1654

Precision Doors and Hardware, Inc.
6295-80 Edsall Road
Alexandria, VA 22312-2670

Quinn Evans Architects Inc.
2121 WARD PLACE, NW SUITE 440
Washington, DC 20037-1213

R&R Mechanical, Inc.
2902 Bladensburg Road, NE
Washington, DC 20018-1632

RDC Construction, Inc.
11407 Monterrey Drive
Silver Spring, MD 20902-2657

Ranger Glass East Coast, Inc.
196 North 21st Street
Purcellville, VA 20132-3077


Reconstruct , Inc.
1412 Holbrook Street Northeast
Washington, DC 20002-2940

Remy Contractors LLC
3203 Apex Circle
Falls Church, VA 22044-2635

S. Sadiq Gill, Esq.
Durrette, Arkema et al
1111 East Main Street, 16th Floor
Richmond, VA 23219-3532


SC&H Group, Inc.
PO Box 64271
Baltimore, MD 21264-4271

Sandtwayla Ratliff
11301 Golden Eagle Pl Unit B
Waldorf, MD 20603-5983

Sherwin Williams Company
4325-27 Easton Ave
Bethlehem, PA 18020-1431


Singer Ashland
1324 Brass Mill Road
Belcamp, MD 21017-1211

Soil and Land Use Tech, Inc.
1818 New York Ave. NE Suite 107
Washington, DC 20002-1849

Sparks at Play, LLC
3705 Crondal Lane
Owings Mills, MD 21117-2204


Spotts Fain, PC
PO Box 1555
Richmond, VA 23218-1555

Square Funding LLC dba Square Advance
c/o David Fogel, Esq.
1225 Franklin Avenue
Suite 201
Garden City, NY 11530-1890

Staples Credit Plan
DEPT. 11 - 0006111033
PO Box  9001036
Louisville, KY 40290-1036


Studio Laan, PLLC
1117 C Street, SE
Washington, DC 20003-1404

Sunbelt Rentals
PO Box 409211
Atlanta, GA 30384-9211

TPM Group
1220 12th street SE Suite G80
Washington, DC 20003-3732


The Bartley Corporation
PO Box 1299 Ashton
Ashton, MD 20861-1299

Total Electric, Inc.
16000 Trade Zone Avenue Suite #303
Upper Marlboro, MD 20774-8788

Toyota Finance
PO Box 8026
Cedar Rapids, IA 52408-8026


Toyota Financial Services
PO Box 5855
Carol Stream, IL 60197-5855

Travelers
PO Box 660317
Dallas, TX 75266-0317

Tricore Systems, LLC
1325 G Street NW Suite 500
Washington, DC 20005-3136


Tricore Systems, LLC
Joseph Wethje
8340 Helgerman Court
Gaithersburg, ND 20877-4103

Trulite Electrical Services, LLC
3422 Highwood Drive, SE
Washington, DC 20020-2344

U. S. Trustee for Region Four
U. S. Trustee's Office
1725 Duke Street
Suite 650
Alexandria, VA 22314-3489


U.S. Small Business Administration
CESC Bankruptcy Department
14925 Kingsport Road
Fort Worth, TX 76155-2243

United Rentals
6711 Industrial Drive
Beltsville, MD 20705-1270

United States Fire Insurance Company
Law Office of Darren Fields
8100 Sandpiper Cir.
Ste. 204
Baltimore, MD 21236-4999

| | | |
|---|---|---|
| United States Treasury<br>INTERNAL REVENUE SERVICE CENTER<br>P.O. BOX 931000<br>Louisville, KY 40293-1000 | University of DC<br>4200 Connecticut Ave., NW, 200C<br>Suit 200C<br>Washington, DC 20008-1122 | Vadim Serebro, Esq.<br>55 Broadway, 3rd Floor<br>New York, NY 10006-3757 |
| Valiant Products, Inc.<br>939 Quincy Street<br>Lakeland, FL 33815-1337 | Vision Security Solutions<br>2901 V ST NE<br>Washington, DC 20018-1518 | Vision Security Solutions, LLC<br>Thomas B. Martin<br>5028 Wisconsin Avenue, NW<br>Suite 100<br>Washington, DC 20016-4118 |
| WKM<br>900 17th Street, NW<br>Suite 650<br>Washington, DC 20006-2509 | Washington Door & Hardware<br>5764 2nd Street, NE<br>Washington, DC 20011-2524 | Christopher Rogan<br>Rogan Miller Zimmerman, PLLC<br>50 Catoctin Circle, NE<br>Suite 300<br>Leesburg, VA 20176-3101 |
| (p)OFFICE OF THE ATTORNEY GENERAL FOR DC<br>400 6TH STREET NW<br>9TH FLOOR<br>WASHINGTON DC 20001-0189 | Wendell W. Webster<br>Wendell W. Webster, Trustee<br>1101 Connecticut Avenue, NW<br>Suite 402<br>Washington, DC 20036-4303 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| BMW Financial Services<br>PO Box 9001065<br>Louisville, KY 40290 | Capitol Paving of DC, Inc.<br>2211 Channing Street, NE<br>Washington, DC 20018 | Cloudfund, LLC<br>400 Rella Blvd., Suite 165-101<br>Suffern, NY 10901 |
| First-Citizens Bank & Trust Company<br>Attn: Bankruptcy Department<br>P.O. Box 25187<br>Raleigh, NC 27611 | Lab Corp of America Holding<br>PO Box 12140<br>Burlington, NC 27216 | District of Columbia Office of Att General<br>400 6th Street, N.W.<br>Washington, DC 20001 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Nationwide Mutual Insurance Company | (u)Casey B. Stringer | (u)Structural Preservation Systems, LLC |

End of Label Matrix
Mailable recipients    160
Bypassed recipients      3
Total                  163