

McNamee Hosea
6404 Ivy Lane, Suite 820    O 301.441.2420
Greenbelt, Maryland 20770    F 301.982.9450

mhlawyers.com

Webster & Frederickson, PLLC  
Wendell Webster, Trustee  
1775 K Street, NW, Ste 290  
Washington DC, 20006  

Statement as of: January 31, 2026

Statement No. 367802

---

Matter ID: 20463-0017  
Trustee Representation - Broughton Construction Co., LLC

**Professional Fees** | | | Hours | Amount
---|---|---|---|---
12/20/2023 | KRF | Wendell Webster - Broughton Construction - Application to Employ / Notice / Order / VS. NO CHARGE | 1.90 | 0.00
12/22/2023 | JPF | Review case, application to employ | 0.30 | 120.00
1/17/2024 | JPF | Call with Foley, Rogan, prepare for 341. | 0.50 | 200.00
1/18/2024 | JPF | Attend 341. | 2.50 | 1000.00
1/26/2024 | JPF | Draft response regarding MFR. | 0.40 | 160.00
2/2/2024 | JPF | Teams call regarding A/R and appeals (0.5); draft carveout motion (0.9). | 1.40 | 560.00
2/5/2024 | JPF | Call with Gilliss and Foley regarding carveout motion. | 0.30 | 120.00
2/6/2024 | JPF | Revise carveout motion, calls regarding Complaints. | 0.50 | 200.00
2/7/2024 | CMP | Conference with Feig and forward DC login for appeals cases | 0.20 | 85.00
2/7/2024 | JPF | Work on carveout motion (0.4); appeals (2.1). | 2.50 | 1000.00
2/7/2024 | KRF | Edit/filing/serve nine complaints with DC Contracts Appeals Board | 7.00 | 2275.00
2/7/2024 | MEE | Mail documents for mailing | 1.00 | 115.00
2/8/2024 | JPF | Court hearing regarding appeal. | 0.60 | 240.00
2/8/2024 | KRF | Telephone call with DC Contract Appeals Board (Mia House) and File & Serve Express regarding filing of appeals. (Contract Appeals Board could not locate one of the filed appeals.) | 1.20 | 390.00
2/8/2024 | KRF | Emails to from Anthony Kikendall (White and Williams) | 0.20 | 65.00
2/9/2024 | JPF | Call with E. Parrott regarding accounting for ERC | 0.20 | 80.00
2/12/2024 | KRF | Review filed contract appeals; email Kikendall/Gillis etc. status of appeals; Edit/File/serve additional appeal | 2.00 | 650.00
2/13/2024 | JPF | Conference call regarding Appeals. | 0.50 | 200.00
2/13/2024 | KRF | Zoom meeting with Bank attorneys regarding appeals with contract dispute board. | 0.30 | 97.50
2/15/2024 | KRF | Review docs/emails/notes | 0.30 | 97.50
2/15/2024 | KRF | Begin draft of Rule 2004 Motion | 0.30 | 97.50
2/19/2024 | KRF | Draft Motion for Rule 2004 Exam, Proposed Order, Exhibit | 2.00 | 650.00
2/20/2024 | JPF | Call with Greenblatt regarding engagement (0.6); review MCA agreements (0.3). | 0.90 | 360.00



**McNamee Hosea**
ATTORNEYS & ADVISORS

McNamee Hosea
6404 Ivy Lane, Suite 820     O 301.441.2420
Greenbelt, Maryland 20770    F 301.982.9450

