**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| IN RE: ) | 23-00378-ELG |
| ) | |
| BROUGHTON CONSTRUCTION CO., LLC ) | CHAPTER 7 |
| ) | |
| Debtor. ) | |

**NOTICE OF HEARING AND OPPORTUNITY TO OBJECT TO FIRST INTERIM
APPLICATION FOR APPROVAL OF COMPENSATION AND EXPENSES OF
MCNAMEE HOSEA, P.A. FOR DECEMBER 20, 2023 THROUGH JANUARY 31, 2026**

**PLEASE TAKE NOTICE** that McNamee Hosea, P.A. ("MH"), has filed a this First Interim Application for Approval of Compensation and Expenses of McNamee Hosea, P.A. ("Application") for the period December 20, 2023, through January 31, 2026. The Application seeks fees for McNamee Hosea in the amount of $37,500.00 and expenses in the amount of $2,171.53 for a total award of $39,671.53. This is the first interim application for approval of compensation.

**PLEASE TAKE NOTICE** that if you intend to object to the Application, you must, by **March 11, 2026**, file and serve a written objection to the Application. The objection must be filed with the Clerk of the Bankruptcy Clerk, U.S. Courthouse, 3rd and Constitution Ave., NW, Washington, DC, 20001, and service (by delivery or mailing of copy) upon the undersigned. The objection must contain a complete specification of the factual and legal grounds upon which it is based. You may append legal memorandums, affidavits and documents in support of your objection. **IF YOU FAIL TO FILE A TIMELY OBJECTION, THE APPLICATION MAY BE APPROVED BY THE BANKRUPTCY COURT WITHOUT A HEARING**. Further, the Court may grant the relief requested without a hearing, if the objection filed states inadequate grounds for denial. Any questions may be directed to the undersigned

Please take notice that a hearing will be held on **March 18, 2026** at **10:00 a.m.** on the Motion via Zoom. Parties in interest with questions may contact the undersigned or the courtroom deputy at aimee_mathewes@dcb.uscourts.gov at for Zoom login instructions.

Date: February 25, 2026  Respectfully submitted,

/s/ Justin P. Fasano
Justin P. Fasano (DC Bar MD21201)
Janet M. Nesse (D.C. Bar 358514)
McNamee Hosea, P.A.
6404 Ivy Lane, Suite 820
Greenbelt, MD 20770
(301) 441-2420
jfasano@mhlawyers.com
jnesse@mhlawyers.com
*Counsel to Chapter 7 Trustee*

## CERTIFICATE OF SERVICE

I hereby certify that on February 25, 2026, a copy of the foregoing Notice of Hearing and Opportunity to Object to First Interim Application for Allowance of Compensation for Services Rendered and Reimbursement of Expenses was filed and served via the Court's Electronic Case Filing System on all parties receiving notice thereby, and by first-class mail, postage prepaid to the attached matrix.

/s/ Justin P. Fasano
Justin P. Fasano

2