**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| IN RE: | ) | 23-00378-ELG |
| | ) | |
| BROUGHTON CONSTRUCTION CO., LLC | ) | CHAPTER 7 |
| | ) | |
| Debtor. | ) | |
| | ) | |

**ORDER GRANTING FIRST INTERIM APPLICATION FOR APPROVAL OF
COMPENSATION AND EXPENSES OF MCNAMEE HOSEA, P.A.  FOR
DECEMBER 20, 2023 THROUGH JANUARY 31, 2026**

Upon consideration of the *First Interim Application for Approval of Compensation and
Expenses of McNamee Hosea, P.A. for the period December 20, 2023, through January 31, 2026*
of McNamee Hosea, P.A (the "Application") filed by McNamee Hosea, P.A. ("MH"), and the
Application having been filed and served pursuant to Bankruptcy Rules 2002 and 2016; and this
Court having fully considered the record before it; and good and sufficient cause appearing
therefore, it is hereby

**ORDERED**, that the Application is **GRANTED**; and it is further

**ORDERED**, that the request for an administrative expense contained within the
Application be, and the same is hereby, approved and allowed, on an interim basis, for the period
of December 20, 2023, through January 31, 2026, in the amount of $

37,500.00 as compensation for services rendered, and in the additional amount of $2,171.53 for a

total award of for reimbursement for out-of-pocket expenses; and it is further

    **ORDERED**, that the Chapter 7 Trustee is authorized to pay MH the sum of $39,671.53.


**END OF ORDER**


        **I ASK FOR THIS**

        /s/ Justin P. Fasano
        Janet M. Nesse (D.C. Bar 358514)
        Justin P. Fasano (D.C. Bar MD21201)
        McNamee Hosea P.A.
        6404 Ivy Lane, Suite 820
        Greenbelt, MD 20770
        Telephone: (301) 441-2420
        Facsimile: (301) 982-9450
        Counsel for the Chapter 7 Trustee

        **SEEN**

        TO BE ADDED UPON RECEIPT
        (DC Bar No.)
        Trial Attorney
        Office of United States Trustee
        1725 Duke Street, Suite 650
        Alexandria, VA 22314
        (703) 557-7227
        _____@usdoj.gov


cc:

Office of the United States Trustee
1725 Duke Street, Suite 650
Alexandria, VA 22314

Justin P. Fasano
McNamee Hosea P.A.
6404 Ivy Lane, Suite 820
Greenbelt, MD 20770

Wendell W. Webster
Wendell W. Webster, Trustee
1101 Connecticut Avenue, NW
Suite 402
Washington, DC 20036

Christopher Rogan
Rogan Miller Zimmerman, PLLC
50 Catoctin Circle, NE
Suite 300
Leesburg, VA 20176

Broughton Construction Co., LLC
PO Box 30040
Bethesda, MD 20824