```
Label Matrix for local noticing          American Express National Bank c/o Zwicker &    BMW Financial Services NA LLC
0090-1                                   80 Minuteman Road                                c/o Michael J. Klima, Jr.
Case 23-00378-ELG                        P.O. Box 9043                                    8028 Ritchie Highway
United States Bankruptcy Court for the Distri  Andover, MA 01810-0943                     Suite 300
Washington, D.C.                                                                          Pasadena, MD 21122-1360
Sun Feb  8 19:13:16 EST 2026

BMW Financial Services NA, LLC, c/o AIS Port   Broughton Construction Co., LLC            Industrial Bank
4515 N Santa Fe Ave. Dept. APS                 PO Box 30040                               c/o Scott W. Foley
Oklahoma City, OK 73118-7901                   Bethesda, MD 20824-0040                    Shapiro Sher Guinot & Sandler
                                                                                          250 W. Pratt Street
                                                                                          Suite 2000
                                                                                          Baltimore, MD 21201-6814

Jaycee Development LLC                   Washington, D.C.                                 AM Electric Enterprise
4530 Wisconsin Avenue                    E. Barrett Prettyman U. S. Courthouse            6217 Christian Kemp Drive
Suite 300                                333 Constitution Ave, NW #1225                   Frederick, MD 21703-2712
Washington, DC 20016-4606                Washington, DC 20001-2802

AMEX TRS Co., Inc.                       AMT LLC                                          Absolute Builders, Inc.
c/o Becket and Lee LLP                   700 King Farm Blvd                               811 Whittier Place, NW
PO Box 3001                              Suite 300                                        Washington, DC 20012-2523
Malvern  PA 19355-0701                   Rockville, MD 20850-5737

Access Demolition Contracting            Adom Realty Investments                          Age Construction Inc.
3437 9th Street                          807 East Blatimore St, Unit 1-R                  2905 Lancer Drive
Brooklyn, MD 21225-1907                  Baltimore, MD 21202-4706                         Damascus, MD 20872

AllStar Tech Solutions                   Allstate Floors of DC, LLC                       Alto Hartley, Inc.
8335 16th Street                         6031 Kansas Ave., NW                             4601A Eisenhower Ave
Silver Spring, MD 20910-2915             Suite 200                                        Alexandria, VA 22304-4803
                                         Washington, DC 20011-1566

American Builders & More LLC             American Construction                            American Express
7808 Rebel Drive                         3421 14th Street, NW                             PO Box 1270
Annandale, VA 22003-1428                 Washington, DC 20010-3517                        Newark, NJ 07101-1270

American Express National Bank, AENB     Aquia LLC                                        Ardono Construction Inc.
c/o Zwicker and Associates, P.C.         1300 I St NW                                     7304 Riggs Rd
Attorneys/Agents for Creditor            Suite 400E                                       102
P.O. Box 9043                            Washington, DC 20005-3318                        Hyattsville, MD 20783-4208
Andover, MA 01810-0943

Arena Maint Solutions, LLC               BMW Financial Services                           (p)BMW FINANCIAL SERVICES
1015 Clifton Brook Lane                  Attn: Customer Accounting                        CUSTOMER SERVICE CENTER
Silver Spring, MD 20905-3704             1400 City View Drive                             PO BOX 3608
                                         Columbus, OH 43215-1495                          DUBLIN OH 43016-0306

BMW Financial Services NA, LLC           BMW Financial Services NA, LLC c/o AIS Portf     Baltimore Door and Frame Co
AIS Portfolio Services, LLC              4515 N. Santa Fe Ave. Dept. APS                  2201 Halethorpe Farms Road
4515 N Santa Fe Ave. Dept. APS           Oklahoma City, OK 73118-7901                     Halethorpe, MD 21227-4598
Oklahoma City, OK 73118-7901
```

