**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| IN RE: ) | 23-00378-ELG |
| ) | |
| BROUGHTON CONSTRUCTION CO., LLC ) | CHAPTER 7 |
| ) | |
| Debtor. ) | |
| ) | |

**SECOND APPLICATION FOR APPROVAL OF EMPLOYMENT OF MAURICE VERSTANDIG AND THE VERSTANDIG LAW FIRM, LLC AS SPECIAL COUNSEL FOR THE TRUSTEE AND FOR APPROVAL OF COMPENSATION STRUCTURE**

COMES NOW Wendell W. Webster, Chapter 7 Trustee ("Trustee") of the bankruptcy estate of Broughton Construction Co., LLC ("Debtor"), by and through counsel, McNamee Hosea, P.A., and files this *Second Application for Approval of Employment Maurice Verstandig and The Verstandig Law Firm, LLC as Special Counsel for the Trustee and for Approval of Compensation Structure*, respectfully submits the following:

1. This case commenced on December 15, 2023, when the Debtor filed a voluntary petition for relief under Chapter 7 of the United States Bankruptcy Court.

2. Wendell W. Webster is the Trustee of the Debtor's Chapter 7 estate.

3. The Trustee wishes to retain Maurice Verstandig and The Verstandig Law Firm, LLC as Special Counsel for the Trustee in this Case on an hourly basis to pursue the claims set forth in *Webster, Chapter 7 Trustee for Broughton Construction, LLC v. R13 Community Partners LLC* et al., Adv. Proc. 25-10053 (the "Adversary Proceeding).

_____
Janet M. Nesse (D.C. Bar 358514)
Justin P. Fasano (DC Bar MD21201)
McNamee Hosea
6404 Ivy Lane, Suite 820
Greenbelt, MD 20770
(301) 441-2420
jnesse@mhlawyers.com
jfasano@mhlawyers.com
*Counsel to the Trustee*

4.     Previously, the Trustee sought to retain Maurice Verstandig and The Verstandig Law Firm, LLC to represent the bankruptcy estate's interest in pursuing Chapter 5 and related actions against merchant cash advance companies on a contingency basis.  He will continue to work on those matters on a contingency fee basis but this matter will be pursued on an hourly basis.

5.     The Trustee is engaging Maurice Verstandig and The Verstandig Law Firm, LLC to represent the estate in the Adversary Proceeding as the principal of R13 Community Partners LLC has raised concerns that could create a potential business conflict for undersigned counsel to represent the Trustee in the Adversary Proceeding.  To avoid the appearance of impropriety, the Trustee is engaging Maurice Verstandig and The Verstandig Law Firm, LLC on this matter.

6.     Because of the experience that the Special Counsel possesses related to the subject matter of the services sought, the Trustee believes that it is in the best interest of the estate to retain Special Counsel in this case.

7.     Special Counsel shall charge $600 per hour and shall be entitled to reimbursement of expenses.

8.     To the best of the Trustee's knowledge and after due inquiry by Maurice Verstandig and The Verstandig Law Firm, LLC, Special Counsel does not represent or hold any interest adverse to the Debtor, its creditors, the estate, the Trustee or any other parties-in-interest, their respective attorneys or accountants, the United States Trustee, or any person employed in the office of the United States Trustee with respect to the matters on which Special Counsel is to be employed. The Verified Statement of Maurice Verstandig and The Verstandig Law Firm, LLC, is attached hereto as **Exhibit A.**

9. The Trustee believes that the retention of the Special Counsel is necessary and appropriate and in the best interest of the estates and its creditors.

WHEREFORE, the Trustee, pursuant to 11 U.S.C. §§ 327(e) and 328, requests that the Court approve the employment of Special Counsel on the terms described above and grant such other relief as it deems appropriate and proper.

Dated:  February 25, 2026

Respectfully submitted

/s/ Justin P. Fasano
Justin P. Fasano (DC Bar MD21201)
Janet M. Nesse (D.C. Bar 358514)
McNamee Hosea, P.A.
6404 Ivy Lane, Suite 820
Greenbelt, MD 20770
(301) 441-2420
jfasano@mhlawyers.com
jnesse@mhlawyers.com
*Counsel to Chapter 7 Trustee*

**CERTIFICATE OF SERVICE**

I hereby certify that on February 25, 2026, I served a copy of the foregoing was served via first class mail, postage prepaid, upon the following:

United States Trustee
Attn: Kristen S. Eustis
1725 Duke Street, Suite 650
Alexandria, VA 22314

/s/ Justin P. Fasano
Justin P. Fasano

3