IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| IN RE: | ) | 23-00378-ELG |
| BROUGHTON CONSTRUCTION CO., LLC | ) | CHAPTER 7 |
| Debtor. | ) |  |

## VERIFIED STATEMENT IN SUPPORT OF APPLICATION TO AUTHORIZE RETENTION OF SPECIAL COUNSEL

TO THE HONORABLE ELIZABETH L. GUNN, BANKRUPTCY JUDGE

Pursuant to Bankruptcy Rule 2014, Maurice Verstandig and The Verstandig Law Firm, LLC as proposed Special Counsel to Wendell W. Webster, Chapter 7 Trustee ("Trustee") of the bankruptcy estate of Broughton Construction Co., LLC, in the above-captioned cases, and pursuant to Fed. R. Bankr. P. 2014(a), respectfully represent as follows:

1. I have made due inquiry into the nature of any representation of parties in interest, insiders and affiliates, in this and other cases, and believe that neither I nor The Verstandig Law Firm, LLC have any disqualifying conflicts of interest.

2. I, and The Verstandig Law Firm, LLC LLC, have no connection with the Debtor, creditors, any other party in interest, their respective attorneys or accountants, the United States Trustee or any person employed in the Office of the United States Trustee, except that

   a. I have represented clients adverse to the Trustee on unrelated matters.

   b. I represent the Trustee on a contingency fee in this case on other adversary proceedings.

I, Maurice Verstandig of The Verstandig Law Firm, LLC, declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

Dated:  February 25, 2026                          Respectfully submitted,

                                                 /s/ Maurice Verstandig
                                                 Maurice Verstandig