IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | )  | |
|---|---|---|
| IN RE: | ) | 23-00378-ELG |
| | ) | |
| BROUGHTON CONSTRUCTION CO., LLC | ) | CHAPTER 7 |
| | ) | |
| Debtor. | ) | |
| | ) | |

**NOTICE OF OPPORTUNITY TO OBJECT TO**
**SECOND APPLICATION TO AUTHORIZE RETENTION OF SPECIAL COUNSEL**

Wendell W. Webster, Chapter 7 Trustee ("Trustee") of the bankruptcy estate of Broughton Construction Co., LLC ("Debtor"), by and through counsel, McNamee Hosea, P.A., has filed a *Second Application for Approval of Employment Maurice Verstandig and The Verstandig Law Firm, LLC as Special Counsel for the Trustee and for Approval of Compensation Structure* (the "Application"). The Application seeks authority for the Trustee to engage Maurice Verstandig and The Verstandig Law Firm, LLC to as special counsel to pursue the claims set forth in *Webster, Chapter 7 Trustee for Broughton Construction, LLC v. R13 Community Partners LLC* et al., Adv. Proc. 25-10053.

**If you do not want the Court to grant the Application, or if you want the Court to consider your views on the Application, then:**

☒   **On or before March 11, 2026,** file with the Court, at the address shown below, a written response with supporting memorandum as required by the local bankruptcy rules. **Unless a written response and supporting memorandum are filed and served by the date specified, the Court may deem any opposition waived, treat the motion as conceded, and issue an order granting the requested relief without further notice or hearing.** If you mail your response to the Court for filing, you must mail it early enough so the Court will receive it on or before the

_____
Janet M. Nesse (D.C. Bar 358514)
Justin P. Fasano (DC Bar MD21201)
McNamee Hosea
6404 Ivy Lane, Suite 820
Greenbelt, MD 20770
(301) 441-2420
jnesse@mhlawyers.com
jfasano@mhlawyers.com
*Counsel to the Trustee*

date stated above. You must also mail a copy to the persons listed below. The address for the Court is as follows:

>Clerk of the Bankruptcy Court
>E. Barrett Prettyman U.S. Courthouse
>333 Constitution Avenue, N.W.
>Washington, D.C. 20001

Any objection filed must be sent to:

>Justin P. Fasano
>McNamee Hosea, P.A.
>6404 Ivy Lane, Suite 820
>Greenbelt, MD 20770

☒ **PLEASE TAKE NOTICE that a hearing will be held on March 18, 2026, at 10:00 a.m. regarding the Application.** Pursuant to General Order 2023-3 the hearing will be held in a hybrid in-person or Zoom for Government format. All participants may choose to appear either (a) in-person in Courtroom 1, United States Bankruptcy Court for the District of Columbia, E. Barrett Prettyman, 333 Constitution Ave. NW, Washington, DC 20001 or (b) by video using Zoom for Government. All parties participating by Zoom for Government before Judge Gunn should review and be familiar with the "Virtual Hearing Expectations." Parties in interest with questions or wish to appear virtually shall contact the Bankruptcy Court's Courtroom Deputy at aimee_mathewes@dcb.uscourts.gov for Zoom login instructions.

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Application and may enter an order granting that relief.

Dated:  February 25, 2026                           Respectfully submitted

/s/ Justin P. Fasano
Justin P. Fasano (DC Bar MD21201)
Janet M. Nesse (D.C. Bar 358514)
McNamee Hosea, P.A.
6404 Ivy Lane, Suite 820
Greenbelt, MD 20770
(301) 441-2420
jfasano@mhlawyers.com
jnesse@mhlawyers.com
*Counsel to Chapter 7 Trustee*

2

## **CERTIFICATE OF SERVICE**

      I hereby certify that on February 25, 2026, I served a copy of the foregoing was served via first class mail, postage prepaid, upon the following:

United States Trustee
Attn: Kristen S. Eustis
1725 Duke Street, Suite 650
Alexandria, VA 22314

                                                /s/ Justin P. Fasano
                                                Justin P. Fasano