IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| IN RE: ) | 23-00378-ELG |
| ) | |
| BROUGHTON CONSTRUCTION CO., LLC ) | CHAPTER 7 |
| ) | |
| Debtor. ) | |

**ORDER GRANTING SECOND APPLICATION FOR APPROVAL
OF EMPLOYMENT OF MAURICE VERSTANDIG AND
THE VERSTANDIG LAW FIRM, LLC AS SPECIAL COUNSEL FOR
THE TRUSTEE AND FOR  APPROVAL OF COMPENSATION STRUCTURE**

Upon consideration of the *Second Application for Approval of Employment Maurice Verstandig and The Verstandig Law Firm, LLC as Special Counsel for the Trustee and for Approval of Compensation Structure*, the Court being satisfied that the Special Counsel represents no interest adverse to the estate, that Special Counsel is/are disinterested persons, and that such employment is necessary and is in the best interests of the estate, it is hereby

**ORDERED,** that the Application be, and the same hereby is GRANTED IN ITS ENTIRETY, and it is

**FURTHER ORDERED,** pursuant to 11 U.S.C. § 327(e), that the Trustee be and hereby is, authorized to employ the Special Counsel to pursue, litigate, and settle the claims set forth in

*Webster, Chapter 7 Trustee for Broughton Construction, LLC v. R13 Community Partners LLC et al.*, Adv. Proc. 25-10053 (the "Adversary Proceeding); and it is

**FURTHER ORDERED,** pursuant to 11 U.S.C. § 328, Special Counsel's compensation structure for purpose of pursuit of the Adversary Proceeding ($600.00 per hour) is approved.

**END OF ORDER**

<u>I ASK FOR THIS</u>

<u>/s/ Justin P. Fasano</u>
Justin P. Fasano (DC Bar MD21201)
Janet M. Nesse (D.C. Bar 358514)
McNamee Hosea, P.A.
6404 Ivy Lane, Suite 820
Greenbelt, MD 20770
(301) 441-2420
jfasano@mhlawyers.com
jnesse@mhlawyers.com
*Counsel to Chapter 7 Trustee*


<u>TO BE ADDED UPON RECEIPT</u>
Michael T. Freeman
Assistant U.S. Trustee
Mobile: (202) 934-4174
Michael.T.Freeman@usdoj.gov

Copies to: All parties receiving notice via CM/ECF.