The order below is hereby signed.

Signed: March 3 2026



Elizabeth L. Gunn
U.S. Bankruptcy Judge

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| IN RE: | ) | 23-00378-ELG |
| | ) | |
| BROUGHTON CONSTRUCTION CO., LLC | ) | CHAPTER 7 |
| | ) | |
| Debtor. | ) | |

### ORDER GRANTING MOTION TO APPROVE COMPROMISE
### OF CONTROVERSY PURSUANT TO FED. R. BANKR. P. 9019

Before the Court is the *Motion for Order Approving Compromise of Controversy Pursuant to Fed. R. Bankr. P. 9019* (the "Motion") filed by Wendell W. Webster, Chapter 7 Trustee (the "Trustee") for the above captioned debtor (the "Debtor"), seeking approval of a settlement (the "Settlement") between the Trustee and Tamla Kirkland ("Ms. Kirkland"). It appears to the Court that the Motion and Notice of the Motion was served on all necessary parties and, accordingly, for good cause shown, it is hereby

ORDERED, that the Motion is GRANTED; and it is further

ORDERED, that capitalized terms in this order not otherwise defined shall have the meanings ascribed to them in the Motion; and it is further

ORDERED, that the Settlement is APPROVED; and it is further

ORDERED, that the Trustee and Ms. Kirkland are hereby authorized and directed to take any and all necessary actions to implement the Settlement, as described in the Motion and the Settlement; and it is further

ORDERED, that any agreements in the Settlement that were conditional on approval of the Settlement are deemed ratified.

**END OF ORDER**

I ASK FOR THIS

/s/ Justin P. Fasano
Janet M. Nesse (D.C. Bar 358514)
Justin P. Fasano (DC Bar MD21201)
McNamee Hosea
6404 Ivy Lane, Suite 820
Greenbelt, MD 20770
(301) 441-2420
jnesse@mhlawyers.com
jfasano@mhlawyers.com
*Counsel to the Trustee*

SEEN AND NO OBJECTION

OFFIT KURMAN, P.A.

By: /s/ Stephen A. Metz
Stephen A. Metz, Bar No. 463044
7501 Wisconsin Ave, Suite 1000W
Bethesda, MD 20814
Telephone: (240) 507-1723
Fax: (240) 507-1735
Email: smetz@offitkurman.com
*Counsel to Tamla Kirkland*

Copies to:  All parties receiving notice via CM/ECF

cc: Office of the U.S. Trustee
1725 Duke Street, Suite 650
Alexandria, VA 22314