The order below is hereby signed.

Signed: March 3 2026

/s/ Elizabeth L. Gunn
U.S. Bankruptcy Judge

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| IN RE: | ) | 23-00378-ELG |
| BROUGHTON CONSTRUCTION CO., LLC | ) | CHAPTER 7 |
| Debtor. | ) | |

### ORDER GRANTING MOTION TO APPROVE COMPROMISE
### OF CONTROVERSY PURSUANT TO FED. R. BANKR. P. 9019

Before the Court is the *Motion for Order Approving Compromise of Controversy Pursuant to Fed. R. Bankr. P. 9019* (the "Motion") filed by Wendell W. Webster, Chapter 7 Trustee (the "Trustee") for the above captioned debtor (the "Debtor"), seeking approval of a settlement (the "Settlement") between the Trustee and Tamla Kirkland ("Ms. Kirkland").  It appears to the Court that the Motion and Notice of the Motion was served on all necessary parties and, accordingly, for good cause shown, it is hereby

ORDERED, that the Motion is GRANTED; and it is further

ORDERED, that capitalized terms in this order not otherwise defined shall have the meanings ascribed to them in the Motion; and it is further

ORDERED, that the Settlement is APPROVED; and it is further

ORDERED, that the Trustee and Ms. Kirkland are hereby authorized and directed to take any and all necessary actions to implement the Settlement, as described in the Motion and the Settlement; and it is further

ORDERED, that any agreements in the Settlement that were conditional on approval of the Settlement are deemed ratified.

**END OF ORDER**

I ASK FOR THIS

/s/ Justin P. Fasano
Janet M. Nesse (D.C. Bar 358514)
Justin P. Fasano (DC Bar MD21201)
McNamee Hosea
6404 Ivy Lane, Suite 820
Greenbelt, MD 20770
(301) 441-2420
jnesse@mhlawyers.com
jfasano@mhlawyers.com
*Counsel to the Trustee*

SEEN AND NO OBJECTION

OFFIT KURMAN, P.A.

By: /s/ Stephen A. Metz
Stephen A. Metz, Bar No. 463044
7501 Wisconsin Ave, Suite 1000W
Bethesda, MD 20814
Telephone: (240) 507-1723
Fax: (240) 507-1735
Email: smetz@offitkurman.com
*Counsel to Tamla Kirkland*

Copies to:  All parties receiving notice via CM/ECF

cc:  Office of the U.S. Trustee
     1725 Duke Street, Suite 650
     Alexandria, VA 22314

United States Bankruptcy Court

District of Columbia

In re:  Case No. 23-00378-ELG

Broughton Construction Co., LLC  Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0090-1     User: admin     Page 1 of 2

Date Rcvd: Mar 03, 2026     Form ID: pdf001     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 05, 2026:**

**Recip ID**     **Recipient Name and Address**
+    Stephen A. Metz, 7501 Wisconsin Ave, Ste 1000W, Bethesda, MD 20814-6604

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 05, 2026      Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 3, 2026 at the address(es) listed below:

**Name**     **Email Address**

Christopher Rogan
    on behalf of Debtor Broughton Construction Co. LLC crogan@rmzlawfirm.com

Christopher A Jones
    on behalf of Defendant Square Funding LLC d/b/a Square Advance cajones@whitefordlaw.com
    clano@wtplaw.com,kmccruden@whitefordlaw.com,dchaney@whitefordlaw.com,adesimone@whitefordlaw.com

Christopher A Jones
    on behalf of Defendant CFG Merchant Solutions LLC cajones@whitefordlaw.com,
    clano@wtplaw.com,kmccruden@whitefordlaw.com,dchaney@whitefordlaw.com,adesimone@whitefordlaw.com

Christopher J. Giaimo
    on behalf of Defendant Frontier Development and Hospitality Group LLC christopher.giaimo@squirepb.com
    sarah.conley@squirepb.com,christopher-j-giaimo-6409@ecf.pacerpro.com

Christopher J. Giaimo
    on behalf of Defendant BRP Hill East Development LLC christopher.giaimo@squirepb.com

| | |
|---|---|
| | sarah.conley@squirepb.com,christopher-j-giaimo-6409@ecf.pacerpro.com |
| Christopher J. Giaimo | on behalf of Defendant R13 Community Partners LLC christopher.giaimo@squirepb.com sarah.conley@squirepb.com,christopher-j-giaimo-6409@ecf.pacerpro.com |
| Christopher J. Giaimo | on behalf of Defendant U Street Parking Inc. christopher.giaimo@squirepb.com, sarah.conley@squirepb.com,christopher-j-giaimo-6409@ecf.pacerpro.com |
| Craig B. Rule | on behalf of Creditor American Express National Bank c/o Zwicker & Associates P.C. crule@zwickerpc.com, bknotices@zwickerpc.com |
| Craig B. Young | on behalf of Defendant Jaycee Development LLC craig.young@kutakrock.com nicole.jones@kutakrock.com;valerie.smith@kutakrock.com;lynda.wood@kutakrock.com;brian.richardson@kutakrock.com |
| Craig B. Young | on behalf of Creditor Jaycee Development LLC craig.young@kutakrock.com nicole.jones@kutakrock.com;valerie.smith@kutakrock.com;lynda.wood@kutakrock.com;brian.richardson@kutakrock.com |
| David D Gilliss | on behalf of Creditor Nationwide Mutual Insurance Company gillissd@whiteandwilliams.com |
| Justin Philip Fasano | on behalf of Plaintiff Wendell W. Webster Chapter 7 Trustee for Broughton Construction Company jfasano@mhlawyers.com, jfasano@ecf.courtdrive.com;tmackey@mhlawyers.com;cmartin@mhlawyers.com;fasano.justinr92003@notify.bestcase.com |
| Justin Philip Fasano | on behalf of Trustee Wendell W. Webster jfasano@mhlawyers.com jfasano@ecf.courtdrive.com;tmackey@mhlawyers.com;cmartin@mhlawyers.com;fasano.justinr92003@notify.bestcase.com |
| Maurice Belmont VerStandig | on behalf of Trustee Wendell W. Webster mac@mbvesq.com lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Maurice Belmont VerStandig | on behalf of Plaintiff Wendell Webster mac@mbvesq.com lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Michael J Klima, Jr | on behalf of Creditor BMW Financial Services NA LLC jklima@kpdlawgroup.com |
| Nancy L. Alper | on behalf of Interested Party District of Columbia Office of Att General nancy.alper@dc.gov |
| Robert H. Kline | on behalf of Creditor Nationwide Mutual Insurance Company kliner@whiteandwilliams.com |
| Scott W Foley | on behalf of Creditor Industrial Bank swf@shapirosher.com ajs@shapirosher.com;msw@shapirosher.com;ssm@shapirosher.com;ens@shapirosher.com;LAR@shapirosher.com |
| Stephen A. Metz | on behalf of Defendant Tamla Kirkland smetz@offitkurman.com mmargulies@offitkurman.com;lydia.yale@offitkurman.com |
| U. S. Trustee for Region Four | USTPRegion04.DC.ECF@USDOJ.GOV |
| Wendell W. Webster | on behalf of Trustee Wendell W. Webster wwebster@websterfredrickson.com DC03@ecfcbis.com |
| Wendell W. Webster | wwebster@websterfredrickson.com DC03@ecfcbis.com |

TOTAL: 23