The order below is hereby signed.

Signed: March 12 2026



Elizabeth L. Gunn
U.S. Bankruptcy Judge

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLUMBIA

| | ) | |
|---|---|---|
| IN RE: | ) | 23-00378-ELG |
| | ) | |
| BROUGHTON CONSTRUCTION CO., LLC | ) | CHAPTER 7 |
| | ) | |
| Debtor. | ) | |

**ORDER GRANTING FIRST INTERIM APPLICATION FOR APPROVAL OF COMPENSATION AND EXPENSES OF MCNAMEE HOSEA, P.A. FOR DECEMBER 20, 2023 THROUGH JANUARY 31, 2026**

Upon consideration of the *First Interim Application for Approval of Compensation and Expenses of McNamee Hosea, P.A. for the period December 20, 2023, through January 31, 2026* of McNamee Hosea, P.A (the "Application") filed by McNamee Hosea, P.A. ("MH"), and the Application having been filed and served pursuant to Bankruptcy Rules 2002 and 2016; and this Court having fully considered the record before it; and good and sufficient cause appearing therefore, it is hereby

**ORDERED**, that the Application is **GRANTED**; and it is further

**ORDERED**, that the request for an administrative expense contained within the Application be, and the same is hereby, approved and allowed, on an interim basis, for the period of December 20, 2023, through January 31, 2026, in the amount of $37,500.00 as compensation

for services rendered, and in the additional amount of $2,171.53 for a total award of for reimbursement for out-of-pocket expenses; and it is further

**ORDERED**, that the Chapter 7 Trustee is authorized to pay MH the sum of $39,671.53.

**END OF ORDER**

**I ASK FOR THIS**

/s/ Justin P. Fasano
Janet M. Nesse (D.C. Bar 358514)
Justin P. Fasano (D.C. Bar MD21201)
McNamee Hosea P.A.
6404 Ivy Lane, Suite 820
Greenbelt, MD 20770
Telephone: (301) 441-2420
Facsimile: (301) 982-9450
Counsel for the Chapter 7 Trustee

**SEEN**

/s/ Michael T. Freeman
Michael T. Freeman
Assistant U.S. Trustee
Mobile: (202) 934-4174
Michael.T.Freeman@usdoj.gov

cc:

Office of the United States Trustee
1725 Duke Street, Suite 650
Alexandria, VA 22314

Justin P. Fasano
McNamee Hosea P.A.
6404 Ivy Lane, Suite 820
Greenbelt, MD 20770

Wendell W. Webster
Wendell W. Webster, Trustee

1101 Connecticut Avenue, NW
Suite 402
Washington, DC 20036

Christopher Rogan
Rogan Miller Zimmerman, PLLC
50 Catoctin Circle, NE
Suite 300
Leesburg, VA 20176

Broughton Construction Co., LLC
PO Box 30040
Bethesda, MD 20824

3