The order below is hereby signed.

Signed: March 12 2026

Elizabeth L. Gunn
U.S. Bankruptcy Judge



IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| IN RE: | ) | 23-00378-ELG |
| | ) | |
| BROUGHTON CONSTRUCTION CO., LLC | ) | CHAPTER 7 |
| | ) | |
| Debtor. | ) | |

**ORDER GRANTING FIRST INTERIM APPLICATION FOR APPROVAL OF COMPENSATION AND EXPENSES OF MCNAMEE HOSEA, P.A. FOR DECEMBER 20, 2023 THROUGH JANUARY 31, 2026**

Upon consideration of the *First Interim Application for Approval of Compensation and Expenses of McNamee Hosea, P.A. for the period December 20, 2023, through January 31, 2026* of McNamee Hosea, P.A (the "Application") filed by McNamee Hosea, P.A. ("MH"), and the Application having been filed and served pursuant to Bankruptcy Rules 2002 and 2016; and this Court having fully considered the record before it; and good and sufficient cause appearing therefore, it is hereby

**ORDERED**, that the Application is **GRANTED**; and it is further

**ORDERED**, that the request for an administrative expense contained within the Application be, and the same is hereby, approved and allowed, on an interim basis, for the period of December 20, 2023, through January 31, 2026, in the amount of $37,500.00 as compensation

for services rendered, and in the additional amount of $2,171.53 for a total award of for reimbursement for out-of-pocket expenses; and it is further

ORDERED, that the Chapter 7 Trustee is authorized to pay MH the sum of $39,671.53.

**END OF ORDER**

**I ASK FOR THIS**

/s/ Justin P. Fasano
Janet M. Nesse (D.C. Bar 358514)
Justin P. Fasano (D.C. Bar MD21201)
McNamee Hosea P.A.
6404 Ivy Lane, Suite 820
Greenbelt, MD 20770
Telephone: (301) 441-2420
Facsimile: (301) 982-9450
Counsel for the Chapter 7 Trustee

**SEEN**

/s/ Michael T. Freeman
Michael T. Freeman
Assistant U.S. Trustee
Mobile: (202) 934-4174
Michael.T.Freeman@usdoj.gov

cc:

Office of the United States Trustee
1725 Duke Street, Suite 650
Alexandria, VA 22314

Justin P. Fasano
McNamee Hosea P.A.
6404 Ivy Lane, Suite 820
Greenbelt, MD 20770

Wendell W. Webster
Wendell W. Webster, Trustee

1101 Connecticut Avenue, NW
Suite 402
Washington, DC 20036

Christopher Rogan
Rogan Miller Zimmerman, PLLC
50 Catoctin Circle, NE
Suite 300
Leesburg, VA 20176

Broughton Construction Co., LLC
PO Box 30040
Bethesda, MD 20824

United States Bankruptcy Court

District of Columbia

In re:     Case No. 23-00378-ELG

Broughton Construction Co., LLC     Chapter 7

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0090-1     User: admin     Page 1 of 2
Date Rcvd: Mar 12, 2026     Form ID: pdf001     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol   Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 14, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Broughton Construction Co., LLC, PO Box 30040, Bethesda, MD 20824-0040 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 14, 2026     Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 12, 2026 at the address(es) listed below:

**Name**     **Email Address**

Christopher Rogan
    on behalf of Debtor Broughton Construction Co.  LLC crogan@rmzlawfirm.com

Christopher A Jones
    on behalf of Defendant CFG Merchant Solutions  LLC cajones@whitefordlaw.com, clano@wtplaw.com,kmccruden@whitefordlaw.com,dchaney@whitefordlaw.com,adesimone@whitefordlaw.com

Christopher A Jones
    on behalf of Defendant Square Funding LLC d/b/a Square Advance cajones@whitefordlaw.com clano@wtplaw.com,kmccruden@whitefordlaw.com,dchaney@whitefordlaw.com,adesimone@whitefordlaw.com

