Maurice VerStandig, Esq.
Bar No. MD18071
The VerStandig Law Firm, LLC
9812 Falls Road, #114-160
Potomac, Maryland 20854
(301) 444-4600
mac@mbvesq.com
*Special Counsel for Wendell Webster in*
*His Official Capacity as Chapter 7 Trustee*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re: | ) | Case No. 23-378-ELG |
| | ) | |
| BROUGHTON CONSTRUCTION | ) | (Chapter 7) |
| CO., LLC | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |

**NOTICE OF MOTION TO APPROVE**
**COMPROMISE WITH R13 COMMUNITY PARTNERS, LLC**

NOTICE IS HEREBY GIVEN that Wendell Webster, in his official capacity as chapter 7 trustee of the estate of Broughton Construction Co., LLC (the "Trustee"), has filed a motion to approve a compromise with R13 Community Partners, LLC ("R13"). The full terms of the proposed compromise are set forth in the motion; the most notable provisions thereof provide for R13 to pay the sum of $10,000.00 to the Trustee and for the parties to mutually release one another, with the agreement also providing for the dismissal of a pending adversary proceeding between the parties. This notice does *not* contain an exhaustive recitation of relevant terms and should not be construed as a complete summary of the provisions set forth in the motion.

NOTICE OF DEADLINE TO OBJECT. If you do not want the Court to grant the motion or if you would like the Court to consider your views, then ON OR BEFORE April 22, 2026, you must file and serve a written objection to the motion. The objection must be filed with the Clerk

1

of the Bankruptcy Court, U.S. Courthouse, 333 Constitution Ave., N.W., Washington, D.C. 20001 and served (by delivery or mailing a copy) upon the undersigned. The objection must contain a complete specification of the factual and legal grounds upon which it is based. You may append affidavits and documents in support of your objection.

NOTICE OF HEARING. A hearing on the motion has been scheduled before the Honorable Elizabeth L. Gunn, United States Bankruptcy Judge, for April 29, 2026 at 10:00 AM. The hearing will be held in person and via Zoom video conferencing. For meeting code, contact Gunn_Hearings@dcb.uscourts.gov.

Respectfully submitted,

Dated: April 5, 2026

By: /s/ Maurice B. VerStandig
Maurice B. VerStandig, Esq.
Bar No. MD18071
The VerStandig Law Firm, LLC
9812 Falls Road, #114-160
Potomac, Maryland 20854
Phone: (301) 444-4600
Facsimile: (301) 444-4600
mac@mbvesq.com
*Special Counsel to Wendell Webster*
*In His Official Capacity as*
*Chapter 7 Trustee*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 5th day of April, 2026, a copy of the foregoing was served electronically upon filing via the ECF system and is also being served, via US Mail, postage prepaid, on all parties on the attached mailing matrix, on April 6, 2026.

/s/ Maurice B. VerStandig
Maurice B. VerStandig

2