**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **IN RE:** | ) | **23-00378-ELG** |
| | ) | |
| **BROUGHTON CONSTRUCTION CO., LLC** | ) | **CHAPTER 7** |
| | ) | |
| **Debtor.** | ) | |
| | ) | |

**SUPPLEMENTAL**
**VERIFIED STATEMENT OF ATTORNEYS TO BE EMPLOYED AS COUNSEL**

TO THE HONORABLE ELIZABETH L. GUNN, BANKRUPTCY JUDGE

Justin P. Fasano and the law firm of McNamee Hosea, P.A. ("McNamee Hosea"), as proposed counsel for Wendell W. Webster, the Chapter 7 Trustee in the above-captioned cases, and pursuant to Fed. R. Bankr. P. 2014(a), respectfully represent as follows (new language in bold:

1.     McNamee Hosea has made due inquiry into the nature of any representation of parties in interest, insiders and affiliates, in this and other cases, and believes that neither Janet M. Nesse, Justin Fasano nor McNamee Hosea has any disqualifying conflicts of interest.

2.     McNamee Hosea has no connection with the Debtor, creditors, any other party in interest, their respective attorneys or accountants, the United States Trustee or any person employed in the Office of the United States Trustee, except as follows:

      A. McNamee Hosea represents the Trustee in his capacity as trustee on the pending bankruptcy case of Casey Broughton Stringer (sole member of Broughton Construction Co., LLC).

      B. McNamee Hosea has represented JPG Plumbing and Mechanical, Inc. in claims against the Debtor, obtaining final judgment.  To the extent that the

Trustee is required to take action against JPG Plumbing and Mechanical, Inc., he will hire conflicts counsel.

C. McNamee Hosea has represented the Trustee in his capacity as trustee on other unrelated cases.

D. Janet M. Nesse is a Chapter 7 trustee in Maryland and subject to the supervision of the Office of the United States Trustee.

E. **McNamee Hosea has represented entities owned by Evens Charles, the principal of one of the Defendants in Adv. Proc. 25-10053, *Webster, Chapter 7 Trustee for Broughton Construct v. R13 Community Partners LLC.* The representation did not come up in an initial conflict check. The Trustee has engaged conflicts counsel for this adversary proceeding.**

I, Justin P. Fasano, a principal at McNamee Hosea P.A. declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

Dated:  April 8, 2026                              Respectfully submitted,

/s/ Justin P. Fasano
Justin P. Fasano
