Christopher A. Jones (Bar No. VA030)
WHITEFORD, TAYLOR & PRESTON L.L.P.
3190 Fairview Park Drive, Suite 800
Falls Church, VA 22042
t: (703) 280-9263
f. (703) 280-9139
Email: cajones@whitefordlaw.com

Shanna M. Kaminski, Esq.
Kaminski Law, PLLC
P.O. Box 247
Grass Lake, MI 49240
t: (248) 462-7111
Email: skaminski@kaminskilawpllc.com

*Counsel for Square Funding, LLC*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| BROUGHTON CONSTRUCTION CO., LLC, | ) | Case No. 23-378-ELG |
| | ) | |
| Debtor. | ) | Chapter 7 |
| | ) | |

**MOTION FOR ADMISSION *PRO HAC VICE***
**(Shanna M. Kaminski)**

Pursuant to Rule 83.2 of the Local Rules of the United States District Court for the District of Columbia, made applicable to this proceeding pursuant to Local Bankruptcy Rule 2090-1(a), Christopher A. Jones, Esq. ("Movant"), a member in good standing of the Bar of this Court, respectfully moves for the admission of Shanna M. Kaminski, Esq. ("Admittee") to appear *pro hac vice* in the above-captioned chapter 7 case and all associated adversary proceedings as co-counsel for Square Funding, LLC. A Proposed Order is attached hereto as **Exhibit 1**. As demonstrated by the *Declaration of Shanna M. Kaminski* (the "Kaminski Declaration") attached hereto and incorporated herein as **Exhibit 2**, Movant states as follows:

1. The proposed Admittee is an attorney with the law firm of Kaminski Law, PLLC, P.O. Box 247, Grass Lake, MI 49240, (248) 462-7111 (telephone), Email: skaminski@kaminskilawpllc.com. The proposed Admittee is not a member of the Bar of this Court.

2. The proposed Admittee is a member in good standing of the Courts listed on **Exhibit A** to the Kaminski Declaration.

3. During the two years immediately preceding the filing of this motion, the proposed admittee has not been admitted *pro hac vice* before this Court.

4. The proposed Admittee has never been disciplined by any bar.

5. The proposed Admittee is familiar with the Federal Rules of Civil Procedure, the Local Rules of the United States Bankruptcy Court for the District of Columbia, the Federal Rules of Evidence, and the Rules of Professional Conduct, and understands that he shall be subject to the disciplinary jurisdiction of this Court.

6. Co-counsel for the proposed Admittee in these proceedings will be the undersigned, who has been formally admitted to the Bar of this Court.

7. It is understood that admission *pro hac vice* does not constitute formal admission to the Bar of this Court.

Dated: August 17, 2026

WHITEFORD, TAYLOR & PRESTON L.L.P.

*/s/ Christopher A. Jones*

Christopher A. Jones (Bar No. VA030)
WHITEFORD, TAYLOR & PRESTON L.L.P.
3190 Fairview Park Drive, Suite 800
Falls Church, Virginia 22042
t: (703) 280-9263
f: (703) 280-9139
Email: cajones@whitefordlaw.com

-and-

Shanna M. Kaminski (*pro hac vice* to be filed)
**Kaminski Law, PLLC**
P.O. Box 247
Grass Lake, MI 49240
t: (248) 462-7111
Email: skaminski@kaminskilawpllc.com
*Counsel for Square Funding, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 17, 2026 a notice of filing of the foregoing Motion for Admission *Pro Hac Vice* (Shanna M, Kaminski) was served via the CM/ECF system on all parties receiving such notice.

