The order below is hereby signed.

Signed: August 18 2026

Elizabeth L. Gunn
U.S. Bankruptcy Judge

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| BROUGHTON CONSTRUCTION CO., LLC, | ) | Case No. 23-378-ELG |
| | ) | |
| Debtor. | ) | Chapter 7 |
| | ) | |

**<u>ORDER GRANTING MOTION FOR ADMISSION *PRO HAC VICE*</u>**
**(Shanna M. Kaminski)**

This court having considered the Motion for Admission *Pro Hac Vice* (the "<u>Motion</u>") filed on behalf of Shanna M. Kaminski as co-counsel for Square Funding, LLC, and her Declaration in support thereof, and upon the recommendation of Christopher A. Jones, co-counsel herein, it is by the United States Bankruptcy Court for the District of Columbia,

ORDERED that the Motion is GRANTED; and it is further

ORDERED that Shanna M. Kaminski is hereby ADMITTED *pro hac vice* to appear in the above-captioned chapter 7 case and in all associated adversary proceedings as co-counsel for Square Funding, LLC.

I ASK FOR THIS:

*/s/ Christopher A. Jones*
Christopher A. Jones (Bar No. VA030)
WHITEFORD, TAYLOR & PRESTON L.L.P.
3190 Fairview Park Drive, Suite 800
Falls Church, VA 22042
t: (703) 280-9263
f: (703) 280-9139
Email: cajones@whitefordlaw.com

-and-

Shanna M. Kaminski (*pro hac vice* to be filed)
Kaminski Law, PLLC
P.O. Box 247
Grass Lake, MI 49240
t: (248) 462-7111
Email: skaminski@kaminskilawpllc.com

*Counsel for Square Funding, LLC*

**END OF ORDER**