The order below is hereby signed.

Signed: August 18 2026

Elizabeth L. Gunn
U.S. Bankruptcy Judge

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| BROUGHTON CONSTRUCTION CO., LLC, | ) | Case No. 23-378-ELG |
| | ) | |
| Debtor. | ) | Chapter 7 |
| | ) | |

**ORDER GRANTING MOTION FOR ADMISSION *PRO HAC VICE***
**(Shanna M. Kaminski)**

This court having considered the Motion for Admission *Pro Hac Vice* (the "Motion") filed on behalf of Shanna M. Kaminski as co-counsel for CFG Merchant Solutions, LLC , and her Declaration in support thereof, and upon the recommendation of Christopher A. Jones, co-counsel herein, it is by the United States Bankruptcy Court for the District of Columbia,

ORDERED that the Motion is GRANTED; and it is further

ORDERED that Shanna M. Kaminski is hereby ADMITTED *pro hac vice* to appear in the above-captioned chapter 7 case and in all associated adversary proceedings as co-counsel for CFG Merchant Solutions, LLC.

I ASK FOR THIS:

*/s/ Christopher A. Jones*
Christopher A. Jones (Bar No. VA030)
WHITEFORD, TAYLOR & PRESTON L.L.P.
3190 Fairview Park Drive, Suite 800
Falls Church, VA 22042
t: (703) 280-9263
f: (703) 280-9139
Email: cajones@whitefordlaw.com

-and-

Shanna M. Kaminski (*pro hac vice* to be filed)
Kaminski Law, PLLC
P.O. Box 247
Grass Lake, MI 49240
(248) 462-7111 (telephone)
Email: skaminski@kaminskilawpllc.com

*Counsel for CFG Merchant Solutions, LLC*

**END OF ORDER**

United States Bankruptcy Court
District of Columbia

In re: Case No. 23-00378-ELG
Broughton Construction Co., LLC Chapter 7
Debtor

# CERTIFICATE OF NOTICE

District/off: 0090-1 User: admin Page 1 of 6
Date Rcvd: Aug 18, 2026 Form ID: pdf001 Total Noticed: 160

