Label Matrix for local noticing
0090-1
Case 23-00378-ELG
United States Bankruptcy Court for the Distri
Washington, D.C.
Mon Sep 14 17:37:59 EDT 2026

American Express National Bank c/o Zwicker &
80 Minuteman Road
P.O. Box 9043
Andover, MA 01810-0943

BMW Financial Services NA LLC
c/o Michael J. Klima, Jr.
8028 Ritchie Highway
Suite 300
Pasadena, MD 21122-1360

BMW Financial Services NA, LLC, c/o AIS Port
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

Broughton Construction Co., LLC
PO Box 30040
Bethesda, MD 20824-0040

CFG Merchant Solutions, LLC
180 Maiden Lane
15th Floor
New York, NY 10038-5150

Industrial Bank
c/o Scott W. Foley
Shapiro Sher Guinot & Sandler
250 W. Pratt Street
Suite 2000
Baltimore, MD 21201-6814

Jaycee Development LLC
4530 Wisconsin Avenue
Suite 300
Washington, DC 20016-4606

Washington, D.C.
E. Barrett Prettyman U. S. Courthouse
333 Constitution Ave, NW #1225
Washington, DC 20001-2802

AM Electric Enterprise
6217 Christian Kemp Drive
Frederick, MD 21703-2712

AM Electric Enterprise
Astley Scott
6217 Christian Kemp Dr.
Frederick, MD 21703-2712

AMEX TRS Co., Inc.
c/o Becket and Lee LLP
PO Box 3001
Malvern PA 19355-0701

AMT LLC
700 King Farm Blvd
Suite 300
Rockville, MD 20850-5737

Absolute Builders, Inc.
811 Whittier Place, NW
Washington, DC 20012-2523

Access Demolition Contracting
3437 9th Street
Brooklyn, MD 21225-1907

Adom Realty Investments
807 East Blatimore St, Unit 1-R
Baltimore, MD 21202-4706

Age Construction Inc.
2905 Lancer Drive
Damascus, MD 20872

AllStar Tech Solutions
8335 16th Street
Silver Spring, MD 20910-2915

Allstate Floors of DC, LLC
6031 Kansas Ave., NW
Suite 200
Washington, DC 20011-1566

Alto Hartley, Inc.
4601A Eisenhower Ave
Alexandria, VA 22304-4803

American Builders & More LLC
7808 Rebel Drive
Annandale, VA 22003-1428

American Construction
3421 14th Street, NW
Washington, DC 20010-3517

American Express
PO Box 1270
Newark, NJ 07101-1270

American Express National Bank, AENB
c/o Zwicker and Associates, P.C.
Attorneys/Agents for Creditor
P.O. Box 9043
Andover, MA 01810-0943

Aquia LLC
1300 I St NW
Suite 400E
Washington, DC 20005-3318

Ardono Construction Inc.
7304 Riggs Rd
102
Hyattsville, MD 20783-4208

Arena Maint Solutions, LLC
1015 Clifton Brook Lane
Silver Spring, MD 20905-3704

BMW Financial Services
Attn: Customer Accounting
1400 City View Drive
Columbus, OH 43215-1495

(p)BMW FINANCIAL SERVICES
CUSTOMER SERVICE CENTER
PO BOX 3608
DUBLIN OH 43016-0306

BMW Financial Services NA, LLC
AIS Portfolio Services, LLC
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

BMW Financial Services NA, LLC c/o AIS Portf
4515 N. Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

Baltimore Door and Frame Co
2201 Halethorpe Farms Road
Halethorpe, MD 21227-4598

Bartley Corp.
P.O. Box 1299
Ashton, MD 20861-1299

Beitzell Fence Company
16351 Lee Highway
Gainesville, VA 20155-2005

Berkel & Co Contractors, Inc.
2413 Linden Lane
Silver Spring, MD 20910-1230

Brandes & Cassagnol Engineers, P.C.
Jan I. Beriage
201 N. Charles Street, Suite 2101
Baltimore, MD 21201-4182

Brandes & Cassagnol Engineers, PC
5520 Connecticut Ave. NW
Suitge LL4
Washington, DC 20015-2617

C&W Caulking, LLC
4504 Hazelton Dr.
Woodbridge, VA 22193-5111

CT Corportation Systems
PO Box 4349
Carol Stream, IL 60197-4349

Capital Documents Solutions
12115 Parklawn Drive, Suite L
Rockville, MD 20852-1730

