UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| BROUGHTON CONSTRUCTION CO., LLC | ) | Case No. 23-00378 |
| | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | |
| | ) | |

**TRUSTEE'S REPORT OF SALE**

COMES NOW Wendell W. Webster, Chapter 7 Trustee ("Trustee") and hereby submits this Report of Sale.

1. This report is submitted pursuant to Federal Rule of Bankruptcy Procedure 6004(f)(1).

2. Pursuant to Order Granting Trustee's Motion for Authority to Sell Certain Property of the Estate (DOC 27) a 2020 Toyota 4Runner was sold to Casey Broughton Stringer for $15,000.00. Partial payment in the amount of $10,000.00 was paid to the estate on 9/20/24 and final payment in the amount of $5,000.00 was paid to the estate on 12/26/24.

Date: September 22, 2026

Respectfully submitted,

*/s/ Wendell W. Webster*
Wendell W. Webster, Esq.
Chapter 7 Trustee, Estate of
Casey Broughton Stringer
1101 Conn. Ave., N.W., Suite 402
Washington, D.C. 20036
(202) 659-8510

CERTIFICATE OF SERVICE

I hereby certify that on September 22, 2026, I served a copy of the foregoing Report of Sale, via first class mail, postage prepaid upon the U.S. Trustee's Office 1725 Duke Street, Alexandria, VA 22314.

*Wendell W. Webster, Trustee*