McNamee Hosea
ATTORNEYS & ADVISORS

McNamee Hosea
6404 Ivy Lane, Suite 820
Greenbelt, Maryland 20770
O 301.441.2420
F 301.982.9450

mhlawyers.com

Webster & Frederickson, PLLC
Wendell Webster, Trustee
1775 K Street, NW, Ste 290
Washington DC, 20006

Statement as of: October 13, 2026
Statement No. 376358

**Total Now Due: $21,162.90**

Matter ID: 20463-0017
Trustee Representation - Broughton Construction Co., LLC

| **Professional Fees** | | | Hours | Amount |
|---|---|---|---|---|
| 2/2/2026 | KRF | Drafted Motion for Default Judgment, Notice, Proposed Judgment, Declaration, and Line for Clerk's Default. | 1.90 | 712.50 |
| 2/3/2026 | KRF | Finalized draft Motion for Default Judgment, Notice, Proposed Judgment, Declaration, and Line for Clerk's Default. | 0.80 | 300.00 |
| 2/4/2026 | JPF | Revise and file Free Air Duct motion for default judgment (0.5); revise and email Kirkland 9019, email Webster regarding settlement (0.2) | 0.70 | 315.00 |
| 2/5/2026 | JPF | Revise Kirkland settlement. | 0.10 | 45.00 |
| 2/9/2026 | JPF | Finalize and file Kirkland 9019 (0.2); call with Giaimo regarding R13. | 0.20 | 90.00 |
| 2/9/2026 | KRF | Reviewed MH billing statement and bankruptcy docket, including case history and MH filings, in connection with representation of Chapter 7 Trustee. | 2.00 | 750.00 |
| 2/9/2026 | KRF | Drafted First Interim Application for Approval of Compensation and Expenses, including narrative history, notice, exhibit(s), and proposed order. | 4.40 | 1650.00 |
| 2/10/2026 | JPF | Calls with Giaimo and Young regarding status conferences, call with Verstandig regarding new case. NO CHARGE | 0.30 | 0.00 |
| 2/11/2026 | JPF | Status conference regarding adversaries. | 0.50 | 225.00 |
| 2/19/2026 | JPF | E-mails with Kirkland regarding checks provided. | 0.10 | 45.00 |
| 2/24/2026 | JPF | Draft Verstandig app to employ regarding R13 (0.4); revise interim fee application(0.4); draft Jaycee scheduling order (0.4), emails regarding same (0.2). | 1.20 | 540.00 |
| 2/25/2026 | JPF | Attend hearing regarding Fresh Air default judgment (0.4); finalize and file fee app (0.5); finalize and file employment app (0.2). | 1.10 | 495.00 |
| 3/2/2026 | JPF | Call with Young and submit scheduling order regarding Jaycee (0.3); e-mail Metz regarding Kirkland 9019 order and submit same, draft stipulation of dismissal (0.3). | 0.60 | 270.00 |
| 3/3/2026 | CSM | Returned Telephone call from A. Scott from AM Electric Enterprise for case status. He stated that he will be filing a proof of claim. | 0.10 | 15.50 |
| 3/4/2026 | JPF | Status conference regarding Kirkland. | 0.20 | 90.00 |
| 3/13/2026 | JPF | Call M. Freeman regarding Verstandig order. | 0.10 | 45.00 |
| 3/18/2026 | JPF | E-mail regarding Kirkland dismissal | 0.10 | 45.00 |
| 3/20/2026 | JPF | Review documents in advance of call with Jaycee (0.6); call with C. Young and S. BUckman (.6) | 1.20 | 540.00 |

McNamee Hosea
ATTORNEYS & ADVISORS

McNamee Hosea
6404 Ivy Lane, Suite 820
Greenbelt, Maryland 20770
O 301.441.2420
F 301.982.9450

