**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **IN RE:** | ) | **23-00378-ELG** |
| **BROUGHTON CONSTRUCTION CO., LLC** | ) | **CHAPTER 7** |
| **Debtor.** | ) | |

**NOTICE OF AND OPPORTUNITY TO OBJECT TO SECOND INTERIM APPLICATION FOR APPROVAL OF COMPENSATION AND EXPENSES OF MCNAMEE HOSEA, P.A. FOR FEBRUARY 1, 2026 THROUGH OCTOBER 12, 2026**

**PLEASE TAKE NOTICE** that McNamee Hosea, P.A. ("MH"), has filed a Second Interim Application for Approval of Compensation and Expenses of McNamee Hosea, P.A. ("Application") for the period February 1, 2026, through October 12, 2026. The Application seeks fees for McNamee Hosea in the amount of $12,500.00 and expenses in the amount of $1,615.57 for a total award of $14,115.57. This is the second interim application for approval of compensation.

**PLEASE TAKE NOTICE** that if you intend to object to the Application, you must, within 21 days after the mailing of this notice, file and serve a written objection to the Application The objection and proposed order must be filed with the Clerk of the Bankruptcy Clerk, U.S. Courthouse, 3rd and Constitution Ave., NW, Washington, DC, 20001, and service (by delivery or mailing of copy) upon the undersigned. The objection must contain a complete specification of the factual and legal grounds upon which it is based. You may append legal memorandums, affidavits and documents in support of your objection.

**IF YOU FAIL TO FILE A TIMELY OBJECTION, THE APPLICATION MAY BE APPROVED BY THE BANKRUPTCY COURT WITHOUT A HEARING.** Further, the Court may grant the relief requested without a hearing, if the objection filed states inadequate grounds for denial. Any questions may be directed to the undersigned.

Date: October 13, 2026

Respectfully submitted,

/s/ Justin P. Fasano

Justin P. Fasano (DC Bar MD21201)
Janet M. Nesse (D.C. Bar 358514)
McNamee Hosea, P.A.
6404 Ivy Lane, Suite 820
Greenbelt, MD 20770
(301) 441-2420
jfasano@mhlawyers.com
jnesse@mhlawyers.com
*Counsel to Chapter 7 Trustee*

**CERTIFICATE OF SERVICE**

hereby certify that on October 13, 2026, a copy of the foregoing Notice of Opportunity to Object to Second Interim Application for Allowance of Compensation for Services Rendered and Reimbursement of Expenses was filed and served via the Court's Electronic Case Filing System on all parties receiving notice thereby, and by first-class mail, postage prepaid to the attached list of creditors.

/s/ Justin P. Fasano
Justin P. Fasano