**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **IN RE:** | ) | **23-00378-ELG** |
| **BROUGHTON CONSTRUCTION CO., LLC** | ) | **CHAPTER 7** |
| **Debtor.** | ) | |

**ORDER GRANTING SECOND INTERIM APPLICATION FOR APPROVAL OF COMPENSATION AND EXPENSES OF MCNAMEE HOSEA, P.A. FOR FEBRUARY 1, 2026 THROUGH OCTOBER 12, 2026**

Upon consideration of the *Second Interim Application for Approval of Compensation and Expenses of McNamee Hosea, P.A. for the period December 20, 2023, through January 31, 2026* of McNamee Hosea, P.A (the "Application") filed by McNamee Hosea, P.A. ("MH"), and the Application having been filed and served pursuant to Bankruptcy Rules 2002 and 2016; and this Court having fully considered the record before it; and good and sufficient cause appearing therefore, it is hereby

**ORDERED**, that the Application is **GRANTED**; and it is further

**ORDERED**, that the request for an administrative expense contained within the Application be, and the same is hereby, approved and allowed, on an interim basis, for the period of February 1, 2026, through October 12, 2026, in the amount of $12,500.00 as compensation for

services rendered, and in the additional amount of $1,615.57 for a total award of for reimbursement for out-of-pocket expenses; and it is further

**ORDERED**, that the Chapter 7 Trustee is authorized to pay MH the sum of $14,115.57.

**END OF ORDER**

**I ASK FOR THIS**

/s/ Justin P. Fasano
Janet M. Nesse (D.C. Bar 358514)
Justin P. Fasano (D.C. Bar MD21201)
McNamee Hosea P.A.
6404 Ivy Lane, Suite 820
Greenbelt, MD 20770
Telephone: (301) 441-2420
Facsimile: (301) 982-9450
Counsel for the Chapter 7 Trustee

**UST ENDORSEMENT TO BE ADDED UPON RECEIPT**

cc:

Office of the United States Trustee
1725 Duke Street, Suite 650
Alexandria, VA 22314

Justin P. Fasano
McNamee Hosea P.A.
6404 Ivy Lane, Suite 820
Greenbelt, MD 20770

Wendell W. Webster
Wendell W. Webster, Trustee
1101 Connecticut Avenue, NW
Suite 402
Washington, DC 20036

Christopher Rogan

Rogan Miller Zimmerman, PLLC
50 Catoctin Circle, NE
Suite 300
Leesburg, VA 20176

Broughton Construction Co., LLC
PO Box 30040
Bethesda, MD 20824