mhlawyers.com

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 2/20/2024 | KRF | Finish of Draft for Broughton Construction Rule 2004 Motion | 0.50 | 162.50 |
| 2/22/2024 | JPF | Call with Foley, Greenblatt, Gillis. | 1.00 | 400.00 |
| 2/23/2024 | CSM | Certified Mailings regarding Motion for Rule 2004 Examination of United Bank, M&T Bank and Industrial Bank and Directing Production of Documents with Notice | 0.50 | 70.00 |
| 2/26/2024 | JPF | Call with Foley regarding ERC issues (0.2); e-mails reart (0.2); appeals (0.2). Research regarding lien on ERC (0.6) | 1.20 | 480.00 |
| 2/27/2024 | JPF | Call with Gillis and review e-mails regarding appeals. | 0.30 | 120.00 |
| 2/28/2024 | JPF | Calls with Foley/ Gilliss/ Schreiber regarding appeals. | 1.50 | 600.00 |
| 2/28/2024 | KRF | Zoom call with regarding Contract Appeals | 0.40 | 130.00 |
| 2/29/2024 | KRF | Review Contract with VerAleo; Start of Draft of App to Employ VerAleo. | 1.30 | 422.50 |
| 3/1/2024 | JPF | Calls with Foley regarding Veraleo, etc. | 0.40 | 160.00 |
| 3/1/2024 | KRF | Complete App to Employ Special Counsel VerAleo | 0.70 | 227.50 |
| 3/4/2024 | JPF | Revise and send VerAleo and Gilliss applications. NO CHARGE | 0.60 | 0.00 |
| 3/4/2024 | KRF | App to Employ Special Counsel | 1.80 | 585.00 |
| 3/8/2024 | JPF | Negotiations and calls regarding VerAleo order, carveout. | 0.80 | 320.00 |
| 3/11/2024 | KRF | Review of Motion for More Definite Statement; Email to Counsel for Secured Creditor and Counsel for surety. | 0.30 | 97.50 |
| 3/12/2024 | JPF | E-mail Rogan regarding car. | 0.10 | 40.00 |
| 3/19/2024 | JPF | Call with Gilliss and Foley regarding appeal strategy, review motion to intervene. | 0.60 | 240.00 |
| 3/19/2024 | KRF | Zoom Conf with Counsel for Surety and Bank | 0.50 | 162.50 |
| 3/19/2024 | KRF | Review of multiple emails from A Kikendale, D Gillis & S Foley | 0.30 | 97.50 |
| 3/19/2024 | KRF | Review of Draft Opposition to Motion for more Definite Statement | 0.80 | 260.00 |
| 3/20/2024 | KRF | File Opposition to Motion for more Definite Statement | 0.40 | 130.00 |
| 3/20/2024 | KRF | Review Emails to/from Bank Counsel | 0.10 | 32.50 |
| 3/21/2024 | KRF | Emails to/from D Gillis; A Kiendale; S Shireber (OAG). | 0.20 | 65.00 |
| 3/25/2024 | KRF | Email from S. Shrieber; Email to D. Gilliss, A. Kikendale, D. Zeller | 0.20 | 65.00 |
| 3/25/2024 | KRF | Review of Pleading from DC (S. Schrieber) | 0.40 | 130.00 |
| 3/26/2024 | KRF | Telephone call with A. Kikendall | 0.20 | 65.00 |
| 3/26/2024 | KRF | Review of multiple emails from A Kikendall | 0.20 | 65.00 |
| 3/27/2024 | JPF | Call with Palik and Gilliss regarding record on appeal. | 0.30 | 120.00 |
| 3/27/2024 | KRF | Emails from S. Foley; A. Kiendall; David Gilliss | 0.20 | 65.00 |
| 3/27/2024 | KRF | Review of Draft Sur-Reply in case in front of DC Contract Appeals Board. | 0.50 | 162.50 |
| 3/28/2024 | KRF | Voice message from A. Kikendall | 0.10 | 32.50 |
| 3/28/2024 | KRF | Review of emails from A Kikendall | 0.20 | 65.00 |



McNamee Hosea
6404 Ivy Lane, Suite 820   O 301.441.2420
Greenbelt, Maryland 20770   F 301.982.9450

mhlawyers.com

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 3/28/2024 | KRF | Review of Email from S Foley | 0.10 | 32.50 |
| 3/29/2024 | KRF | Review of Final Sur-Reply | 0.10 | 32.50 |
| 3/29/2024 | KRF | File Final Sur-Reply | 0.30 | 97.50 |
| 3/29/2024 | KRF | Emails to/from S Foley, A Kikendall, D. Gilliss | 0.30 | 97.50 |
| 3/29/2024 | KRF | Voice Message from A Kikendall | 0.10 | 32.50 |
| 4/1/2024 | JPF | Call with Rogan regarding vehicle. | 0.20 | 80.00 |
| 4/1/2024 | KRF | Emails to/from S. Foley, A. Kikendall; D. Gilliss | 0.30 | 97.50 |
| 4/1/2024 | KRF | Review of Emails from DC Attorney S Schreiber | 0.20 | 65.00 |
| 4/2/2024 | KRF | Review Emails From DC Attorney, S. Schrieber. | 0.20 | 65.00 |
| 4/4/2024 | JPF | Call with Foley regarding outstanding items (0.3) submit VerAleo order (0.2). Work on subpenas (0.4) | 0.90 | 360.00 |
| 4/4/2024 | KRF | Review Email From DC Attorney, S. Schrieber. | 0.10 | 32.50 |
| 4/4/2024 | KRF | Emails to/from D. Gilliss, S. Foley, A. Kikendall. | 0.20 | 65.00 |
| 4/4/2024 | MEE | Subpoena to be served with Capitol Process Services, Inc. | 0.50 | 57.50 |
| 4/5/2024 | JPF | E-mail Rogan regarding car. | 0.10 | 40.00 |
| 4/5/2024 | KRF | Review of DCs two Motions for Partial Summary Judgment RE Atty fees and package fees | 0.60 | 195.00 |
| 4/5/2024 | KRF | Emails to/from D. Gilliss, S. Foley, A. Kikendall. | 0.10 | 32.50 |
| 4/5/2024 | KRF | Email to DC Attorney, S. Schrieber RE not consenting to Summary Judgment on Atty fees. | 0.10 | 32.50 |
| 4/8/2024 | JPF | E-mails with Parrott regarding ERC order (0.2); call Rogan regarding car (0.1). | 0.30 | 120.00 |
| 4/8/2024 | KRF | Review of Bank and Insurance Company's reply in support of the joint motion to intervene | 0.50 | 162.50 |
| 4/9/2024 | KRF | Review of DCs MSJ RE WKS Solutions | 0.40 | 130.00 |
| 4/9/2024 | KRF | Email to/from A. Kikendall, D. Gilliss, S. Foley. | 0.10 | 32.50 |
| 4/10/2024 | KRF | Email from Sheila Shreiber | 0.10 | 32.50 |
| 4/10/2024 | KRF | Email to/from A. Kikendall, D. Gilliss, S. Foley. | 0.10 | 32.50 |
| 4/12/2024 | KRF | Review Email from DC Attorney, S. Schrieber. | 0.10 | 32.50 |
| 4/12/2024 | KRF | Emails to/from D. Gilliss, S. Foley, A. Kikendall, R. Kline. | 0.20 | 65.00 |
| 4/12/2024 | KRF | Review Oppositions to Motions for Summary Judgment and filing same. | 1.20 | 390.00 |
| 4/15/2024 | JPF | Review, edit and file carveout and car motions. | 0.80 | 320.00 |
| 4/15/2024 | KRF | Draft Motion, Notice, Proposed Order to Sell Vehicle. | 1.90 | 617.50 |
| 4/16/2024 | KRF | Email to Sheila Shreiber. Email from A. Kikendall. | 0.10 | 32.50 |
| 4/16/2024 | MEE | Printed documents, assembled and mailed out clients on matrix | 2.50 | 287.50 |
| 4/17/2024 | KRF | Email from Sheila Shreiber. | 0.10 | 32.50 |