| | | |
|---|---|---|
| Bartley Corp.<br>P.O. Box 1299<br>Ashton, MD 20861-1299 | Beitzell Fence Company<br>16351 Lee Highway<br>Gainesville, VA 20155-2005 | Berkel & Co Contractors, Inc.<br>2413 Linden Lane<br>Silver Spring, MD 20910-1230 |
| Brandes & Cassagnol Engineers, P.C.<br>Jan I. Beriage<br>201 N. Charles Street, Suite 2101<br>Baltimore, MD 21201-4182 | Brandes & Cassagnol Engineers, PC<br>5520 Connecticut Ave. NW<br>Suitge LL4<br>Washington, DC 20015-2617 | C&W Caulking, LLC<br>4504 Hazelton Dr.<br>Woodbridge, VA 22193-5111 |
| CFG Merchant Solutions<br>180 Maiden Lane<br>15th Floor<br>New York, NY 10038-5150 | CT Corportation Systems<br>PO Box 4349<br>Carol Stream, IL 60197-4349 | Capital Documents Solutions<br>12115 Parklawn Drive, Suite L<br>Rockville, MD 20852-1730 |
| Capitol Document Solutions<br>12115-L Parklawn Dr<br>Rockville, MD 20852-1730 | (p)CAPITOL PAVING OF D C   INC<br>2211 CHANNING STREET NE<br>WASHINGTON DC 20018-2127 | Casey General LLC<br>205 Stokes Rd<br>Vincentown, NJ 08088-8955 |
| Century Engineering<br>10710 Gilroy Road<br>Hunt Valley, MD 21031-1310 | Clerk, U.S. Bankruptcy Clerk<br>333 Constitution Ave. NW<br>Washington, DC 20001-2863 | (p)CLOUDFUND LLC<br>400 RELLA BOULEVARD SUITE 165-101<br>SUFFERN NY 10901-4241 |
| Comdor LLC<br>2741 Prosperity Ave.<br>Suite 100<br>Fairfax, VA 22031-4362 | Coporate Office Properties, LP<br>Maritime Holdings LLC<br>6711 Columbia Gateway Dr,<br>Suite 300<br>Columbia, MD 21046-2383 | Crum & Foster<br>305 Madison Ave<br>Morristown, NJ 07960-6100 |
| DC Department of Insurance Securities and Ba<br>Nancy L. Alper<br>400 6th Street, NW<br>Washington, DC 20001-0189 | DC Dept of General Services<br>1250 U Street, NW<br>2nd Floor<br>Washington, DC 20009-7878 | DC Fire Protection, LLC<br>1919 5th St, NE<br>Washington, DC 20002-1221 |
| DC GOV'T OFFICE OF TAX AND REVENUE<br>P.O. BOX. 37559<br>WASHINGTON DC 20013-7559 | DC Health Link<br>PO Box 97022<br>Washington, DC 20090-7022 | DC Life Saftey, LLC<br>3421 14th St, NW<br>301<br>Washington, DC 20010-3517 |
| DC Office of Tax and Rev<br>1101 4th St #270<br>Washington, DC 20024-4457 | DC Treasurer<br>899 N. Capitol St, NE<br>1st Floor<br>Washington, DC 20002-5686 | Da Rocha Concrete, LLC<br>610 Olney Sandy Spring Rd<br>Sandy Spring, MD 20860 |
| Datawatch Systems<br>PO Box 79845<br>Baltimore, MD 21279-0845 | David Gillis, Esq.<br>White and Williams,. Esq.<br>600 Washington Ave., Suite 303<br>Towson, MD 21204-3924 | David Murphy, Esq.<br>McCandlish Lillard, PC<br>11350 Random Hills Road<br>Suite 500<br>Fairfax, VA 22030-7421 |

Design Glazing Concepts, LLC
44819 Acacia Ln
Unit 140
Sterling, VA 20166-9312

EPIC Home Solutions, LLC
4070 Finsbury Lane
Frederick, MD 21704-7402

Eastcoast Siding, Inc
6600 Washinbton Blvd
Elkridge, MD 21075-6002


Edifika LLC
4301 Mass Ave, NW
Unit A302
Washington, DC 20016-5560

Elan Credit (M&T)
1255 Corporate Drive #6
Irving, TX 75038-2562

Electrical Minority Group, LLC
6601 Long Shadow Court
Clinton, MD 20735-3403


Ellington Mechanical Services, Inc.
6260 Fallard Drive
Upper Marlboro, MD 20772-3883