Christopher J. Giaimo
    on behalf of Defendant Frontier Development and Hospitality Group LLC christopher.giaimo@squirepb.com sarah.conley@squirepb.com,christopher-j-giaimo-6409@ecf.pacerpro.com

| | | |
|---|---|---|
| District/off: 0090-1 | User: admin | Page 2 of 2 |
| Date Rcvd: Mar 12, 2026 | Form ID: pdf001 | Total Noticed: 1 |

Christopher J. Giaimo
    on behalf of Defendant BRP Hill East Development LLC christopher.giaimo@squirepb.com
    sarah.conley@squirepb.com,christopher-j-giaimo-6409@ecf.pacerpro.com

Christopher J. Giaimo
    on behalf of Defendant R13 Community Partners LLC christopher.giaimo@squirepb.com
    sarah.conley@squirepb.com,christopher-j-giaimo-6409@ecf.pacerpro.com

Christopher J. Giaimo
    on behalf of Defendant U Street Parking  Inc. christopher.giaimo@squirepb.com,
    sarah.conley@squirepb.com,christopher-j-giaimo-6409@ecf.pacerpro.com

Craig B. Rule
    on behalf of Creditor American Express National Bank c/o Zwicker & Associates  P.C. crule@zwickerpc.com,
    bknotices@zwickerpc.com

Craig B. Young
    on behalf of Defendant Jaycee Development LLC craig.young@kutakrock.com
    nicole.jones@kutakrock.com;valerie.smith@kutakrock.com;lynda.wood@kutakrock.com;brian.richardson@kutakrock.com

Craig B. Young
    on behalf of Creditor Jaycee Development LLC craig.young@kutakrock.com
    nicole.jones@kutakrock.com;valerie.smith@kutakrock.com;lynda.wood@kutakrock.com;brian.richardson@kutakrock.com

David D Gilliss
    on behalf of Creditor Nationwide Mutual Insurance Company gillissd@whiteandwilliams.com

Justin Philip Fasano
    on behalf of Plaintiff Wendell W. Webster  Chapter 7 Trustee for Broughton Construction Company jfasano@mhlawyers.com,
    jfasano@ecf.courtdrive.com;tmackey@mhlawyers.com;cmartin@mhlawyers.com;fasano.justinr92003@notify.bestcase.com

Justin Philip Fasano
    on behalf of Trustee Wendell W. Webster jfasano@mhlawyers.com
    jfasano@ecf.courtdrive.com;tmackey@mhlawyers.com;cmartin@mhlawyers.com;fasano.justinr92003@notify.bestcase.com

Maurice Belmont VerStandig
    on behalf of Trustee Wendell W. Webster mac@mbvesq.com
    lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Maurice Belmont VerStandig
    on behalf of Plaintiff Wendell Webster mac@mbvesq.com
    lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Maurice Belmont VerStandig
    on behalf of Plaintiff Wendell W. Webster  Chapter 7 Trustee for Broughton Construction Company mac@mbvesq.com,
    lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Michael J Klima, Jr
    on behalf of Creditor BMW Financial Services NA LLC jklima@kpdlawgroup.com

Nancy L. Alper
    on behalf of Interested Party District of Columbia Office of Att General nancy.alper@dc.gov

Robert H. Kline
    on behalf of Creditor Nationwide Mutual Insurance Company kliner@whiteandwilliams.com

Scott W Foley
    on behalf of Creditor Industrial Bank swf@shapirosher.com
    ajs@shapirosher.com;msw@shapirosher.com;ssm@shapirosher.com;ens@shapirosher.com;LAR@shapirosher.com

Stephen A. Metz
    on behalf of Defendant Tamla Kirkland smetz@offitkurman.com  mmargulies@offitkurman.com;lydia.yale@offitkurman.com

U. S. Trustee for Region Four
    USTPRegion04.DC.ECF@USDOJ.GOV

Walter Weir, Jr
    on behalf of Defendant Cloudfund LLC wweir@weirlawllp.com

Wendell W. Webster
    on behalf of Trustee Wendell W. Webster wwebster@websterfredrickson.com  DC03@ecfcbis.com

Wendell W. Webster
    wwebster@websterfredrickson.com  DC03@ecfcbis.com

TOTAL: 25