*/s/ Christopher A. Jones*
Christopher A. Jones

# **Exhibit 1**

**Proposed Order**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| BROUGHTON CONSTRUCTION CO., LLC, | ) | Case No. 23-378-ELG |
| | ) | |
| Debtor. | ) | Chapter 7 |
| | ) | |

**ORDER GRANTING MOTION FOR ADMISSION *PRO HAC VICE***
**(Shanna M. Kaminski)**

This court having considered the Motion for Admission *Pro Hac Vice* (the "Motion") filed on behalf of Shanna M. Kaminski as co-counsel for Square Funding, LLC, and her Declaration in support thereof, and upon the recommendation of Christopher A. Jones, co-counsel herein, it is by the United States Bankruptcy Court for the District of Columbia,

ORDERED that the Motion is GRANTED; and it is further

ORDERED that Shanna M. Kaminski is hereby ADMITTED *pro hac vice* to appear in the above-captioned chapter 7 case and in all associated adversary proceedings as co-counsel for Square Funding, LLC.

I ASK FOR THIS:

*/s/*
Christopher A. Jones (Bar No. VA030)
WHITEFORD, TAYLOR & PRESTON L.L.P.
3190 Fairview Park Drive, Suite 800
Falls Church, VA 22042
t: (703) 280-9263
f: (703) 280-9139
Email: cajones@whitefordlaw.com

-and-

Shanna M. Kaminski (*pro hac vice* to be filed)
Kaminski Law, PLLC
P.O. Box 247
Grass Lake, MI 49240
t: (248) 462-7111
Email: skaminski@kaminskilawpllc.com

*Counsel for Square Funding, LLC*

**END OF ORDER**

**Exhibit 2**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| BROUGHTON CONSTRUCTION CO., LLC, | ) | Case No. 23-378-ELG |
| | ) | |
| Debtor. | ) | Chapter 7 |
| | ) | |

**DECLARATION OF SHANNA M. KAMINSKI**

I, Shanna M. Kaminski, hereby make the following declaration pursuant to 28 U.S. Code §1746 in support of the Motion for Admission *Pro Hac Vice* (the "Motion"):

1. I am an attorney with the law firm of Kaminski Law, PLLC, P.O. Box 247, Grass Lake, MI 49240, t: (248) 462-7111, email address: skaminski@kaminskilawpllc.com. I am not a member of the Bar of this Court.

2. I am a member in good standing of the following:

See Exhibit A

3. During the two years immediately preceding the filing of this motion, I have not been admitted *pro hac vice* before this Court.

4. I have never been disciplined by any bar.

5. I am familiar with the Federal Rules of Civil Procedure, the Local Rules of the United States Bankruptcy Court for the District of Columbia, the Federal Rules of Evidence, and the Rules of Professional Conduct, and understand that I shall be subject to the disciplinary jurisdiction of this Court.

6. Co-counsel in this case will be Christopher A. Jones who has been formally admitted to the Bar of this Court.

7. I understand that admission *pro hac vice* does not constitute formal admission to the Bar of this Court.

Dated: August 17, 2026

Respectfully submitted

/s/ Shanna M. Kaminski

Shanna M. Kaminski (*pro hac vice* to be filed)
**Kaminski Law, PLLC**
P.O. Box 247
Grass Lake, MI 49240
(248) 462-7111 (telephone)
Email: skaminski@kaminskilawpllc.com

*Proposed Co-Counsel for Square Funding, LLC*

**Exhibit A**

State of Michigan, 2010

State of New York, 2021

United States Supreme Court, 2022

United States District Court for the Eastern District of Michigan, 2010

United States District Court for the Western District of Michigan, 2010

United States District Court for the District of Colorado, 2019

United States District Court for the Eastern District of Arkansas, 2020

Untied States District Court for the Western District of Arkansas, 2020

United States District Court for the Northern District of Illinois, 2020

United States District Court for the Southern District of Illinois, 2020

United States District Court for the Northern District of Indiana, 2020

United States District Court for the Southern District of Indiana, 2020

United States District Court for the District of Maryland, 2020

United States District Court for the Northern District of New York, 2020

United States District Court for the Northern District of Texas, 2020

United States District Court for the Western District of Texas, 2020

United States District Court for the Western District of Wisconsin, 2021

United States District Court for the Central District of Illinois, 2022