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 20, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Broughton Construction Co., LLC, PO Box 30040, Bethesda, MD 20824-0040 |
| smg | ++ | CHILD SUPPORT SERVICES DIVISION, ATTN LEGAL SERVICES SECTION, 400 SIXTH ST NW, SUITE 8300, WASHINGTON DC 20001-0189 address filed with court:, Child Support Services Division, Office of the Attorney General, Judiciary Square 441 4th Street, NW, 5th Floor, Washington, DC 20001 |
| smg | | Secretary of the Treasury, 15th and Pennsylvania Aveneu, NW, Washington, DC 20220-0001 |
| cr | + | Industrial Bank, c/o Scott W. Foley, Shapiro Sher Guinot & Sandler, 250 W. Pratt Street, Suite 2000 Baltimore, MD 21201-6814 |
| cr | + | Jaycee Development LLC, 4530 Wisconsin Avenue, Suite 300, Washington, DC 20016, UNITED STATES 20016-4606 |
| 774590 | + | AM Electric Enterprise, 6217 Christian Kemp Drive, Frederick, MD 21703-2712 |
| 807527 | + | AM Electric Enterprise, Astley Scott, 6217 Christian Kemp Dr., Frederick, MD 21703-2712 |
| 774594 | + | AMT LLC, 700 King Farm Blvd, Suite 300, Rockville, MD 20850-5737 |
| 774583 | + | Absolute Builders, Inc., 811 Whittier Place, NW, Washington, DC 20012-2523 |
| 774584 | + | Access Demolition Contracting, 3437 9th Street, Brooklyn, MD 21225-1907 |
| 774585 | + | Adom Realty Investments, 807 East Blatimore St, Unit 1-R, Baltimore, MD 21202-4706 |
| 774586 | | Age Construction Inc., 2905 Lancer Drive, Damascus, MD 20872 |
| 774587 | #+ | AllStar Tech Solutions, 8335 16th Street, Silver Spring, MD 20910-2915 |
| 774588 | + | Allstate Floors of DC, LLC, 6031 Kansas Ave., NW, Suite 200, Washington, DC 20011-1566 |
| 774589 | + | Alto Hartley, Inc., 4601A Eisenhower Ave, Alexandria, VA 22304-4803 |
| 774591 | + | American Builders & More LLC, 7808 Rebel Drive, Annandale, VA 22003-1428 |
| 774592 | + | American Construction, 3421 14th Street, NW, Washington, DC 20010-3517 |
| 774595 | + | Aquia LLC, 1300 I St NW, Suite 400E, Washington, DC 20005-3318 |
| 774596 | + | Ardono Construction Inc., 7304 Riggs Rd, 102, Hyattsville, MD 20783-4208 |
| 774597 | + | Arena Maint Solutions, LLC, 1015 Clifton Brook Lane, Silver Spring, MD 20905-3704 |
| 774598 | + | Baltimore Door and Frame Co, 2201 Halethorpe Farms Road, Halethorpe, MD 21227-4598 |
| 777307 | + | Bartley Corp., P.O. Box 1299, Ashton, MD 20861-1299 |
| 774599 | + | Beitzell Fence Company, 16351 Lee Highway, Gainesville, VA 20155-2005 |
| 774600 | + | Berkel & Co Contractors, Inc., 2413 Linden Lane, Silver Spring, MD 20910-1230 |
| 776563 | + | Brandes & Cassagnol Engineers, P.C., Jan I. Beriage, 201 N. Charles Street, Suite 2101, Baltimore, MD 21201-4182 |
| 774602 | + | Brandes & Cassagnol Engineers, PC, 5520 Connecticut Ave. NW, Suitge LL4, Washington, DC 20015-2617 |
| 774603 | + | C&W Caulking, LLC, 4504 Hazelton Dr., Woodbridge, VA 22193-5111 |
| 774604 | + | Capital Documents Solutions, 12115 Parklawn Drive, Suite L, Rockville, MD 20852-1730 |
| 774605 | + | Capitol Document Solutions, 12115-L Parklawn Dr, Rockville, MD 20852-1730 |
| 774608 | + | Casey General LLC, 205 Stokes Rd, Vincentown, NJ 08088-8955 |
| 774609 | + | Century Engineering, 10710 Gilroy Road, Hunt Valley, MD 21031-1310 |
| 805501 | + | Clerk, U.S. Bankruptcy Clerk, 333 Constitution Ave. NW, Washington, DC 20001-2863 |
| 774612 | + | Comdor LLC, 2741 Prosperity Ave., Suite 100, Fairfax, VA 22031-4362 |
| 774613 | + | Coporate Office Properties, LP, Maritime Holdings LLC, 6711 Columbia Gateway Dr,, Suite 300, Columbia, MD 21046-2383 |
| 774614 | + | Crum & Foster, 305 Madison Ave, Morristown, NJ 07960-6100 |
| 782909 | + | DC Department of Insurance Securities and Banking, Nancy L. Alper, 400 6th Street, NW, Washington, DC 20001-0189 |
| 774620 | + | DC Dept of General Services, 1250 U Street, NW, 2nd Floor, Washington, DC 20009-7878 |
| 774621 | + | DC Fire Protection, LLC, 1919 5th St, NE, Washington, DC 20002-1221 |