Capitol Document Solutions
12115-L Parklawn Dr
Rockville, MD 20852-1730

(p)CAPITOL PAVING OF D C INC
2211 CHANNING STREET NE
WASHINGTON DC 20018-2127

Casey General LLC
205 Stokes Rd
Vincentown, NJ 08088-8955

Century Engineering
10710 Gilroy Road
Hunt Valley, MD 21031-1310

Clerk, U.S. Bankruptcy Clerk
333 Constitution Ave. NW
Washington, DC 20001-2863

(p)CLOUDFUND LLC
400 RELLA BOULEVARD SUITE 165-101
SUFFERN NY 10901-4241

Comdor LLC
2741 Prosperity Ave.
Suite 100
Fairfax, VA 22031-4362

Coporate Office Properties, LP
Maritime Holdings LLC
6711 Columbia Gateway Dr,
Suite 300
Columbia, MD 21046-2383

Crum & Foster
305 Madison Ave
Morristown, NJ 07960-6100

DC Department of Insurance Securities and Ba
Nancy L. Alper
400 6th Street, NW
Washington, DC 20001-0189

DC Dept of General Services
1250 U Street, NW
2nd Floor
Washington, DC 20009-7878

DC Fire Protection, LLC
1919 5th St, NE
Washington, DC 20002-1221

DC GOV'T OFFICE OF TAX AND REVENUE
P.O. BOX. 37559
WASHINGTON DC 20013-7559

DC Health Link
PO Box 97022
Washington, DC 20090-7022

DC Life Saftey, LLC
3421 14th St, NW
301
Washington, DC 20010-3517

DC Office of Tax and Rev
1101 4th St #270
Washington, DC 20024-4457

DC Treasurer
899 N. Capitol St, NE
1st Floor
Washington, DC 20002-5686

Da Rocha Concrete, LLC
610 Olney Sandy Spring Rd
Sandy Spring, MD 20860

Datawatch Systems
PO Box 79845
Baltimore, MD 21279-0845

David Gillis, Esq.
White and Williams,. Esq.
600 Washington Ave., Suite 303
Towson, MD 21204-3924

David Murphy, Esq.
McCandlish Lillard, PC
11350 Random Hills Road
Suite 500
Fairfax, VA 22030-7421

Design Glazing Concepts, LLC
44819 Acacia Ln
Unit 140
Sterling, VA 20166-9312

EPIC Home Solutions, LLC
4070 Finsbury Lane
Frederick, MD 21704-7402

Eastcoast Siding, Inc
6600 Washinbton Blvd
Elkridge, MD 21075-6002

Edifika LLC
4301 Mass Ave, NW
Unit A302
Washington, DC 20016-5560

Elan Credit (M&T)
1255 Corporate Drive #6
Irving, TX 75038-2562

Electrical Minority Group, LLC
6601 Long Shadow Court
Clinton, MD 20735-3403

Ellington Mechanical Services, Inc.
6260 Fallard Drive
Upper Marlboro, MD 20772-3883

Environmental Alternatives, Inc
24024 Frederick Rd
Clarksburg, MD 20871-9718

FM Financial Services, LLC
1250 Connecticut Ave
Washington, DC 20036-2603

FMC & Associates, LLC
3927 Georgia Ave, NW
Unit C1
Washington, DC 20011-5982

Ferguson Enterprises Inc.
PO Box 417592
Boston, MA 02241-7592

First Citizens Bank
100 E Tryon Road
Raleigh, NC 27603-3581

First Insurance Funding
PO Box 7000
Carol Stream, IL 60197-7000

(p)FIRST CITIZENS BANK TRUST COMPANY
P O BOX 25187
RALEIGH NC 27611-5187

Gelberg Signs
6511 Chillum Place, NW
Washington, DC 20012-2192

Grainger
Dept 875441750
Palatine, IL 60038-0001

Green Const Services Group, LLC
6403 98th Ave
Lanham, MD 20706-2621

Guzman's Lawn Care and Landscaping, LLC
Attn: Kathy Kemp
1242 Long Corner Road
Mr. Airy, MD 21771-3825

Guzman's Lawn Care and Landscaping, LLC
t/a Oakridge Landscaping and Const LLC
840 Quince Orchard Blvd. T2
Gaithersburg, MD 20878-1730

Hardware Plus, Inc.
2211 Pennsylvania Ave
Baltimore, MD 21217-2823

Havteck, Inc.
PO Box 37031
Baltimore, MD 21297-3031

Hitite Steel, Inc.
44171 Paget Terrace
Ashburn, VA 20147-3851

Ideal Electrical Supply Corp
3515 V Street, NE
Washington, DC 20018-1530

Industrial Bank
c/o Scott W. Foley, Esq.
Shapiro Sher et al
250 W. Pratt St., Suite 2000
Baltimore, MD 21201-6814