mhlawyers.com

| | | | | |
|---|---|---|---|---|
| 3/20/2026 | KRF | Reviewed procedures for having a foreign judgment recorded in Maryland Circuit Courts and for ordering certified copies of a D.C. Bankruptcy Court judgment. | 1.00 | 375.00 |
| 3/20/2026 | KRF | Drafted letter to D.C. Bankruptcy Court Clerk requesting certified copies of judgment for recording in Maryland Circuit Courts. | 0.60 | 225.00 |
| 4/1/2026 | JPF | Finalize and file Kirkland dismissal. | 0.10 | 45.00 |
| 4/8/2026 | JPF | Draft and file supplemental disclosure. | 0.20 | 90.00 |
| 4/9/2026 | JPF | E-mail Young regarding Jaycee docs | 0.10 | 45.00 |
| 5/27/2026 | KRF | Drafted registrations of foreign judgments for filing in the Circuit Courts for Prince George’s County and Baltimore City; reviewed applicable filing procedures and requirements under the Maryland Uniform Enforcement of Foreign Judgments Act; prepared supporting affidavits and transmittal/cover letters to clerks of court | 3.60 | 1350.00 |
| 5/28/2026 | KRF | Finalized draft registrations of foreign judgments for filing in the Circuit Courts for Prince George’s County and Baltimore City. | 1.30 | 487.50 |
| 5/29/2026 | KRF | Provided instructions to legal assistant regarding filing and service. | 0.30 | 112.50 |
| 6/24/2026 | KTJ | Filed Foreign Judgment in Prince George's County and Baltimore City on MDEC | 0.30 | 42.00 |
| 6/24/2026 | TAM | Speak to KRF re: foreign judgment and work with KTJ on filing. | 0.40 | 62.00 |
| 6/29/2026 | KRF | Reviewed paralegal correspondence regarding required revisions to foreign judgment filings in Prince George’s County; revised Registration of Foreign Judgment for compliance with court requirements; coordinated corrections for refiling. | 0.50 | 187.50 |
| 7/13/2026 | JPF | Review motion to dismiss | 0.20 | 90.00 |
| 8/9/2026 | JPF | Draft response to Jaycee motion to dismiss | 0.80 | 360.00 |
| 8/18/2026 | CMP | Review of pleadings; Conference with Fasano; Prepare for hearing | 0.60 | 270.00 |
| 8/18/2026 | JPF | Prep Palik for Jaycee hearing | 0.30 | 135.00 |
| 8/19/2026 | CMP | Attend hearing on Motion to Dismiss | 0.80 | 360.00 |
| 8/19/2026 | CMP | E-mails with Fasano and Young following hearing | 0.40 | 180.00 |
| 8/19/2026 | JPF | E-mail C. Young regarding discovery, call Palik regarding hearing | 0.20 | 90.00 |
| 8/27/2026 | JPF | Calls with Young and work on new scheduling order. | 0.50 | 225.00 |
| 9/1/2026 | JPF | Calls with C. Young regarding settlement. | 0.40 | 180.00 |
| 9/2/2026 | JPF | Negotiations regarding Jaycee settlement, draft same. | 0.30 | 135.00 |
| 9/8/2026 | JPF | Call with Young regarding settlement. | 0.20 | 90.00 |
| 9/9/2026 | JPF | Review and approve settlement | 0.30 | 135.00 |
| 9/14/2026 | JPF | E-mails with C. Young regarding settlement, revise 9019. | 0.30 | 135.00 |
| 9/15/2026 | CSM | Assist (MEE) with Mailing of Notice of Opportunity to Object to Motion for approval of Compromise and Settlement between the Trustee and Jaycee Development, LLC and James Crawford. | 1.50 | 232.50 |
| 9/15/2026 | JPF | Call with Foley regarding settlement., Fresh Air | 0.20 | 90.00 |
| 9/15/2026 | TAM | Prepare labels and envelopes for mailing. | 2.00 | 310.00 |

McNamee Hosea
ATTORNEYS & ADVISORS

McNamee Hosea
6404 Ivy Lane, Suite 820
Greenbelt, Maryland 20770
O 301.441.2420
F 301.982.9450

mhlawyers.com

| | | | | |
|---|---|---|---|---|
| 9/17/2026 | JPF | E-mail regarding settlement payment. | 0.10 | 45.00 |
| 9/25/2026 | JPF | E-mails regarding Jaycee payment | 0.20 | 90.00 |
| 10/5/2026 | JPF | E-mail Young regarding settlement. | 0.10 | 45.00 |
| 10/6/2026 | JPF | E-mail Young regarding wire, confirm payment, email Webster, draft settlement approval order. | 0.20 | 90.00 |
| 10/7/2026 | JPF | Draft and e-mail settlement approval order for Jaycee | 0.40 | 180.00 |
| 10/8/2026 | JPF | Submit settlement order | 0.10 | 45.00 |
| 10/12/2026 | JPF | Draft second fee application | 1.10 | 495.00 |
| | | | Sub-total Fees: | $13,202.00 |

| **Expenses** | | Amount |
|---|---|---|
| | Postage | 241.89 |
| | Prints - BW | 147.50 |
| 02/02/2026 | Deposition Costs - 11/24/2025 - Tamia Kirkland | 842.05 |
| 03/01/2026 | PACER Search Fee | 1.20 |
| 03/20/2026 | Outside Copy Charges | 27.00 |
| 03/20/2026 | FedEx | 33.51 |
| 04/01/2026 | PACER Search Fee | 3.90 |
| 05/29/2026 | FedEx | 34.91 |
| 05/29/2026 | FedEx | 34.91 |
| 05/31/2026 | PACER Search Fee | 0.30 |
| 06/24/2026 | Filing Fee | 113.85 |
| 06/25/2026 | Filing Fee | 134.55 |
| | Sub-total Expenses: | $1,615.57 |

| **Payments** | | | | |
|---|---|---|---|---|
| 03/18/2026 | Payment | cash receipts | | 2,171.53 |
| 03/18/2026 | Payment | cash receipts | | 37,500.00 |
| | | | Sub-total Payments: | $39,671.53 |

| **Trust Account** | | Beginning Balance: | $0.00 |
|---|---|---|---|
| 10/06/2026 | Trust Deposit - Incoming Wire Buckman Legal PLLC - Adv. 25-10052 Settlement | | 100,000.00 |
| 10/06/2026 | Settlement - Adversary Case 25-10052 | | (100,000.00) |
| | | Ending Balance: | $0.00 |

| | |
|---|---|
| Previous Balance Due: | $45,954.03 |
| Total Current Fees: | $13,202.00 |
| Total Current Expenses: | $1,615.57 |
| Interest on Past Due Balance: | $62.83 |
| Total Current Billing: | $14,880.40 |
| Total Payments: | ($39,671.53) |
| **Total Now Due:** | **$21,162.90** |

***Thank You!***
Terms: Net Due Upon Receipt
Please include Matter ID Number with Remittance
**Please visit www.mhlawyers.com/make-a-payment to pay online**
**We accept VISA, MasterCard, Discover, American Express and ACH (bank to bank) payments.**