**McNamee Hosea**
ATTORNEYS & ADVISORS

McNamee Hosea
6404 Ivy Lane, Suite 820    O 301.441.2420
Greenbelt, Maryland 20770   F 301.982.9450

mhlawyers.com

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 4/17/2024 | KRF | Email to/from D. Gilliss, S. Foley, A. Kikendall, R. Kline, D. Zeller. | 0.10 | 32.50 |
| 4/17/2024 | MEE | Printed and assembled documents for mailout of 44 recipients | 2.00 | 230.00 |
| 4/18/2024 | KRF | Email from Sheila Shreiber. | 0.10 | 32.50 |
| 4/18/2024 | KRF | Email to/from D. Gilliss, S. Foley, A. Kikendall, R. Kline, D. Zeller. | 0.10 | 32.50 |
| 4/19/2024 | KRF | Email to/from D. Gilliss, S. Foley, A. Kikendall, R. Kline, D. Zeller RE DC's reply in support of its MSJ. | 0.20 | 65.00 |
| 4/19/2024 | KRF | Review/File Objection to Motion for Partial Summary Judgment (WKM Claim). | 0.70 | 227.50 |
| 4/23/2024 | KRF | Review documents provided by Client. | 1.20 | 390.00 |
| 4/23/2024 | KRF | Review/File sur-replies (2x) RE DC's Motions for Partial Summary Judgment and file. | 1.10 | 357.50 |
| 4/23/2024 | KRF | Email and VM from DC Atty. | 0.20 | 65.00 |
| 4/23/2024 | KRF | Email to/from D. Gilliss, S. Foley, A. Kikendall, R. Kline, D. Zeller RE sur-reply and communication from DC Atty. | 0.20 | 65.00 |
| 4/24/2024 | KRF | Emails from D. Gilliss, S. Foley, A. Kikendall, R. Kline, D. Zeller RE communication from DC Atty. | 0.20 | 65.00 |
| 4/24/2024 | KRF | Review emails from DC Atty. | 0.10 | 32.50 |
| 4/25/2024 | KRF | Emails to/from D. Gilliss, S. Foley, A. Kikendall, D. Zeller RE communication from DC Atty. | 0.30 | 97.50 |
| 4/25/2024 | KRF | Review and filing of Discovery Requests to DC. | 1.20 | 390.00 |
| 4/26/2024 | KRF | Emails to/from D. Gilliss, S. Foley, A. Kikendall, D. Zeller RE communication from DC Atty. | 0.30 | 97.50 |
| 4/26/2024 | KRF | Review of emails from DC Atty. | 0.30 | 97.50 |
| 4/26/2024 | KRF | Review of DCs Reply in support of its motion for partial summary judgement on request for subcontractor's term for convenience fees | 0.40 | 130.00 |
| 4/29/2024 | JPF | Review and approve common interest agreement (0.4); e-mail regarding creditor question regarding notices. | 0.50 | 200.00 |
| 4/30/2024 | KRF | Review of email and proposed scheduling order from A. Kikendall - RE settlement, scheduling, etc. | 0.30 | 97.50 |
| 4/30/2024 | KRF | Email to DC Attorney. | 0.10 | 32.50 |
| 5/1/2024 | JPF | Review correspondence regarding fraudulent conveyance/ AR issue. | 0.10 | 40.00 |
| 5/1/2024 | KRF | Review of and file Sur-Reply (sub-contractors fees) and Exhibit. | 0.40 | 130.00 |
| 5/1/2024 | KRF | Emails to/from D. Gilliss, S. Foley, A. Kikendall, D. Zeller. | 0.10 | 32.50 |
| 5/2/2024 | JPF | Upload car/ carveout orders. | 0.20 | 80.00 |
| 5/3/2024 | KRF | Review of filing of Motion to Disregard Sur-Reply. | 0.10 | 32.50 |
| 5/3/2024 | KRF | Emails to/from D. Gilliss, S. Foley, A. Kikendall, R. Kline, D. Zeller. | 0.10 | 32.50 |
| 5/3/2024 | KRF | Emails from DC Attorney. | 0.10 | 32.50 |
| 5/6/2024 | KRF | Emails to/from DC Attorney. | 0.20 | 65.00 |
| 5/6/2024 | KRF | Review Motion to set scheduling order. | 0.50 | 162.50 |