Environmental Alternatives, Inc
24024 Frederick Rd
Clarksburg, MD 20871-9718

FM Financial Services, LLC
1250 Connecticut Ave
Washington, DC 20036-2603


FMC & Associates, LLC
3927 Georgia Ave, NW
Unit C1
Washington, DC 20011-5982

Ferguson Enterprises Inc.
PO Box 417592
Boston, MA 02241-7592

First Citizens Bank
100 E Tryon Road
Raleigh, NC 27603-3581


First Insurance Funding
PO Box 7000
Carol Stream, IL 60197-7000

(p)FIRST CITIZENS BANK TRUST COMPANY
P O BOX 25187
RALEIGH NC 27611-5187

Gelberg Signs
6511 Chillum Place, NW
Washington, DC 20012-2192


Grainger
Dept 875441750
Palatine, IL 60038-0001

Green Const Services Group, LLC
6403 98th Ave
Lanham, MD 20706-2621

Guzman's Lawn Care and Landscaping, LLC
Attn: Kathy Kemp
1242 Long Corner Road
Mr. Airy, MD 21771-3825


Guzman's Lawn Care and Landscaping, LLC
t/a Oakridge Landscaping and Const LLC
840 Quince Orchard Blvd. T2
Gaithersburg, MD 20878-1730

Hardware Plus, Inc.
2211 Pennsylvania Ave
Baltimore, MD 21217-2823

Havteck, Inc.
PO Box 37031
Baltimore, MD 21297-3031


Hitite Steel, Inc.
44171 Paget Terrace
Ashburn, VA 20147-3851

Ideal Electrical Supply Corp
3515 V Street, NE
Washington, DC 20018-1530

Industrial Bank
c/o Scott W. Foley, Esq.
Shapiro Sher et al
250 W. Pratt St., Suite 2000
Baltimore, MD 21201-6814


Istudio Architects
1400 16th St NW Suite 130
Washington, DC 20036-2240

J-Dos International, Inc.
4506 14th St, NW
Washington, DC 20011-4311

JF General Painting Inc.
12326 Old Gupowder Spur Rd
Beltsville, MD 20705-1072


JLC Management LLC
6520 Allentown Road
Temple Hills, MD 20748-2722

JPG Plumbing & Mechanical Services, Inc.
8280 Stayton Drive, Suite M
Jessup, MD 20794-9609