| | | |
|---|---|---|
| 774622 | + | DC Health Link, PO Box 97022, Washington, DC 20090-7022 |
| 774623 | + | DC Life Saftey, LLC, 3421 14th St, NW, 301, Washington, DC 20010-3517 |
| 774625 | + | DC Treasurer, 899 N. Capitol St, NE, 1st Floor, Washington, DC 20002-5686 |
| 774616 | | Da Rocha Concrete, LLC, 610 Olney Sandy Spring Rd, Sandy Spring, MD 20860 |
| 774617 | + | Datawatch Systems, PO Box 79845, Baltimore, MD 21279-0845 |
| 774618 | + | David Gillis, Esq., White and Williams,. Esq., 600 Washington Ave., Suite 303, Towson, MD 21204-3924 |
| 774619 | + | David Murphy, Esq., McCandlish Lillard, PC, 11350 Random Hills Road, Suite 500, Fairfax, VA 22030-7421 |
| 774626 | + | Design Glazing Concepts, LLC, 44819 Acacia Ln, Unit 140, Sterling, VA 20166-9312 |
| 774633 | + | EPIC Home Solutions, LLC, 4070 Finsbury Lane, Frederick, MD 21704-7402 |
| 774627 | + | Eastcoast Siding, Inc, 6600 Washinbton Blvd, Elkridge, MD 21075-6002 |
| 774628 | + | Edifika LLC, 4301 Mass Ave, NW, Unit A302, Washington, DC 20016-5560 |
| 774629 | + | Elan Credit (M&T), 1255 Corporate Drive #6, Irving, TX 75038-2562 |
| 774630 | + | Electrical Minority Group, LLC, 6601 Long Shadow Court, Clinton, MD 20735-3403 |
| 774631 | + | Ellington Mechanical Services, Inc., 6260 Fallard Drive, Upper Marlboro, MD 20772-3883 |
| 774637 | + | FM Financial Services, LLC, 1250 Connecticut Ave, Washington, DC 20036-2603 |
| 774638 | + | FMC & Associates, LLC, 3927 Georgia Ave, NW, Unit C1, Washington, DC 20011-5982 |
| 774634 | + | Ferguson Enterprises Inc., PO Box 417592, Boston, MA 02241-7592 |
| 774639 | + | Gelberg Signs, 6511 Chillum Place, NW, Washington, DC 20012-2192 |
| 774640 | + | Grainger, Dept 875441750, Palatine, IL 60038-0001 |
| 774641 | + | Green Const Services Group, LLC, 6403 98th Ave, Lanham, MD 20706-2621 |
| 777113 | + | Guzman's Lawn Care and Landscaping, LLC, Attn: Kathy Kemp, 1242 Long Corner Road, Mr. Airy, MD 21771-3825 |
| 774643 | + | Hardware Plus, Inc., 2211 Pennsylvania Ave, Baltimore, MD 21217-2823 |
| 774644 | + | Havteck, Inc., PO Box 37031, Baltimore, MD 21297-3031 |
| 774646 | + | Ideal Electrical Supply Corp, 3515 V Street, NE, Washington, DC 20018-1530 |
| 774647 | + | Industrial Bank, c/o Scott W. Foley, Esq., Shapiro Sher et al, 250 W. Pratt St., Suite 2000, Baltimore, MD 21201-6814 |
| 774648 | + | Istudio Architects, 1400 16th St NW Suite 130, Washington, DC 20036-2240 |
| 774649 | + | J-Dos International, Inc., 4506 14th St, NW, Washington, DC 20011-4311 |
| 774652 | + | JF General Painting Inc., 12326 Old Gupowder Spur Rd, Beltsville, MD 20705-1072 |
| 774653 | + | JLC Management LLC, 6520 Allentown Road, Temple Hills, MD 20748-2722 |
| 777308 | #+ | JPG Plumbing & Mechanical Services, Inc., 8280 Stayton Drive, Suite M, Jessup, MD 20794-9609 |
| 774654 | | JPG Plumbing and Mech Services, Inc., 8260 Stayton Drive, Suite M, Jessup, MD 20794 |
| 774655 | + | Kalkreuth Roofing & Sheet Metal, Inc., P.O. Drawer 6399, Wheeling, WV 26003-0616 |
| 774656 | | Keller Colors, 6345 Northgate Road, Laurel, MD 20723 |
| 774657 | + | Kevin M. Tracy, Esq., McNamee Hosea, 888 Bestgate Road, Suite 402, Annapolis, MD 21401-2957 |
| 774658 | + | Key Woodworking, Inc., 6714-A Industrial Road, Springfield, VA 22151-4215 |
| 774660 | + | LG Electric and Design, Inc., 6325 Damascus Rd, Gaithersburg, MD 20882-2627 |
| 774661 | + | Liberty Mutual Insur Corp, 100 Shochhoe Slip, Floor 2, Richmond, VA 23219-4100 |
| 777314 | | Long Fence, Daniel S. Willard, Esq. Daniel S. Willar, 7100 Corporate Court, Rockville, MD 20855 |
| 774662 | + | M&T Bank, P.O. Box 790408, Saint Louis, MO 63179-0408 |
| 774668 | + | MRG Services LLC, 37 R Street NE, Washington, DC 20002-2117 |
| 803691 | + | Maurice VerStandig, Esq., The VerStandig Law Firm, LLC, 9812 Falls Road, #114-160, Potomac, Maryland 20854-3976 |
| 774663 | + | Mid Atlantic Interiors, 7620 PENN BELT DRIVE, Forrstville, MD 20747-4728 |
| 774664 | + | Mini of Mont County, 820 Russell Ave, Gaithersburg, MD 20879-3506 |
| 774665 | + | Mini of Montgomery County, 820 Russell Ave, Gaithersburg, MD 20879-3506 |
| 774666 | + | Mobile Modular Mngmnt Corp, 5700 Las Positas Road, Livermore, CA 94551-7806 |
| 774667 | + | Morgan Pvinelli, Esq., Snell & Wimer, 2001 K Street, NW, Suite 425 North, Washington, DC 20006-1073 |
| 776992 | + | Nationwide Mutual Insurance Company, Robert H. Kline, White and Williams, LLP, 600 Washington Ave., Suite 303, Towson, MD 21204-3924 |
| 774669 | + | Nationwide Surety, PO Box 10479, Des Moines, IA 50306-0479 |
| 774670 | + | New Era Custom Design & Cabinet Works, 270 Insterstate Circle Suite 100, Frederick, MD 21704-6711 |
| 774671 | + | Nielson Hoover & Company, Inc., 15050 NW 79th Court Suite 200, Miami Lakes, FL 33016-5810 |
| 774672 | + | Order Green Supply, 5130 N Franklintown Rd Suite G, Gwynn Oak, MD 21207-6578 |
| 774676 | + | POEX Construction, Inc., 14020 Thunderbolt PL. Suite 300, Chantilly, VA 20151-3294 |
| 774673 | + | Partition Plus, Inc., PO Box 8, Fallston, MD 21047-0008 |
| 774674 | + | Penhall Company, PO Box 842911, Los Angeles, CA 90084-2911 |
| 774675 | + | Playgound Specialists, Inc., 29 Apples Church Road, Thurmont, MD 21788-1711 |
| 774678 | #+ | Precision Doors and Hardware, Inc., 6295-80 Edsall Road, Alexandria, VA 22312-2670 |
| 774679 | + | Quinn Evans Architects Inc., 2121 WARD PLACE, NW SUITE 440, Washington, DC 20037-1213 |
| 774680 | + | R&R Mechanical, Inc., 2902 Bladensburg Road, NE, Washington, DC 20018-1632 |
| 774682 | + | RDI Construction, Inc., 11407 Monterrey Drive, Silver Spring, MD 20902-2657 |
| 774681 | + | Ranger Glass East Coast, Inc., 196 North 21st Street, Purcellville, VA 20132-3077 |
| 774683 | + | Reconstruct , Inc., 1412 Holbrook Street Northeast, Washington, DC 20002-2940 |
| 774684 | + | Remy Contractors LLC, 3203 Apex Circle, Falls Church, VA 22044-2635 |