Istudio Architects
1400 16th St NW Suite 130
Washington, DC 20036-2240

J-Dos International, Inc.
4506 14th St, NW
Washington, DC 20011-4311

JF General Painting Inc.
12326 Old Gupowder Spur Rd
Beltsville, MD 20705-1072

JLC Management LLC
6520 Allentown Road
Temple Hills, MD 20748-2722

JPG Plumbing & Mechanical Services, Inc.
8280 Stayton Drive, Suite M
Jessup, MD 20794-9609

JPG Plumbing and Mech Services, Inc.
8260 Stayton Drive
Suite M
Jessup, MD 20794

Janice M. Adams
700 7th St, SW
Apt 506
Washington, DC 20024-2403

Jaycee Development
1100 Peachtree St., NE 950
Atlanta, GA 30309-1026

Kalkreuth Roofing & Sheet Metal, Inc.
P.O. Drawer 6399
Wheeling, WV 26003-0616

Keller Colors
6345 Northgate Road
Laurel, MD 20723

Kevin M. Tracy, Esq.
McNamee Hosea
888 Bestgate Road, Suite 402
Annapolis, MD 21401-2957

Key Woodworking, Inc.
6714-A Industrial Road
Springfield, VA 22151-4215

LG Electric and Design, Inc.
6325 Damascus Rd
Gaithersburg, MD 20882-2627

(p)LABORATORY CORPORATION OF AMERICA
ATTN GOVERNMENT AUDITS
PO BOX 2270
BURLINGTON NC 27216-2270

Liberty Mutual Insur Corp
100 Shochhoe Slip
Floor 2
Richmond, VA 23219-4100

Long Fence
Daniel S. Willard, Esq. Daniel S. Willar
7100 Corporate Court
Rockville, MD 20855

M&T Bank
P.O. Box 790408
Saint Louis, MO 63179-0408

MRG Services LLC
37 R Street NE
Washington, DC 20002-2117

Maurice VerStandig, Esq.
The VerStandig Law Firm, LLC
9812 Falls Road, #114-160
Potomac, Maryland 20854-3976

Mid Atlantic Interiors
7620 PENN BELT DRIVE
Forrstville, MD 20747-4728

Mini of Mont County
820 Russell Ave
Gaithersburg, MD 20879-3506

Mini of Montgomery County
820 Russell Ave
Gaithersburg, MD 20879-3506

Mobile Modular Mngmnt Corp
5700 Las Positas Road
Livermore, CA 94551-7806

Morgan Pvinelli, Esq.
Snell & Wimer
2001 K Street, NW
Suite 425 North
Washington, DC 20006-1073

Nationwide Mutual Insurance Company
Robert H. Kline, White and Williams, LLP
600 Washington Ave., Suite 303
Towson, MD 21204-3924

Nationwide Surety
PO Box 10479
Des Moines, IA 50306-0479

New Era Custom Design & Cabinet Works
270 Insterstate Circle Suite 100
Frederick, MD 21704-6711

Nielson Hoover & Company, Inc.
15050 NW 79th Court Suite 200
Miami Lakes, FL 33016-5810

Order Green Supply
5130 N Franklintown Rd Suite G
Gwynn Oak, MD 21207-6578

POEX Construction, Inc.
14020 Thunderbolt PL. Suite 300
Chantilly, VA 20151-3294

Partition Plus, Inc.
PO Box 8
Fallston, MD 21047-0008

Penhall Company
PO Box 842911
Los Angeles, CA 90084-2911

Playgound Specialists, Inc.
29 Apples Church Road
Thurmont, MD 21788-1711

(p)PORSCHE FINANCIAL SERVICES
1 PORSCHE DRIVE
ATLANTA GA 30354-1654

Precision Doors and Hardware, Inc.
6295-80 Edsall Road
Alexandria, VA 22312-2670

Quinn Evans Architects Inc.
2121 WARD PLACE, NW SUITE 440
Washington, DC 20037-1213

R&R Mechanical, Inc.
2902 Bladensburg Road, NE
Washington, DC 20018-1632

RDI Construction, Inc.
11407 Monterrey Drive
Silver Spring, MD 20902-2657

Ranger Glass East Coast, Inc.
196 North 21st Street
Purcellville, VA 20132-3077

Reconstruct , Inc.
1412 Holbrook Street Northeast
Washington, DC 20002-2940

Remy Contractors LLC
3203 Apex Circle
Falls Church, VA 22044-2635

S. Sadiq Gill, Esq.
Durrette, Arkema et al
1111 East Main Street, 16th Floor
Richmond, VA 23219-3532

SC&H Group, Inc.
PO Box 64271
Baltimore, MD 21264-4271

Sandtwayla Ratliff
11301 Golden Eagle Pl Unit B
Waldorf, MD 20603-5983

Sherwin Williams Company
4325-27 Easton Ave
Bethlehem, PA 18020-1431

Singer Ashland
1324 Brass Mill Road
Belcamp, MD 21017-1211

Soil and Land Use Tech, Inc.
1818 New York Ave. NE Suite 107
Washington, DC 20002-1849