McNamee Hosea
ATTORNEYS & ADVISORS

McNamee Hosea
6404 Ivy Lane, Suite 820     O 301.441.2420
Greenbelt, Maryland 20770    F 301.982.9450

mhlawyers.com

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 5/6/2024 | KRF | Letter to DC Attorney. | 0.20 | 65.00 |
| 5/6/2024 | KRF | Emails to/from D. Gilliss, S. Foley, A. Kikendall, R. Kline, D. Zeller. | 0.20 | 65.00 |
| 5/6/2024 | KRF | TC from A. Kikendall. | 0.10 | 32.50 |
| 5/7/2024 | KRF | Review DC's Motion to set scheduling order. | 0.40 | 130.00 |
| 5/7/2024 | KRF | Emails to/from D. Gilliss, S. Foley, A. Kikendall, R. Kline, D. Zeller. | 0.20 | 65.00 |
| 5/8/2024 | JPF | E-mail Rogan regarding car purchase. | 0.10 | 40.00 |
| 5/8/2024 | KRF | Email to DC Attorney. | 0.10 | 32.50 |
| 5/8/2024 | KRF | Emails to/from D. Gilliss, S. Foley, A. Kikendall, R. Kline, D. Zeller. | 0.20 | 65.00 |
| 5/8/2024 | KRF | Review of DCs Motion for Protective Order. | 0.40 | 130.00 |
| 5/9/2024 | KRF | Email to DC Attorney. | 0.10 | 32.50 |
| 5/9/2024 | KRF | Emails to/from D. Gilliss, S. Foley, A. Kikendall, R. Kline, D. Zeller. | 0.50 | 162.50 |
| 5/9/2024 | KRF | Review of Opposition to Motion to Disregard Sur-Reply and filing. | 0.50 | 162.50 |
| 5/10/2024 | KRF | Emails to/from D. Gilliss, S. Foley, A. Kikendall, R. Kline, D. Zeller | 0.20 | 65.00 |
| 5/10/2024 | KRF | Review of DC's filings RE Objections to Discovery. | 0.30 | 97.50 |
| 5/13/2024 | KRF | Emails to D. Gilliss, S. Foley, A. Kikendall, R. Kline, D. Zeller. | 0.20 | 65.00 |
| 5/13/2024 | KRF | Review of DC's Opposition to Motion for Scheduling Order. | 0.50 | 162.50 |
| 5/13/2024 | KRF | Review of letter to DC Atty and serve via File/Serve Ex. | 0.30 | 97.50 |
| 5/14/2024 | KRF | Emails to D. Gilliss, S. Foley, A. Kikendall, R. Kline, D. Zeller DC filing in Appeals case. | 0.10 | 32.50 |
| 5/15/2024 | KRF | Email from DC Atty. | 0.10 | 32.50 |
| 5/15/2024 | KRF | 1 Email to D. Gilliss, S. Foley, A. Kikendall, R. Kline, D. Zeller RE correspondence from DC Atty. | 0.10 | 32.50 |
| 5/16/2024 | KRF | Call with S. Foley RE Possible Settlement. | 0.10 | 32.50 |
| 5/16/2024 | KRF | Confer with J. Fasano RE Settlement conference. | 0.10 | 32.50 |
| 5/16/2024 | KRF | Emails to/from S. Foley RE Possible Settlement. | 0.10 | 32.50 |
| 5/17/2024 | KRF | Review of (and filing of) Opposition to Motion for Scheduling Order and Reply in Support of Motion for Scheduling Order pleadings to file in appeal. | 0.70 | 227.50 |
| 5/17/2024 | KRF | Emails to/from D. Gilliss and A. Kikendall. | 0.20 | 65.00 |
| 5/17/2024 | KRF | Email to S. Shreiber, DC Atty. | 0.10 | 32.50 |
| 5/20/2024 | KRF | Review of (and filing of) Opposition to Motion for Protective Order. | 0.60 | 195.00 |
| 5/20/2024 | KRF | Emails to/from D. Gilliss, S. Foley, A. Kikendall, D. Zeller, R. Kline. | 0.10 | 32.50 |
| 5/22/2024 | KRF | Review of DC's Reply in Support of Motion for Protective Order Preventing Discovery Regarding Appellant's Surety Lender and DCs Reply in Support of Motion for Scheduling Order. (and filing of) Opposition to Motion for Protective Order | 0.50 | 162.50 |
| 5/22/2024 | KRF | Emails to/from D. Gilliss, S. Foley, A. Kikendall, D. Zeller, R. Kline. | 0.10 | 32.50 |