JPG Plumbing and Mech Services, Inc.
8260 Stayton Drive
Suite M
Jessup, MD 20794

| | | |
|---|---|---|
| Janice M. Adams<br>700 7th St, SW<br>Apt 506<br>Washington, DC 20024-2403 | Jaycee Development<br>1100 Peachtree St., NE  950<br>Atlanta, GA 30309-1026 | Kalkreuth Roofing & Sheet Metal, Inc.<br>P.O. Drawer 6399<br>Wheeling, WV 26003-0616 |
| Keller Colors<br>6345 Northgate Road<br>Laurel, MD 20723 | Kevin M. Tracy, Esq.<br>McNamee Hosea<br>888 Bestgate Road, Suite 402<br>Annapolis, MD 21401-2957 | Key Woodworking, Inc.<br>6714-A Industrial Road<br>Springfield, VA 22151-4215 |
| LG Electric and Design, Inc.<br>6325 Damascus Rd<br>Gaithersburg, MD 20882-2627 | (p)LABORATORY CORPORATION OF AMERICA<br>ATTN GOVERNMENT AUDITS<br>PO BOX 2270<br>BURLINGTON NC 27216-2270 | Liberty Mutual Insur Corp<br>100 Shochhoe Slip<br>Floor 2<br>Richmond, VA 23219-4100 |
| Long Fence<br>Daniel S. Willard, Esq. Daniel S. Willar<br>7100 Corporate Court<br>Rockville, MD 20855 | M&T Bank<br>P.O. Box 790408<br>Saint Louis, MO 63179-0408 | MRG Services LLC<br>37 R Street NE<br>Washington, DC 20002-2117 |
| Maurice VerStandig, Esq.<br>The VerStandig Law Firm, LLC<br>9812 Falls Road, #114-160<br>Potomac, Maryland 20854-3976 | Mid Atlantic Interiors<br>7620 PENN BELT DRIVE<br>Forrstville, MD 20747-4728 | Mini of Mont County<br>820 Russell Ave<br>Gaithersburg, MD 20879-3506 |
| Mini of Montgomery County<br>820 Russell Ave<br>Gaithersburg, MD 20879-3506 | Mobile Modular Mngmnt Corp<br>5700 Las Positas Road<br>Livermore, CA 94551-7806 | Morgan Pvinelli, Esq.<br>Snell & Wimer<br>2001 K Street, NW<br>Suite 425 North<br>Washington, DC 20006-1073 |
| Nationwide Mutual Insurance Company<br>Robert H. Kline, White and Williams, LLP<br>600 Washington Ave., Suite 303<br>Towson, MD 21204-3924 | Nationwide Surety<br>PO Box 10479<br>Des Moines, IA 50306-0479 | New Era Custom Design & Cabinet Works<br>270 Insterstate Circle Suite 100<br>Frederick, MD 21704-6711 |
| Nielson Hoover & Company, Inc.<br>15050 NW 79th Court Suite 200<br>Miami Lakes, FL 33016-5810 | Order Green Supply<br>5130 N Franklintown Rd Suite G<br>Gwynn Oak, MD 21207-6578 | POEX Construction, Inc.<br>14020 Thunderbolt PL. Suite 300<br>Chantilly, VA 20151-3294 |
| Partition Plus, Inc.<br>PO Box 8<br>Fallston, MD 21047-0008 | Penhall Company<br>PO Box 842911<br>Los Angeles, CA 90084-2911 | Playgound Specialists, Inc.<br>29 Apples Church Road<br>Thurmont, MD 21788-1711 |
| Porsche Financial Services<br>One Porsche Drive<br>Atlanta, GA 30354-1654 | Precision Doors and Hardware, Inc.<br>6295-80 Edsall Road<br>Alexandria, VA 22312-2670 | Quinn Evans Architects Inc.<br>2121 WARD PLACE, NW SUITE 440<br>Washington, DC 20037-1213 |

| | | |
|---|---|---|
| R&R Mechanical, Inc.<br>2902 Bladensburg Road, NE<br>Washington, DC 20018-1632 | RDC Construction, Inc.<br>11407 Monterrey Drive<br>Silver Spring, MD 20902-2657 | Ranger Glass East Coast, Inc.<br>196 North 21st Street<br>Purcellville, VA 20132-3077 |
| Reconstruct , Inc.<br>1412 Holbrook Street Northeast<br>Washington, DC 20002-2940 | Remy Contractors LLC<br>3203 Apex Circle<br>Falls Church, VA 22044-2635 | S. Sadiq Gill, Esq.<br>Durrette, Arkema et al<br>1111 East Main Street, 16th Floor<br>Richmond, VA 23219-3532 |
| SC&H Group, Inc.<br>PO Box 64271<br>Baltimore, MD 21264-4271 | Sandtwayla Ratliff<br>11301 Golden Eagle Pl Unit B<br>Waldorf, MD 20603-5983 | Sherwin Williams Company<br>4325-27 Easton Ave<br>Bethlehem, PA 18020-1431 |
| Singer Ashland<br>1324 Brass Mill Road<br>Belcamp, MD 21017-1211 | Soil and Land Use Tech, Inc.<br>1818 New York Ave. NE Suite 107<br>Washington, DC 20002-1849 | Sparks at Play, LLC<br>3705 Crondal Lane<br>Owings Mills, MD 21117-2204 |
| Spotts Fain, PC<br>PO Box 1555<br>Richmond, VA 23218-1555 | Square Funding LLC dba Square Advance<br>c/o David Fogel, Esq.<br>1225 Franklin Avenue<br>Suite 201<br>Garden City, NY 11530-1890 | Staples Credit Plan<br>DEPT. 11 - 0006111033<br>PO Box  9001036<br>Louisville, KY 40290-1036 |
| Studio Laan, PLLC<br>1117 C Street, SE<br>Washington, DC 20003-1404 | Sunbelt Rentals<br>PO Box 409211<br>Atlanta, GA 30384-9211 | TPM Group<br>1220 12th street SE Suite G80<br>Washington, DC 20003-3732 |
| The Bartley Corporation<br>PO Box 1299 Ashton<br>Ashton, MD 20861-1299 | Total Electric, Inc.<br>16000 Trade Zone Avenue Suite #303<br>Upper Marlboro, MD 20774-8788 | Toyota Finance<br>PO Box 8026<br>Cedar Rapids, IA 52408-8026 |
| Toyota Financial Services<br>PO Box 5855<br>Carol Stream, IL 60197-5855 | Travelers<br>PO Box 660317<br>Dallas, TX 75266-0317 | Tricore Systems, LLC<br>1325 G Street NW Suite 500<br>Washington, DC 20005-3136 |
| Tricore Systems, LLC<br>Joseph Wethje<br>8340 Helgerman Court<br>Gaithersburg, ND 20877-4103 | Trulite Electrical Services, LLC<br>3422 Highwood Drive, SE<br>Washington, DC 20020-2344 | U. S. Trustee for Region Four<br>U. S. Trustee's Office<br>1725 Duke Street<br>Suite 650<br>Alexandria, VA 22314-3489 |
| U.S. Small Business Administration<br>CESC Bankruptcy Department<br>14925 Kingsport Road<br>Fort Worth, TX 76155-2243 | United Rentals<br>6711 Industrial Drive<br>Beltsville, MD 20705-1270 | United States Fire Insurance Company<br>Law Office of Darren Fields<br>8100 Sandpiper Cir.<br>Ste. 204<br>Baltimore, MD 21236-4999 |