| | | |
|---|---|---|
| 774685 | + | S. Sadiq Gill, Esq., Durrette, Arkema et al, 1111 East Main Street, 16th Floor, Richmond, VA 23219-3532 |
| 774687 | + | SC&H Group, Inc., PO Box 64271, Baltimore, MD 21264-4271 |
| 774686 | + | Sandtwayla Ratliff, 11301 Golden Eagle Pl Unit B, Waldorf, MD 20603-5983 |
| 774688 | + | Sherwin Williams Company, 4325-27 Easton Ave, Bethlehem, PA 18020-1431 |
| 774689 | + | Singer Ashland, 1324 Brass Mill Road, Belcamp, MD 21017-1211 |
| 774690 | + | Soil and Land Use Tech, Inc., 1818 New York Ave. NE Suite 107, Washington, DC 20002-1849 |
| 774691 | + | Sparks at Play, LLC, 3705 Crondal Lane, Owings Mills, MD 21117-2204 |
| 774692 | + | Spotts Fain, PC, PO Box 1555, Richmond, VA 23218-1555 |
| 774694 | + | Staples Credit Plan, DEPT. 11 - 0006111033, PO Box 9001036, Louisville, KY 40290-1036 |
| 774696 | + | Studio Laan, PLLC, 1117 C Street, SE, Washington, DC 20003-1404 |
| 774702 | + | TPM Group, 1220 12th street SE Suite G80, Washington, DC 20003-3732 |
| 774698 | + | The Bartley Corporation, PO Box 1299 Ashton, Ashton, MD 20861-1299 |
| 774699 | + | Total Electric, Inc., 16000 Trade Zone Avenue Suite #303, Upper Marlboro, MD 20774-8788 |
| 774704 | + | Tricore Systems, LLC, Joseph Wethje, 8340 Helgerman Court, Gaithersburg, ND 20877-4103 |
| 775594 | + | Tricore Systems, LLC, 1325 G Street NW Suite 500, Washington, DC 20005-3136 |
| 774705 | + | Trulite Electrical Services, LLC, 3422 Highwood Drive, SE, Washington, DC 20020-2344 |
| 776688 | + | United States Fire Insurance Company, Law Office of Darren Fields, 8100 Sandpiper Cir., Ste. 204, Baltimore, MD 21236-4999 |
| 774708 | + | University of DC, 4200 Connecticut Ave., NW, 200C, Suit 200C, Washington, DC 20008-1122 |
| 774709 | + | Vadim Serebro, Esq., 55 Broadway, 3rd Floor, New York, NY 10006-3757 |
| 774710 | + | Valiant Products, Inc., 939 Quincy Street, Lakeland, FL 33815-1337 |
| 774711 | + | Vision Security Solutions, 2901 V ST NE, Washington, DC 20018-1518 |
| 777312 | + | Vision Security Solutions, LLC, Thomas B. Martin, 5028 Wisconsin Avenue, NW, Suite 100, Washington, DC 20016-4118 |
| 774713 | + | WKM, 900 17th Street, NW, Suite 650, Washington, DC 20006-2509 |
| 774712 | + | Washington Door & Hardware, 5764 2nd Street, NE, Washington, DC 20011-2524 |