Sparks at Play, LLC
3705 Crondal Lane
Owings Mills, MD 21117-2204

Spotts Fain, PC
PO Box 1555
Richmond, VA 23218-1555

Square Funding LLC dba Square Advance
c/o David Fogel, Esq.
1225 Franklin Avenue
Suite 201
Garden City, NY 11530-1890

Staples Credit Plan
DEPT. 11 - 0006111033
PO Box 9001036
Louisville, KY 40290-1036

Studio Laan, PLLC
1117 C Street, SE
Washington, DC 20003-1404

Sunbelt Rentals
PO Box 409211
Atlanta, GA 30384-9211

TPM Group
1220 12th street SE Suite G80
Washington, DC 20003-3732

The Bartley Corporation
PO Box 1299 Ashton
Ashton, MD 20861-1299

Total Electric, Inc.
16000 Trade Zone Avenue Suite #303
Upper Marlboro, MD 20774-8788

Toyota Finance
PO Box 8026
Cedar Rapids, IA 52408-8026

Toyota Financial Services
PO Box 5855
Carol Stream, IL 60197-5855

Travelers
PO Box 660317
Dallas, TX 75266-0317

Tricore Systems, LLC
1325 G Street NW Suite 500
Washington, DC 20005-3136

Tricore Systems, LLC
Joseph Wethje
8340 Helgerman Court
Gaithersburg, ND 20877-4103

Trulite Electrical Services, LLC
3422 Highwood Drive, SE
Washington, DC 20020-2344

U. S. Trustee for Region Four
U. S. Trustee's Office
1725 Duke Street
Suite 650
Alexandria, VA 22314-3489

U.S. Small Business Administration
CESC Bankruptcy Department
14925 Kingsport Road
Fort Worth, TX 76155-2243

United Rentals
6711 Industrial Drive
Beltsville, MD 20705-1270

United States Fire Insurance Company
Law Office of Darren Fields
8100 Sandpiper Cir.
Ste. 204
Baltimore, MD 21236-4999

United States Treasury
INTERNAL REVENUE SERVICE CENTER
P.O. BOX 931000
Louisville, KY 40293-1000

University of DC
4200 Connecticut Ave., NW, 200C
Suit 200C
Washington, DC 20008-1122

Vadim Serebro, Esq.
55 Broadway, 3rd Floor
New York, NY 10006-3757

Valiant Products, Inc.
939 Quincy Street
Lakeland, FL 33815-1337

Vision Security Solutions
2901 V ST NE
Washington, DC 20018-1518

Vision Security Solutions, LLC
Thomas B. Martin
5028 Wisconsin Avenue, NW
Suite 100
Washington, DC 20016-4118

WKM
900 17th Street, NW
Suite 650
Washington, DC 20006-2509

Washington Door & Hardware
5764 2nd Street, NE
Washington, DC 20011-2524

Christopher Rogan
Rogan Miller Zimmerman, PLLC
50 Catoctin Circle, NE
Suite 300
Leesburg, VA 20176-3101

(p)OFFICE OF THE ATTORNEY GENERAL FOR DC
400 6TH STREET NW
9TH FLOOR
WASHINGTON DC 20001-0189

Wendell W. Webster
Wendell W. Webster, Trustee
1101 Connecticut Avenue, NW
Suite 402
Washington, DC 20036-4303

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

BMW Financial Services
PO Box 9001065
Louisville, KY 40290

Capitol Paving of DC, Inc.
2211 Channing Street, NE
Washington, DC 20018

Cloudfund, LLC
400 Rella Blvd., Suite 165-101
Suffern, NY 10901

First-Citizens Bank & Trust Company
Attn: Bankruptcy Department
P.O. Box 25187
Raleigh, NC 27611

Lab Corp of America Holding
PO Box 12140
Burlington, NC 27216

Porsche Financial Services
One Porsche Drive
Atlanta, GA 30354

District of Columbia Office of Att General
400 6th Street, N.W.
Washington, DC 20001

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Nationwide Mutual Insurance Company

(u)Square Funding, LLC

(d)CFG Merchant Solutions
180 Maiden Lane
15th Floor
New York, NY 10038-5150

(u)Casey B. Stringer

(u)Structural Preservation Systems, LLC

End of Label Matrix

| | |
|---|---|
| Mailable recipients | 161 |
| Bypassed recipients | 5 |
| Total | 166 |