McNamee Hosea
6404 Ivy Lane, Suite 820   O 301.441.2420
Greenbelt, Maryland 20770   F 301.982.9450

mhlawyers.com

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 5/23/2024 | KRF | Review of letter to DC Attorney RE Ongoing Violations and Failures in Appeals Litigation. | 0.30 | 97.50 |
| 5/23/2024 | KRF | Review proposed 2004 Motion and Exhibits for filing in BK Case | 0.40 | 130.00 |
| 5/23/2024 | KRF | Email to D. Gilliss, S. Foley, A. Kikendall, D. Zeller, R. Kline. | 0.10 | 32.50 |
| 5/23/2024 | KRF | TC with S. Foley RE 2004 Examination in BK case. | 0.10 | 32.50 |
| 5/28/2024 | KRF | Review of emails from S. Schreiber (0.1); Emails to D. Gilliss, S. Foley, A. Kikendall, D. Zeller, R. Kline (0.1) | 0.20 | 65.00 |
| 5/29/2024 | KRF | Emails to/from D. Gilliss, S. Foley, A. Kikendall, D. Zeller, R. Kline RE DC filings in Appeals cases | 0.70 | 227.50 |
| 5/29/2024 | KRF | Email from DC Attorney S. Schreiber. | 0.10 | 32.50 |
| 5/30/2024 | KRF | Email to D. Gilliss, S. Foley, A. Kikendall, D. Zeller, R. Kline RE DC filings in Appeals cases/Appeal File | 0.30 | 97.50 |
| 6/7/2024 | KRF | Emails to D. Gilliss, S. Foley, A. Kikendall, R. Kline, D. Zeller. Re DC's Discovery requests. | 0.10 | 32.50 |
| 6/7/2024 | KRF | Review of DC's Discovery. NO CHARGE | 0.40 | 0.00 |
| 6/12/2024 | KRF | Emails to/from D. Gilliss, S. Foley, A. Kikendall, R. Kline, D. Zeller DC filing in Appeals case. | 0.20 | 65.00 |
| 6/12/2024 | KRF | Review of Settlement offer from DC Atty. | 0.20 | 65.00 |
| 6/12/2024 | KRF | Review of DC Filings. NO CHARGE | 0.20 | 0.00 |
| 6/13/2024 | KRF | Emails to/from D. Gilliss, S. Foley, A. Kikendall, R. Kline, D. Zeller RE correspondence from DC Atty. | 0.20 | 65.00 |
| 6/14/2024 | KRF | Review of DC Filings. | 0.20 | 65.00 |
| 6/14/2024 | KRF | Emails from DC Atty. | 0.20 | 65.00 |
| 6/14/2024 | KRF | Emails to/from D. Gilliss, S. Foley, A. Kikendall, R. Kline, D. Zeller DC filing in Appeals case saving Docs. | 0.40 | 130.00 |
| 6/19/2024 | KRF | Reviewed S. Foley's Email response to DC Settlement offer | 0.10 | 32.50 |
| 6/20/2024 | KRF | Emails from S. Foley and A. Kikendall | 0.10 | 32.50 |
| 6/20/2024 | KRF | Emails from S. Schreiber. | 0.10 | 32.50 |
| 6/21/2024 | KRF | Review/file Response to DC RFAs | 0.50 | 162.50 |
| 6/21/2024 | KRF | Emails to/from S. Foley, D. Gilliss, A. Kikendall, D. Zeller. | 0.20 | 65.00 |
| 6/24/2024 | JPF | Reupload 2004 order | 0.10 | 40.00 |
| 6/24/2024 | KRF | Emails to A. Kikendall, S. Foley, D. Zeller, D. Gilliss, R. Kline. | 0.20 | 65.00 |
| 6/24/2024 | KRF | Emails from S. Schreiber. | 0.10 | 32.50 |
| 6/25/2024 | KRF | Emails from Evan N. Parrott. | 0.10 | 32.50 |
| 6/26/2024 | KRF | Email to/from S. Shreiber. | 0.10 | 32.50 |
| 6/26/2024 | KRF | Emails to/from S. Foley. | 0.20 | 65.00 |
| 6/26/2024 | KRF | Review/forward DC filings to Bank Attorneys. | 0.30 | 97.50 |
| 6/26/2024 | KRF | TC with S. Foley. | 0.10 | 32.50 |
| 6/27/2024 | KRF | Email from S. Shreiber. | 0.10 | 32.50 |