| | | |
|---|---|---|
| United States Treasury<br>INTERNAL REVENUE SERVICE CENTER<br>P.O. BOX 931000<br>Louisville, KY 40293-1000 | University of DC<br>4200 Connecticut Ave., NW, 200C<br>Suit 200C<br>Washington, DC 20008-1122 | Vadim Serebro, Esq.<br>55 Broadway, 3rd Floor<br>New York, NY 10006-3757 |
| Valiant Products, Inc.<br>939 Quincy Street<br>Lakeland, FL 33815-1337 | Vision Security Solutions<br>2901 V ST NE<br>Washington, DC 20018-1518 | Vision Security Solutions, LLC<br>Thomas B. Martin<br>5028 Wisconsin Avenue, NW<br>Suite 100<br>Washington, DC 20016-4118 |
| WKM<br>900 17th Street, NW<br>Suite 650<br>Washington, DC 20006-2509 | Washington Door & Hardware<br>5764 2nd Street, NE<br>Washington, DC 20011-2524 | Christopher Rogan<br>Rogan Miller Zimmerman, PLLC<br>50 Catoctin Circle, NE<br>Suite 300<br>Leesburg, VA 20176-3101 |
| (p)OFFICE OF THE ATTORNEY GENERAL FOR DC<br>400 6TH STREET NW<br>9TH FLOOR<br>WASHINGTON DC 20001-0189 | Wendell W. Webster<br>Wendell W. Webster, Trustee<br>1101 Connecticut Avenue, NW<br>Suite 402<br>Washington, DC 20036-4303 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| BMW Financial Services<br>PO Box 9001065<br>Louisville, KY 40290 | Capitol Paving of DC, Inc.<br>2211 Channing Street, NE<br>Washington, DC 20018 | Cloudfund, LLC<br>400 Rella Blvd., Suite 165-101<br>Suffern, NY 10901 |
| First-Citizens Bank & Trust Company<br>Attn: Bankruptcy Department<br>P.O. Box 25187<br>Raleigh, NC 27611 | Lab Corp of America Holding<br>PO Box 12140<br>Burlington, NC 27216 | District of Columbia Office of Att General<br>400 6th Street, N.W.<br>Washington, DC 20001 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Nationwide Mutual Insurance Company | (u)Casey B. Stringer | (u)Structural Preservation Systems, LLC |

End of Label Matrix
Mailable recipients    160
Bypassed recipients      3
Total                  163