TOTAL: 124

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| **Recip ID** | | **Notice Type: Email Address** | **Date/Time** | **Recipient Name and Address** |
|---|---|---|---|---|
| smg | + | Email/Text: angela.coleman@dc.gov | Aug 18 2026 23:07:00 | D.C. Office of Tax and Revenue, Bankruptcy Division, 1101 4th Street SW, Washington, DC 20024-4457 |
| smg | ^ | MEBN | Aug 18 2026 23:04:15 | District Unemployment Compensation Board, 4058 Minnesota Ave., NE, 4th Floor, Washington, DC 20019-3540 |
| smg | | Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 18 2026 23:07:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| smg | ^ | MEBN | Aug 18 2026 23:04:20 | Office of Attorney General, Tax, Bankruptcy, and Finance, One Judiciary Square, 441 4th Street, NW, 6th Floor, Washington, DC 20001-2714 |
| smg | | Email/Text: atlreorg@sec.gov | Aug 18 2026 23:07:00 | Securities and Exchange Commission, Atlanta Regional Office, Office of Reorganization, 950 East Paces Ferry Road NE, Ste. 900, Atlanta, GA 30326-1382 |
| smg | + | Email/Text: USADC.BankruptcyNotices@usdoj.gov | Aug 18 2026 23:07:00 | U.S. Attorney's Office, Civil Division, 601 D Street, NW, Washington, DC 20530-0034 |
| cr | + | Email/Text: bkfilings@zwickerpc.com | Aug 18 2026 23:07:00 | American Express National Bank c/o Zwicker & Assoc, 80 Minuteman Road, P.O. Box 9043, Andover, MA 01810-0943 |
| cr | ^ | MEBN | Aug 18 2026 23:04:26 | BMW Financial Services NA LLC, c/o Michael J. Klima, Jr., 8028 Ritchie Highway, Suite 300, Pasadena, MD 21122-1360 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Aug 18 2026 23:14:13 | BMW Financial Services NA, LLC, c/o AIS Portfolio, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| intp | | Email/Text: Stephon.Woods@dc.gov | Aug 18 2026 23:07:00 | District of Columbia Office of Att General, 400 6th Street, N.W., Washington, DC 20001 |
| 777096 | | Email/PDF: bncnotices@becket-lee.com | Aug 18 2026 23:13:52 | AMEX TRS Co., Inc., c/o Becket and Lee LLP, |