**McNamee Hosea**
ATTORNEYS & ADVISORS

McNamee Hosea
6404 Ivy Lane, Suite 820    O 301.441.2420
Greenbelt, Maryland 20770    F 301.982.9450

mhlawyers.com

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 6/27/2024 | KRF | Emails to/from A. Kikendall. | 0.30 | 97.50 |
| 6/27/2024 | KRF | TC from A. Kikendall. | 0.10 | 32.50 |
| 6/27/2024 | KRF | Email to Bank Attorneys. | 0.10 | 32.50 |
| 6/28/2024 | KRF | Emails to/from S. Shreiber. | 0.10 | 32.50 |
| 6/28/2024 | KRF | Emails to/from Bank Attorneys | 0.10 | 32.50 |
| 6/28/2024 | KRF | Review pleadings filed by DC. | 0.40 | 130.00 |
| 7/8/2024 | CMP | Review, sign and file Responses to Requests for Admission; E-mail to counsel confirming same | 0.50 | 212.50 |
| 7/8/2024 | JPF | Call with Kikendall regarding requests for admission. | 0.10 | 40.00 |
| 7/12/2024 | KRF | Emails to/from A. Kikendall. | 0.10 | 32.50 |
| 7/15/2024 | KRF | Emails to/from D. Gilliss, S. Foley, A. Kikendall, R. Kline, D. Zeller RE filings in Appeals cases. | 0.10 | 32.50 |
| 7/15/2024 | KRF | TC from A. Kikendall. | 0.10 | 32.50 |
| 7/15/2024 | KRF | Review of Documents filed in appeals case (0.4), Filing documents in appeals cases (0.5). | 0.90 | 292.50 |
| 7/17/2024 | JPF | E-mail regarding ERTC. | 0.10 | 40.00 |
| 7/18/2024 | KRF | Emails to/from D. Gilliss, S. Foley, A. Kikendall, R. Kline, D. Zeller RE filings in Appeals cases.1 | 0.30 | 97.50 |
| 7/18/2024 | KRF | Review of Documents to be filed in appeals case (0.6), Filing documents in appeals cases (0.5) | 1.10 | 357.50 |
| 7/19/2024 | KRF | Emails to D. Gilliss, S. Foley, A. Kikendall, R. Kline, D. Zeller RE filings in Appeals cases | 0.40 | 130.00 |
| 7/23/2024 | KRF | Emails to A. Kikendall, S. Foley, D. Zeller, D. Gilliss, R. Kline. | 0.10 | 32.50 |
| 7/23/2024 | KRF | Email to/from S. Schreiber. | 0.10 | 32.50 |
| 7/24/2024 | KRF | Emails to A. Kikendall, S. Foley, D. Zeller, D. Gilliss, R. Kline. | 0.10 | 32.50 |
| 7/24/2024 | KRF | Email from S. Schreiber. | 0.10 | 32.50 |
| 7/26/2024 | KRF | Emails to A. Kikendall, S. Foley, D. Zeller, D. Gilliss, R. Kline. | 0.10 | 32.50 |
| 7/26/2024 | KRF | Email to Chapter 7 Trustee. | 0.10 | 32.50 |
| 7/26/2024 | KRF | File Sur-reply. | 0.10 | 32.50 |
| 7/29/2024 | KRF | Emails to/from A. Kikendall, S. Foley, D. Zeller, D. Gilliss, R. Kline. | 0.20 | 65.00 |
| 7/29/2024 | KRF | Email to/from Chapter 7 Trustee. | 0.10 | 32.50 |
| 7/29/2024 | KRF | Email to DC Atty, S. Shreiber. | 0.20 | 65.00 |
| 7/29/2024 | KRF | File Answers/Objections to Request for Documents and Interrogatories. | 1.30 | 422.50 |
| 7/30/2024 | KRF | Emails to/from A. Kikendall. | 0.10 | 32.50 |
| 7/30/2024 | KRF | Email to DC Attorney. S. Shreiber. | 0.20 | 65.00 |
| 7/30/2024 | KRF | Instructions to Legal Assistant (Email Docs to DC Atty and shipping discovery thumb drive). | 0.10 | 32.50 |
| 8/9/2024 | KRF | Emails to A. Kikendall, S. Foley, D. Zeller, D. Gilliss, R. Kline. | 0.10 | 32.50 |



McNamee Hosea
6404 Ivy Lane, Suite 820    O 301.441.2420
Greenbelt, Maryland 20770   F 301.982.9450