| | | | | |
|---|---|---|---|---|
| | | | | PO Box 3001, Malvern PA 19355-0701 |
| 774593 | + | Email/PDF: bncnotices@becket-lee.com | Aug 18 2026 23:14:27 | American Express, PO Box 1270, Newark, NJ 07101-1270 |
| 775561 | + | Email/Text: bkfilings@zwickerpc.com | Aug 18 2026 23:07:00 | American Express National Bank, AENB, c/o Zwicker and Associates, P.C., Attorneys/Agents for Creditor, P.O. Box 9043, Andover, MA 01810-0943 |
| 774601 | | Email/PDF: acg.bmw.ebn@aisinfo.com | Aug 18 2026 23:14:28 | BMW Financial Services, PO Box 9001065, Louisville, KY 40290 |
| 775615 | + | Email/PDF: acg.bmw.ebn@aisinfo.com | Aug 18 2026 23:13:52 | BMW Financial Services, Attn: Customer Accounting, 1400 City View Drive, Columbus, OH 43215-1495 |
| 774844 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Aug 18 2026 23:24:38 | BMW Financial Services NA, LLC, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 788432 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Aug 18 2026 23:14:28 | BMW Financial Services NA, LLC c/o AIS Portfolio S, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 774606 | | Email/Text: rpanizo@capitolpaving.com | Aug 18 2026 23:07:00 | Capitol Paving of DC, Inc., 2211 Channing Street, NE, Washington, DC 20018 |
| 774610 | + | Email/Text: BKMail@cfgms.com | Aug 18 2026 23:07:00 | CFG Merchant Solutions, 180 Maiden Lane, 15th Floor, New York, NY 10038-5150 |
| 774611 | | Email/Text: bankruptcy@deltabridgefunding.com | Aug 18 2026 23:07:00 | Cloudfund, LLC, 400 Rella Blvd., Suite 165-101, Suffern, NY 10901 |
| 774615 | + | Email/Text: cls-bankruptcy@wolterskluwer.com | Aug 18 2026 23:07:00 | CT Corportation Systems, PO Box 4349, Carol Stream, IL 60197-4349 |
| 775317 | ^ | MEBN | Aug 18 2026 23:04:28 | DC GOV'T OFFICE OF TAX AND REVENUE, P.O. BOX. 37559, WASHINGTON DC 20013-7559 |
| 774624 | + | Email/Text: angela.coleman@dc.gov | Aug 18 2026 23:07:00 | DC Office of Tax and Rev, 1101 4th St #270, Washington, DC 20024-4457 |
| 774632 | + | Email/Text: dbeard@pleasants.org | Aug 18 2026 23:06:00 | Environmental Alternatives, Inc, 24024 Frederick Rd, Clarksburg, MD 20871-9718 |
| 776830 | | Email/Text: bkl@firstcitizens.com | Aug 18 2026 23:07:00 | First-Citizens Bank & Trust Company, Attn: Bankruptcy Department, P.O. Box 25187, Raleigh, NC 27611 |
| 774635 | + | Email/Text: bkl@firstcitizens.com | Aug 18 2026 23:07:00 | First Citizens Bank, 100 E Tryon Road, Raleigh, NC 27603-3581 |
| 774636 | ^ | MEBN | Aug 18 2026 23:04:26 | First Insurance Funding, PO Box 7000, Carol Stream, IL 60197-7000 |
| 774659 | | Email/Text: govtaudits@labcorp.com | Aug 18 2026 23:07:00 | Lab Corp of America Holding, PO Box 12140, Burlington, NC 27216 |
| 774677 | | Email/Text: pfs.accountmanagement@porsche.us | Aug 18 2026 23:07:00 | Porsche Financial Services, One Porsche Drive, Atlanta, GA 30354 |
| 774693 | + | Email/Text: bk@dfogelpc.com | Aug 18 2026 23:07:00 | Square Funding LLC dba Square Advance, c/o David Fogel, Esq., 1225 Franklin Avenue, Suite 201, Garden City, NY 11530-1890 |
| 774697 | + | Email/Text: Bankruptcy@SunbeltRentals.com | Aug 18 2026 23:07:00 | Sunbelt Rentals, PO Box 409211, Atlanta, GA 30384-9211 |
| 774700 | + | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Aug 18 2026 23:07:00 | Toyota Finance, PO Box 8026, Cedar Rapids, IA 52408-8026 |
| 774701 | + | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Aug 18 2026 23:07:00 | Toyota Financial Services, PO Box 5855, Carol Stream, IL 60197-5855 |
| 774703 | + | Email/Text: AcctResolutionMail@Travelers.com | | |