mhlawyers.com

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 8/9/2024 | KRF | Email from DC Atty. | 0.10 | 32.50 |
| 8/29/2024 | KRF | TC with S. Foley. | 0.20 | 65.00 |
| 9/11/2024 | JPF | Review settlement with DC | 0.30 | 120.00 |
| 9/16/2024 | JPF | E-mails regarding ERC. | 0.30 | 120.00 |
| 9/18/2024 | JPF | Call with Foley regarding status. | 0.30 | 120.00 |
| 9/23/2024 | JPF | Review correspondence regarding ERC | 0.30 | 120.00 |
| 10/8/2024 | JPF | Review and approve settlement with city. | 0.50 | 200.00 |
| 10/17/2024 | JPF | Call with Webster regarding employment order, call with Eustis, upload same. | 0.20 | 80.00 |
| 10/20/2024 | JPF | E-mail Foley regarding MCA production | 0.10 | 40.00 |
| 10/21/2024 | JPF | E-mails with Foley regarding MCA, settlement | 0.10 | 40.00 |
| 11/18/2024 | JPF | Review and approve amendments to settlement. | 0.20 | 80.00 |
| 11/18/2024 | KRF | TC from S. Foley re Settlement Agreement with DC | 0.20 | 65.00 |
| 11/19/2024 | JPF | Review and approve final settlement, e-mails and call Webster regarding same. | 0.20 | 80.00 |
| 11/20/2024 | JPF | E-mails regarding ERC check/ settlement | 0.20 | 80.00 |
| 12/6/2024 | JPF | Review Broughton ERC check. | 0.10 | 40.00 |
| 12/9/2024 | JPF | Review stipulation of dismissal and e-mail regarding same. | 0.10 | 40.00 |
| 12/17/2024 | JPF | Status call with Foley (0.6); review and approve stipulation of dismissal (0.1) | 0.70 | 280.00 |
| 12/17/2024 | KRF | File Stipulation of Dismissal in case filed with DC Contract Appeals Board | 0.20 | 65.00 |
| 1/15/2025 | JPF | Call with Foley regarding Greenbaltt engagement | 0.30 | 135.00 |
| 4/7/2025 | JPF | Fill out form for missing ERC check. | 0.10 | 45.00 |
| 7/2/2025 | JPF | Call with S. Foley regarding remaining to do items. | 0.20 | 90.00 |
| 7/17/2025 | JPF | Work United Bank second subpoena | 0.30 | 135.00 |
| 7/23/2025 | JPF | Call with United Bank regarding subpoenas. | 0.20 | 90.00 |
| 7/29/2025 | JPF | Call with Foley regarding chapter 5 to do list. | 0.30 | 135.00 |
| 8/6/2025 | JPF | Call with Foley regarding to do list, 2004 motion. | 0.40 | 180.00 |
| 8/13/2025 | JPF | Review United Bank subpoena production and e-mail regarding same. | 0.20 | 90.00 |
| 8/28/2025 | JPF | Calls with Foley and Verstandig regarding | 0.60 | 270.00 |
| 9/4/2025 | JPF | Review joint 2004 motions | 0.50 | 225.00 |
| 9/5/2025 | JPF | Review filed 2004 motions | 0.20 | 90.00 |
| 9/10/2025 | JPF | Revise and coordinate service of subpoenas. | 0.50 | 225.00 |
| 9/16/2025 | JPF | Draft MCA split agreement. | 0.80 | 360.00 |
| 9/17/2025 | KRF | Drafted four subpoenas to testify at Rule 2004 Examination. | 2.50 | 937.50 |



McNamee Hosea
ATTORNEYS & ADVISORS

McNamee Hosea
6404 Ivy Lane, Suite 820   O 301.441.2420
Greenbelt, Maryland 20770   F 301.982.9450

mhlawyers.com

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 9/18/2025 | JPF | Call with C. Young regarding 2004 order to Jaycee, emails regarding same | 0.30 | 135.00 |
| 9/19/2025 | JPF | Work on Broughton subpoenas | 0.90 | 405.00 |
| 9/26/2025 | JPF | Call with Burlingame regarding R13 deposition. | 0.20 | 90.00 |
| 10/9/2025 | JPF | E-mails regarding R13 deposition. | 0.10 | 45.00 |
| 10/13/2025 | JPF | Prepare for deposition. | 1.50 | 675.00 |
| 10/14/2025 | JPF | Prepare for and attend R13 deposition (2.5); call with Foley thereafter (0.2). | 2.80 | 1260.00 |
| 11/10/2025 | JPF | Work on motion to approve litigation split. | 1.00 | 450.00 |
| 11/14/2025 | JPF | Prepare for and conduct Kirland deposition. | 4.50 | 2025.00 |
| 11/17/2025 | JPF | Call with Metz regarding Kirkland deposition (0.2); call with Young regarding Jaycee deposition (0.3) | 0.50 | 225.00 |
| 11/18/2025 | JPF | E-mails regarding Jaycee subpoena | 0.20 | 90.00 |
| 11/20/2025 | JPF | Call with Metz regarding Kirkland. | 0.20 | 90.00 |
| 12/2/2025 | JPF | Cal e/mail Young/ Foley regarding Jaycee deposition. | 0.40 | 180.00 |
| 12/3/2025 | JPF | Call with Adams/ Pareto (0.3); review Kirkland offer (0.1). | 0.40 | 180.00 |
| 12/8/2025 | JPF | Work on orders for Wednesday hearing | 0.30 | 135.00 |
| 12/11/2025 | JPF | Call with Verstandig regarding adversaries. | 0.10 | 45.00 |
| 12/13/2025 | JPF | Draft complaints. | 4.80 | 2160.00 |
| 12/14/2025 | JPF | Revise and file complaints. NO CHARGE | 1.30 | 0.00 |
| 12/15/2025 | JPF | Draft deferral requests. | 0.50 | 225.00 |
| 12/18/2025 | JPF | Call with Rogan regarding causes of action (0.2); work on confidentiality regarding JAycee (0.4); review documents provided (0.2). | 0.80 | 360.00 |
| 12/19/2025 | JPF | Call from unsecured creditor Cassagnol. Call with Rogan regarding Stringer requests | 0.20 | 90.00 |
| 12/22/2025 | JPF | Call with Rogan and Stringer regarding complaints | 0.70 | 315.00 |
| 12/29/2025 | JPF | Coordinate service of complaints and summons, draft and file certificates | 0.50 | 225.00 |
| 1/6/2026 | JPF | Call with Foley regarding status. | 0.40 | 180.00 |
| 1/7/2026 | JPF | Call with Webster and email Metz regarding Kirkland settlement. | 0.20 | 90.00 |
| 1/12/2026 | JPF | E-mails regarding settlement, draft same. | 0.40 | 180.00 |
| 1/13/2026 | JPF | Settlement negotiations regarding Kirkland | 0.20 | 90.00 |
| 1/16/2026 | JPF | Call with Giaimo, e-mail with Metz regarding extensions. | 0.30 | 135.00 |
| 1/22/2026 | JPF | Call with Metz, email regarding settlement. | 0.30 | 135.00 |
| 1/23/2026 | JPF | Draft Kirkland 9019 and settlement. | 0.80 | 360.00 |
| 1/26/2026 | JPF | Settlement discussions regarding Kirkland | 0.20 | 90.00 |
| 1/28/2026 | JPF | Review and approve Metz revisions to settlement agreement. | 0.20 | 90.00 |