| | | | |
|---|---|---|---|
| | | Aug 18 2026 23:07:00 | Travelers, PO Box 660317, Dallas, TX 75266-0317 |
| 778799 | + Email/Text: bankruptcynotices@sba.gov | Aug 18 2026 23:07:00 | U.S. Small Business Administration, CESC Bankruptcy Department, 14925 Kingsport Road, Fort Worth, TX 76155-2243 |
| 774706 | + Email/Text: sluna@ur.com | Aug 18 2026 23:07:00 | United Rentals, 6711 Industrial Drive, Beltsville, MD 20705-1270 |

TOTAL: 36

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Nationwide Mutual Insurance Company |
| intp | | Square Funding, LLC |
| 774607 | | Casey B. Stringer |
| 774695 | | Structural Preservation Systems, LLC |
| intp | *+ | CFG Merchant Solutions, LLC, 180 Maiden Lane, 15th Floor, New York, NY 10038-5150 |
| 774707 | *+ | United States Treasury, INTERNAL REVENUE SERVICE CENTER, P.O. BOX 931000, Louisville, KY 40293-1000 |
| 774642 | ##+ | Guzman's Lawn Care and Landscaping, LLC, t/a Oakridge Landscaping and Const LLC, 840 Quince Orchard Blvd. T2, Gaithersburg, MD 20878-1730 |
| 774645 | ##+ | Hitite Steel, Inc., 44171 Paget Terrace, Ashburn, VA 20147-3851 |
| 774650 | ##+ | Janice M. Adams, 700 7th St, SW, Apt 506, Washington, DC 20024-2403 |
| 774651 | ##+ | Jaycee Development, 1100 Peachtree St., NE 950, Atlanta, GA 30309-1026 |

TOTAL: 4 Undeliverable, 2 Duplicate, 4 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 20, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 18, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Christopher Rogan | on behalf of Debtor Broughton Construction Co. LLC crogan@rmzlawfirm.com |
| Christopher A Jones | on behalf of Defendant Square Funding LLC d/b/a Square Advance cajones@whitefordlaw.com clano@wtplaw.com,kmccruden@whitefordlaw.com,dchaney@whitefordlaw.com,adesimone@whitefordlaw.com |
| Christopher A Jones | on behalf of Defendant CFG Merchant Solutions LLC cajones@whitefordlaw.com, clano@wtplaw.com,kmccruden@whitefordlaw.com,dchaney@whitefordlaw.com,adesimone@whitefordlaw.com |
| Christopher A Jones | on behalf of Interested Party Square Funding LLC cajones@whitefordlaw.com, clano@wtplaw.com,kmccruden@whitefordlaw.com,dchaney@whitefordlaw.com,adesimone@whitefordlaw.com |
| Christopher A Jones | |