McNamee Hosea
6404 Ivy Lane, Suite 820    O 301.441.2420
Greenbelt, Maryland 20770    F 301.982.9450

mhlawyers.com

| | | Sub-total Fees: | $43,782.50 |
|---|---|---|---|
| **Expenses** | | | Amount |
| | Postage | | 134.28 |
| | Prints - BW | | 280.60 |
| 02/07/2024 | Filing Fee | | 60.00 |
| 03/01/2024 | PACER Search Fee | | 2.10 |
| 03/29/2024 | Filing Fee - File & ServeXpress - DC Contract Appeals Board | | 117.00 |
| 04/24/2024 | Process Service | | 80.00 |
| 04/24/2024 | Process Service | | 80.00 |
| 04/25/2024 | Filing Fee | | 86.00 |
| 05/01/2024 | PACER Search Fee | | 0.30 |
| 06/02/2024 | Filing Fee | | 13.00 |
| 06/02/2024 | Filing Fee | | 13.00 |
| 06/02/2024 | Filing Fee | | 13.00 |
| 06/02/2024 | Filing Fee | | 13.00 |
| 06/02/2024 | Filing Fee | | 13.00 |
| 06/02/2024 | Filing Fee | | 7.00 |
| 06/02/2024 | Filing Fee | | 13.00 |
| 07/08/2024 | Service Fee | | 13.00 |
| 07/15/2024 | Service Fee | | 13.00 |
| 07/15/2024 | Service Fee | | 13.00 |
| 07/15/2024 | Service Fee | | 13.00 |
| 07/18/2024 | Service Fee | | 13.00 |
| 07/18/2024 | Service Fee | | 13.00 |
| 07/26/2024 | Service Fee | | 13.00 |
| 07/29/2024 | Service Fee | | 13.00 |
| 07/29/2024 | Service Fee | | 13.00 |
| 07/30/2024 | FedEx | | 22.30 |
| 08/01/2024 | PACER Search Fee | | 0.20 |
| 12/17/2024 | Filing Fee - Stipulation of Dismissal | | 13.00 |
| 05/01/2025 | PACER Search Fee | | 0.10 |
| 07/18/2025 | Process Service | | 150.00 |
| 11/01/2025 | PACER Search Fee | | 0.10 |
| 11/03/2025 | Service Fee | | 150.00 |

| Date | Description | Amount |
|---|---|---:|
| 11/03/2025 | Service Fee | 90.00 |
| 11/03/2025 | Service Fee | 200.00 |
| 11/03/2025 | Service Fee | 503.55 |
| | Sub-total Expenses: | $2,171.53 |

| | | | |
|---|---|---|---:|
| **Trust Account** | | Beginning Balance: | $0.00 |
| 06/07/2024 | trust deposit- Litigation-settlement payment | | 2,500.00 |
| 07/02/2024 | Trust Deposit: Toyota Payment | | 2,500.00 |
| 08/05/2024 | Trust Deposit - Retainer for Fees | | 2,500.00 |
| 09/04/2024 | Trust Deposit - Retainer Fees & Costs | | 2,500.00 |
| 09/18/2024 | Broughton Construction | | (10,000.00) |
| 10/07/2024 | Trust Deposit - Toyota Payment from Casey Stringer | | 2,500.00 |
| 11/13/2024 | Trust Deposit - Retainer Fees & Costs | | 2,500.00 |
| 12/23/2024 | Settlement Payment | | (5,000.00) |
| | | Ending Balance: | $0.00 |

| | |
|---|---:|
| Previous Balance Due: | $0.00 |
| Total Current Fees: | $43,782.50 |
| Total Current Expenses: | $2,171.53 |
| Interest on Past Due Balance: | $0.00 |
| Total Current Billing: | $45,954.03 |
| Total Payments: | $0.00 |
| **Total Now Due:** | **$45,954.03** |

***Thank You!***
Terms:  Net Due Upon Receipt
Please include Matter ID Number with Remittance
**Please visit www.mhlawyers.com/make-a-payment to pay online**
**We accept VISA, MasterCard, Discover, American Express and ACH (bank to bank) payments.**