| | |
|---|---|
| | on behalf of Interested Party CFG Merchant Solutions LLC cajones@whitefordlaw.com, clano@wtplaw.com,kmccruden@whitefordlaw.com,dchaney@whitefordlaw.com,adesimone@whitefordlaw.com |
| Christopher J. Giaimo | on behalf of Defendant R13 Community Partners LLC christopher.giaimo@squirepb.com sarah.conley@squirepb.com,christopher-j-giaimo-6409@ecf.pacerpro.com |
| Christopher J. Giaimo | on behalf of Defendant U Street Parking Inc. christopher.giaimo@squirepb.com, sarah.conley@squirepb.com,christopher-j-giaimo-6409@ecf.pacerpro.com |
| Christopher J. Giaimo | on behalf of Defendant Frontier Development and Hospitality Group LLC christopher.giaimo@squirepb.com sarah.conley@squirepb.com,christopher-j-giaimo-6409@ecf.pacerpro.com |
| Christopher J. Giaimo | on behalf of Defendant BRP Hill East Development LLC christopher.giaimo@squirepb.com sarah.conley@squirepb.com,christopher-j-giaimo-6409@ecf.pacerpro.com |
| Craig B. Rule | on behalf of Creditor American Express National Bank c/o Zwicker & Associates P.C. crule@zwickerpc.com, bknotices@zwickerpc.com |
| Craig B. Young | on behalf of Creditor Jaycee Development LLC craig.young@kutakrock.com nicole.jones@kutakrock.com;valerie.smith@kutakrock.com;lynda.wood@kutakrock.com;brian.richardson@kutakrock.com |
| Craig B. Young | on behalf of Defendant Jaycee Development LLC craig.young@kutakrock.com nicole.jones@kutakrock.com;valerie.smith@kutakrock.com;lynda.wood@kutakrock.com;brian.richardson@kutakrock.com |
| David D Gilliss | on behalf of Creditor Nationwide Mutual Insurance Company gillissd@whiteandwilliams.com |
| Justin Philip Fasano | on behalf of Plaintiff Wendell W. Webster Chapter 7 Trustee for Broughton Construction Company jfasano@mhlawyers.com, jfasano@ecf.courtdrive.com;tmackey@mhlawyers.com;cmartin@mhlawyers.com;fasano.justinr92003@notify.bestcase.com |
| Justin Philip Fasano | on behalf of Trustee Wendell W. Webster jfasano@mhlawyers.com jfasano@ecf.courtdrive.com;tmackey@mhlawyers.com;cmartin@mhlawyers.com;fasano.justinr92003@notify.bestcase.com |
| Maurice Belmont VerStandig | on behalf of Plaintiff Wendell W. Webster Chapter 7 Trustee for Broughton Construction Company mac@mbvesq.com, lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Maurice Belmont VerStandig | on behalf of Trustee Wendell W. Webster mac@mbvesq.com lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Maurice Belmont VerStandig | on behalf of Plaintiff Wendell Webster mac@mbvesq.com lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Michael J Klima, Jr | on behalf of Creditor BMW Financial Services NA LLC jklima@kpdlawgroup.com |
| Nancy L. Alper | on behalf of Interested Party District of Columbia Office of Att General nancy.alper@dc.gov william.burk@dc.gov |
| Robert H. Kline | on behalf of Creditor Nationwide Mutual Insurance Company kliner@whiteandwilliams.com |
| Scott W Foley | on behalf of Creditor Industrial Bank swf@shapirosher.com ajs@shapirosher.com;msw@shapirosher.com;ssm@shapirosher.com;ens@shapirosher.com;LAR@shapirosher.com |
| Stephen A. Metz | on behalf of Defendant Tamla Kirkland smetz@offitkurman.com mmargulies@offitkurman.com |
| U. S. Trustee for Region Four | USTPRegion04.DC.ECF@USDOJ.GOV |
| Walter Weir, Jr | on behalf of Defendant Cloudfund LLC wweir@weirlawllp.com |
| Wendell W. Webster | on behalf of Trustee Wendell W. Webster wwebster@websterfredrickson.com DC03@ecfcbis.com |
| Wendell W. Webster | wwebster@websterfredrickson.com DC03@ecfcbis.com |

TOTAL: 27